UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER CASTILLO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01743-BLF<br><br>**ORDER TERMINATING MOTION AS MOOT**<br><br>[Re: ECF 16] |

On May 29, 2015, Plaintiffs filed a First Amended Complaint as of right and Defendants answered on June 15, 2015. ECF 18, 19. As such, Defendants' May 18, 2015 Motion to Dismiss the original complaint is hereby terminated as moot.

**IT IS SO ORDERED.**

Dated: June 15, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge