**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER CASTILLO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01743-BLF<br><br>**ORDER CONTINUING HEARING ON MOTION TO AMEND** |

The hearing on Plaintiffs' Motion to Amend, currently set for August 4, 2016, is hereby CONTINUED to August 11, 2016 at 9:00 A.M.

**IT IS SO ORDERED.**

Dated: July 29, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge