## LAW OFFICES OF ELIZABETH S. LETCHER
60 29TH STREET, #221 / SAN FRANCISCO, CA 94110
(415) 643-4755/ FAX (415) 738-5400
ELIZABETH@ELIZABETHLETCHER.COM

September 24, 2015

*by U.S. Mail and by electronic mail to tna@severson.com*

Thomas N. Abbott
Mary Kate Sullivan
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

      re:    *Castillo v. Nationstar et al.*, NDCA Case No. 15-cv-1743

Dear Mr. Abbott:

    I write on behalf of the Castillos in response to Nationstar's explanation, in its response to Interrogatory No. 6, of what the Castillos should owe per month.

    Until the September 8, 2015 Interrogatory response, the Castillos had never received an explanation of the amounts Nationstar was charging them. The February 20, 2015 escrow disclosure statement, attached, set out a seemingly appropriate escrow payment of $837.38 per month (1/12 of the annual property tax and insurance payments ($4,612.80 + $4,612.80 + $823.00) per month). However, the Castillos' monthly statements continued to demand $2,289.06 per month, and Nationstar either refused to accept or failed to apply the Castillos' payments being sent in on a monthly basis.

    Nationstar's response to Interrogatory No. 6 separates the amount due to cover annual taxes and insurance from other amounts Nationstar claims are due, asserting that $801.20 is the amount due per month to cover taxes and insurance from the transfer of servicing to the present.

    As always, the Castillos are eager to pay the amount actually due. While we question whether it makes sense to average the two years' amounts rather than to state what was actually due each month, the Castillos would like to pay the difference between what they have already paid Nationstar for escrow ($712.06 per month) and the amount Nationstar set out in Interrogatory No. 6, in order to narrow any dispute as much as possible.

Castillo 000911

Thomas Abbott  Page 2
September 24, 2015

    We calculate this amount as follows: each monthly payment for the difference is $801.20 - $712.06 = $85.14.

| | |
|---|---|
| For October, November, and December of 2013, x 3 | =  255.42 |
| For 2014, $85.14 x 12 | = 1,021.68 |
| For January through August of 2015, 85.14 x 8 | =  681.12 |
| Total: | $1,958.22 |

    As of September, 2015, the Castillos have begun paying the monthly amount of $3,172.12, which includes $837.38 for escrow. On September 22, 2015, they tendered $1,958.22 for the additional escrow amounts for October, 2013 throughAugust, 2015, as above, together with $12,187.20 ($3,046.80 per month for April, May, June, and July, 2015 payments previously rejected) for a total of $14,145.42. Together with their tender of $24,374.46 on March 13, 2015 of payments previously rejected, this payment should bring them current.

Sincerely yours,

Elizabeth S. Letcher