REPRESENTATION OF PRINTED DOCUMENT · 0614812790

## MORTGAGE LOAN STATEMENT



**Nationstar** MORTGAGE
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516
www.MyNationstarMtg.com

DETACH COUPON BELOW AND RETURN WITH YOUR PAYMENT.
RETAIN TOP PORTION FOR YOUR RECORDS.

Your Dedicated Loan Specialist is
Amanda Krich and can be reached at
(888) 850-9398 EXT. 1015920 or via mail at
350 Highland Drive, Lewisville, TX 75067

8-692-79586-132635-027-1-001-101-000-000

| | |
|---|---|
| Statement Date: | 10/18/2013 |
| Payment Due Date: | 11/01/2013 |

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

| | |
|---|---|
| Loan Number: | 0614812790 |
| Home Phone Number: | 408-612-3713 |
| Work Phone Number: | 000-000-0001 |

Property Address: 920 VIA VIVALDI
MORGAN HILL CA 95037

### AMOUNT DUE EXPLANATION

| | |
|---|---|
| Principal and Interest Due | $2,861.57 |
| Escrow Amount | $553.73 |
| Total | $3,415.30 |

| | |
|---|---|
| Past Due Payments | $163,642.53 |
| Lender Paid Expenses | $2,849.86 |
| Unapplied Funds Balance | $206,495.60- |
| Amount Due* - By 11/01/2013 | $36,587.91- |

*This amount does not include any payments made, or fees or charges that may
have been incurred and/or added to your account after the date of this statement.

| | |
|---|---|
| Interest Rate | 3.125% |
| Principal Balance - As of 10/18/2013 | $594,965.00 |
| Escrow Balance - As of 10/18/2013 | $14,667.17- |

The Principal Balance does not represent the payoff amount of your account
and is not to be used for payoff purposes.

| | |
|---|---|
| Interest Paid Year-To-Date | $19,088.44 |

### PLEASE NOTE:

If the payment due on 11/01/2013 is not received by 11/16/2013,
a late charge in the amount of  $0.00 may be assessed to your
account.

### PAYMENT ACTIVITY

| | |
|---|---|
| Last Payment Received  09/26/2013 | |
| Interest | $19,088.44 |
| Escrow | $4,793.60 |
| Total | $23,882.04 |

### LENDER PAID EXPENSE SUMMARY

| | Paid Since Last Statement | Total |
|---|---|---|
| Legal Fees | | $2,684.86 |
| Property Inspections | $15.00 | $165.00 |
| Totals | $15.00 | $2,849.86 |

### IMPORTANT MESSAGES

**Additional Critical Notices - see reverse side**

At the time this statement was sent, we had not received a payment from you since 09/26/2013. If you are facing financial difficulty,
please know that there may be options available to you and that we are committed to working with you regarding making your monthly
payment more affordable. Our representatives are standing by and can be reached at 1-877-448-5053, Access Code 92305. Please call
us today so we can discuss your available options and which one may be right for you.

Partial Payments reflects additional funds that were received on your account as of the statement date.  You may use these funds to
offset other amounts currently due.  Account activity after the statement date may affect the actual funds available.

**Important Tax Information:**  Nationstar Mortgage will begin mailing 1098/1099 tax forms in January. Please take a moment to verify
that we have your correct contact information on file to avoid any delays in receiving your tax forms.
Log on to My Account at www.mynationstarmtg.com and update your contact information today!

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**Nationstar** MORTGAGE  www.MyNationstarMtg.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS
OR PHONE NUMBER HAS CHANGED.
ENTER CHANGES ON BACK OF COUPON

JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER | TOTAL AMOUNT DUE | |
|---|---|---|
| 0614812790 | 11/01/2013 | $36,587.91- |

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE. | 11/17/2013  $36,587.91- |

| | |
|---|---|
| ADDITIONAL ESCROW | |
| ** ADDITIONAL PRINCIPAL | |
| TOTAL AMOUNT OF YOUR CHECK  *DO NOT SEND CASH* | $ |

** All amounts must be paid in full before additional principal reduction can be made.

NS-LOLL EXHIBIT 96
W: Andrew J. Loll
Date: 8-18-2016
Lucy Carrillo-Grubbs, CSR 6766

C28073

INTERNET REPRINT

06-25-13

NSR
0517

**EXHIBIT PAGE 1**

REPRESENTATION OF PRINTED DOCUMENT

0614812790

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.MyNationstarMtg.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the lender, together with a copy of the servicemember's military orders to: Nationstar Mortgage LLC, Attn Research Department, 350 Highland Drive, Lewisville, TX 75067

Please visit our website at www.MyNationstarMtg.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=14.cfm or by calling the HUD toll-free number 1-800-569-4287 (toll-free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your community.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, Nationstar Mortgage may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at www.MyNationstarMtg.com

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto www.MyNationstarMtg.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1878***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, including:

**Pay to: Nationstar Mortgage; Code City: Astar; State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic funds transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic funds transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic funds transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Funds Transfer Act for any unauthorized or incorrect electronic funds transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to www.MyNationstarMtg.com OR call 1-888-480-2432

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | QUALIFIED WRITTEN REQUEST*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 | 350 Highland Drive | 350 Highland Drive | PO Box 7729 | PO Box 961229 | 350 Highland Drive |
| City of Industry, CA 91716-0516 | Lewisville, TX 75067 | Lewisville, TX 75067 | Springfield, OH 45501-7729 | Fort Worth, TX 76161-0229 | Lewisville, TX 75067 |
| | | | Fax (937) 324-6551 | Fax (817) 826-1861 | |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:
Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:  ☐ Mailing Address     ☐ Telephone Number     Loan #: _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

_____     _____

_____     _____

Authorized Borrower Number(s):     Authorized Co-Borrower Number(s):

Home (____) _____   Mobile: Yes  No     Home (____) _____   Mobile: Yes  No

Work (____) _____ Ext:_____   Mobile: Yes  No     Work (____) _____ Ext:_____   Mobile: Yes  No

Other (____) _____   Mobile: Yes  No     Other (____) _____   Mobile: Yes  No

Signature Required: _____     Signature Required: _____

I consent to be contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone

CE02AA                    INTERNET REPRINT                    09-24-13

NSR
0518

**EXHIBIT PAGE 2**

REPRESENTATION OF PRINTED DOCUMENT          0614812790

**MORTGAGE LOAN STATEMENT**

**Nationstar**
M O R T G A G E   P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516
www.MyNationstarMtg.com

DETACH COUPON BELOW AND RETURN WITH YOUR PAYMENT.
RETAIN TOP PORTION FOR YOUR RECORDS.

Your Dedicated Loan Specialist is
Amanda Krich and can be reached at
(888) 850-9398 EXT. 1015920 or via mail at
350 Highland Drive, Lewisville, TX 75067

5-692-80316-112746-023-1-000-001-000-000

| | |
|---|---|
| Statement Date: | 11/04/2013 |
| Payment Due Date: | 12/01/2013 |

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

| | |
|---|---|
| Loan Number: | 0614812790 |
| Home Phone Number: | 408-612-3713 |
| Work Phone Number: | 000-000-0001 |

Property Address: 920 VIA VIVALDI
MORGAN HILL CA 95037

### AMOUNT DUE EXPLANATION

| | |
|---|---|
| Principal and Interest Due | $2,861.57 |
| Escrow Amount | $553.73 |
| Total | $3,415.30 |

Amount Due* - By 12/01/2013          $3,415.30
*This amount does not include any payments made, or fees or charges that may
have been incurred and/or added to your account after the date of this statement.

| | |
|---|---|
| Interest Rate | 3.125% |
| Principal Balance - As of 11/04/2013 | $299,873.40 |
| Escrow Balance - As of 11/04/2013 | $16,499.32 |

The Principal Balance does not represent the payoff amount of your account
and is not to be used for payoff purposes.

| | |
|---|---|
| Interest Paid Year-To-Date | $108,700.37 |

### PLEASE NOTE:

If the payment due on 12/01/2013 is not received by 12/16/2013,
a late charge in the amount of $143.08 may be assessed to your
account.

### PAYMENT ACTIVITY

| | | |
|---|---|---|
| Last Payment Received | 10/31/2013 | |
| Principal - Scheduled | | $46,279.41 |
| Additional Principal | | $248,812.19 |
| Interest | | $89,611.93 |
| Escrow | | $31,166.49 |
| Advances | | $2,849.86 |
| Total | | $418,719.88 |

IMPORTANT MESSAGES                    Additional Critical Notices - see reverse side

**We appreciate your business. Please visit us on the web at www.MyNationstarMTG.com.**

Remember that you can obtain information regarding your account 24 hours a day, 7 days a week on our website.
Visit www.mynationstarmtg.com to log in or register for My Account access today!

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**Nationstar**
M O R T G A G E   www.MyNationstarMtg.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS
OR PHONE NUMBER HAS CHANGED.
ENTER CHANGES ON BACK OF COUPON

JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER | TOTAL AMOUNT DUE | |
|---|---|---|
| 0614812790 | 12/01/2013 | $3,415.30 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK
OR MONEY ORDER AND MAKE PAYABLE TO
NATIONSTAR MORTGAGE.

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 12/17/2013 | $3,558.38 |

| | |
|---|---|
| ADDITIONAL ESCROW | |
| ** ADDITIONAL PRINCIPAL | |
| TOTAL AMOUNT OF YOUR CHECK
*DO NOT SEND CASH* | $ |

** All amounts must be paid in full before additional principal reduction can be made.

C28073                    INTERNET REPRINT                    06-25-13

NSR
0521

**EXHIBIT PAGE 3**

REPRESENTATION OF PRINTED DOCUMENT 0614812790

**IMPORTANT PAYMENT INFORMATION**

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not appropriate for a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.MyNationstarMtg.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the lender, together with a copy of the servicemember's military orders to: Nationstar Mortgage LLC, Attn Research Department, 350 Highland Drive, Lewisville, TX 75067

Please visit our website at www.MyNationstarMtg.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcc/home14.cfm or by calling the HUD toll-free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

---

**PAYMENT OPTIONS**

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at www.MyNationstarMtg.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto www.MyNationstarMtg.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. There will charge a fee for this service.

**Western Union QuickCollect** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage; Code City: Astar; State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

---

**NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK**

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic funds transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic funds transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic funds transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Funds Transfer Act for any unauthorized or incorrect electronic transaction.

---

**CONTACT INFORMATION**

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to www.MyNationstarMtg.com OR call 1-888-480-2432

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | QUALIFIED WRITTEN REQUEST*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | 350 Highland Drive Lewisville, TX 75067 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067, Attn: Customer Relations Officer. A 'qualified written request' must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower; and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.



---

**CHANGE OF ADDRESS OR TELEPHONE NUMBER**

Check the appropriate box:  ☐ Mailing Address   ☐ Telephone Number   Loan #: _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

_____     _____

_____     _____

Authorized Borrower Number(s):     Authorized Co-Borrower Number(s):

Home (____)_____  Mobile: Yes  No     Home (____)_____  Mobile: Yes  No

Work (____)_____ Ext:____  Mobile: Yes  No     Work (____)_____ Ext:____  Mobile: Yes  No

Other (____)_____  Mobile: Yes  No     Other (____)_____  Mobile: Yes  No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone

C932AA                    INTERNET REPRINT                    09-24-13

**EXHIBIT PAGE 4**

REPRESENTATION OF PRINTED DOCUMENT          0614812790

## MORTGAGE LOAN STATEMENT


**Nationstar** MORTGAGE
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516
www.MyNationstarMtg.com

DETACH COUPON BELOW AND RETURN WITH YOUR PAYMENT.
RETAIN TOP PORTION FOR YOUR RECORDS.

Your Dedicated Loan Specialist is
Lori Rohrman and can be reached at
(888) 850-9398 EXT. 1015920 or via mail at
350 Highland Drive, Lewisville, TX 75067

1-692-82690-072248-015-1-000-001-000-000

| | |
|---|---|
| Statement Date: | 12/18/2013 |
| Payment Due Date: | 02/01/2014 |

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA   95037-5862

Loan Number:                    0614812790

| | |
|---|---|
| Home Phone Number: | 408-612-3713 |
| Work Phone Number: | 000-000-0001 |

Property Address:  920 VIA VIVALDI
                   MORGAN HILL CA 95037

### AMOUNT DUE EXPLANATION

| | | |
|---|---|---|
| Principal and Interest Due | | $2,334.74 |
| Escrow Amount | | $712.06 |
| Total | | $3,046.80 |
| | | |
| Lender Paid Expenses | | $2,874.86 |
| Amount Due* - By 02/01/2014 | | $5,921.66 |

*This amount does not include any payments made, or fees or charges that may
have been incurred and/or added to your account after the date of this statement.

| | |
|---|---|
| Interest Rate | 2.000% |
| Principal Balance - As of 12/18/2013 | $452,297.55 |
| Escrow Balance - As of 12/18/2013 | $20,791.18- |

The Principal Balance does not represent the payoff amount of your account
and is not to be used for payoff purposes.

| | |
|---|---|
| Interest Paid Year-To-Date | $94,002.32 |
| Taxes Paid Year-To-Date | $4,178.65 |

### PLEASE NOTE:

If the payment due on 02/01/2014 is not received by 02/16/2014,
a late charge in the amount of $116.74 may be assessed to your
account.

### PAYMENT ACTIVITY

| | | |
|---|---|---|
| Last Payment Received | 12/18/2013 | |
| Principal - Scheduled | | $5,991.85 |
| Additional Principal | | $136,675.60 |
| Interest | | $94,002.32 |
| Escrow | | $2,848.24 |
| Total | | $239,518.01 |

### LENDER PAID EXPENSE SUMMARY

| | Paid Since Last Statement | Total |
|---|---|---|
| Legal Fees | $25.00 | $2,709.86 |
| Property Inspections | | $165.00 |
| Totals | $25.00 | $2,874.86 |

### IMPORTANT MESSAGES

**Additional Critical Notices - see reverse side**

**We appreciate your business. Please visit us on the web at www.NationstarMTG.com.**

As shown above your escrow account has a negative balance. This shortage in your escrow account my result in an increase in your
monthly escrow payment. We recommend you make additional payments to your escrow account to eliminate or reduce the shortage.

You can make your payment online at www.MyNationstarMtg.com. There is no charge for this service if you schedule your payment
within 9 days past your due date.

**Important Tax Information:**  Nationstar Mortgage will begin mailing 1098/1099 tax forms in January. Please take a moment to verify
that we have your correct contact information on file to avoid any delays in receiving your tax forms.
Log on to My Account online at www.MyNationstarMtg.com and update your contact information today!

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.


**Nationstar** MORTGAGE   www.MyNationstarMtg.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS
OR PHONE NUMBER HAS CHANGED.
ENTER CHANGES ON BACK OF COUPON

| ACCOUNT NUMBER | TOTAL AMOUNT DUE | |
|---|---|---|
| 0614812790 | 02/01/2014 | $5,921.66 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK
OR MONEY ORDER AND MAKE PAYABLE TO
NATIONSTAR MORTGAGE.

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 02/17/2014 | $6,038.40 |

JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | _____ |
| ** ADDITIONAL PRINCIPAL | _____ |
| TOTAL AMOUNT OF YOUR CHECK   DO NOT SEND CASH | $ _____ |

** All amounts must be paid in full before additional principal reduction can be made.

C29073                    INTERNET REPRINT                    06-25-13

NSR
0523

**EXHIBIT PAGE 5**

REPRESENTATION OF PRINTED DOCUMENT                    0614812790

### IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.MyNationstarMtg.com

#### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the lender, together with a copy of the servicemember's military orders to Nationstar Mortgage LLC, Attn: Research Department, 350 Highland Drive, Lewisville, TX 75067

Please visit our website at www.MyNationstarMtg.com for complete details regarding Legal Rights and Protections Under the SCRA.

#### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

#### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcconf14.cfm or by calling the HUD toll-free number 1-800-569-4287 (toll-free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

#### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

*We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.*

### PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at www.MyNationstarMtg.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 8 days of the due date. Log onto www.NationstarMtg.com.

**Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. **Call 1-888-480-2432.** Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ****1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

Pay to: Nationstar Mortgage; Code City: Astar; State: TX

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic funds transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic funds transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic funds transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Funds Transfer Act for any unauthorized or incorrect electronic funds transfer.

### CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6pm CT, and Saturday 8 am – 2 pm CT (Calls may be monitored and/or recorded for quality assurance purposes)

 **24-hour automated account information:** Log on to www.MyNationstarMtg.com OR call **1-888-480-2432**

**Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | QUALIFIED WRITTEN REQUEST*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | 350 Highland Drive Lewisville, TX 75067 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067, Attn: Customer Relations Officer. A 'qualified written request' must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request, if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.



---

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:  ☐ Mailing Address     ☐ Telephone Number     Loan #: _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

_____     _____

_____     _____

Authorized Borrower Number(s):     Authorized Co-Borrower Number(s):

Home (____)_____     Mobile: Yes  No     Home (____)_____     Mobile: Yes  No

Work (____)_____ Ext:_____     Mobile: Yes  No     Work (____)_____ Ext:_____     Mobile: Yes  No

Other (____)_____     Mobile: Yes  No     Other (____)_____     Mobile: Yes  No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0524

**EXHIBIT PAGE 6**

REPRESENTATION OF PRINTED DOCUMENT



**Nationstar**
M O R T G A G E
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516
www.MyNationstarMtg.com

0614812790
**MORTGAGE LOAN STATEMENT**
DETACH COUPON BELOW AND RETURN WITH YOUR PAYMENT.
RETAIN TOP PORTION FOR YOUR RECORDS.

3-692-83642-000740-001-1-001-001-000-000

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA   95037-5862

| | |
|---|---|
| Statement Date: | 01/03/2014 |
| Payment Due Date: | 02/01/2014 |
| Loan Number: | 0614812790 |
| Home Phone Number: | 408-612-3713 |
| Work Phone Number: | 000-000-0001 |

Property Address:  920 VIA VIVALDI
MORGAN HILL CA 95037

### AMOUNT DUE EXPLANATION

| | |
|---|---|
| Principal and Interest Due | $2,334.74 |
| Escrow Amount | $712.06 |
| Total | $3,046.80 |
| | |
| Lender Paid Expenses | $2,889.86 |
| Amount Due* - By 02/01/2014 | $5,936.66 |

*This amount does not include any payments made, or fees or charges that may have been incurred and/or added to your account after the date of this statement.

| | |
|---|---|
| Interest Rate | 2.000% |
| Principal Balance - As of 01/03/2014 | $452,297.55 |
| Escrow Balance - As of 01/03/2014 | $20,791.18- |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### PLEASE NOTE:
If the payment due on 02/01/2014 is not received by 02/16/2014, a late charge in the amount of $116.74 may be assessed to your account.

### LENDER PAID EXPENSE SUMMARY

| | Paid Since Last Statement | Total |
|---|---|---|
| Legal Fees | | $2,709.86 |
| Property Inspections | $15.00 | $180.00 |
| **Totals** | $15.00 | $2,889.86 |

IMPORTANT MESSAGES

Additional Critical Notices - see reverse side

**Important Tax Information:**   Did you know that you can download a copy of your 1098/1099 tax form online?
Visit www.mynationstarmtg.com to log in or register for My Account access.

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

**Nationstar**
M O R T G A G E   www.MyNationstarMtg.com
☐  PLEASE CHECK BOX IF MAILING ADDRESS
OR PHONE NUMBER HAS CHANGED.
ENTER CHANGES ON BACK OF COUPON

JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER | TOTAL AMOUNT DUE | |
|---|---|---|
| 0614812790 | 02/01/2014 | $5,936.66 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK
OR MONEY ORDER AND MAKE PAYABLE TO
NATIONSTAR MORTGAGE.

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 02/17/2014 | $6,053.40 |

| | |
|---|---|
| ADDITIONAL ESCROW | |
| ** ADDITIONAL PRINCIPAL | |
| TOTAL AMOUNT OF YOUR CHECK *DO NOT SEND CASH* | $ |

** All amounts must be paid in full before additional principal reduction can be made.

C28073

INTERNET REPRINT

06-25-13

**EXHIBIT PAGE 7**

REPRESENTATION OF PRINTED DOCUMENT                    0614812790

**IMPORTANT PAYMENT INFORMATION**

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account.  Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fees for Select Services may be found on our website at www.MyNationstarMtg.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty.  If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the servicer, together with a copy of the servicemember's military orders to: Nationstar Mortgage LLC, Attn: Research Department, 350 Highland Drive, Lewisville, TX 75067

Please visit our website at www.MyNationstarMtg.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**

Payments received and posted after a grace period will be assessed a late charge.  The late charge rate and number of grace days are shown on your Note.  Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge.  Partial payments cannot be applied.  If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law.  (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD).  A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll-free number 1-800-569-4287 (toll-free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.  Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

> We may report information about your account to credit bureaus.  Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**PAYMENT OPTIONS**

 **Auto-Pay** allows you to have your payment automatically debited, each month, from your checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at www.MyNationstarMtg.com.

 **Online Payment** allows you to log on to your account anytime to make a payment.  There is no charge for this service if the payment is made within 9 days of the due date.  Log onto www.MyNationstarMtg.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ****678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

Pay to: Nationstar Mortgage; Code City: Astar; State: TX

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

**NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK**

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer.  An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account.  By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check.  If the electronic funds transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:**  The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check.  If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:**  The electronic funds transfer from your account will be on the account statement you receive from your financial institution.  You will not receive your original check back from your financial institution.  For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:**  You should contact your financial institution immediately if you believe that the electronic funds transfer reported on your statement is not properly authorized or is otherwise incorrect.  Consumers have protections under the Electronic Funds Transfer Act for any unauthorized or incorrect electronic funds transfer.

**CONTACT INFORMATION**

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to www.MyNationstarMtg.com OR call 1-888-480-2432

**Mailing addresses** for Nationstar Mortgage are listed below.  Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | QUALIFIED WRITTEN REQUEST*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 | 350 Highland Drive | 350 Highland Drive | PO Box 7729 | PO Box 961229 | 350 Highland Drive |
| City of Industry, CA 91716-0516 | Lewisville, TX 75067 | Lewisville, TX 75067 | Springfield, OH 45501-7729 | Fort Worth, TX 76161-0229 | Lewisville, TX 75067 |
| | | | Fax (937) 324-6551 | Fax (817) 826-1861 | |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, 350 Highland Drive, Lewisville, TX  75067, Attn:  Customer Relations Officer.  A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined.  (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower.  (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered in any enclosed inserts.



---

*CHANGE OF ADDRESS OR TELEPHONE NUMBER*

Check the appropriate box:   ☐ Mailing Address   ☐ Telephone Number   Loan #: _____

Borrower's Name: _____    Co-Borrower's Name: _____

Borrower's New Address: _____    Co-Borrower's New Address: _____

_____    _____

_____    _____

Authorized Borrower Number(s):    Authorized Co-Borrower Number(s):

Home (____) _____    Mobile: Yes   No    Home (____) _____    Mobile: Yes   No

Work (____) _____ Ext:____    Mobile: Yes   No    Work (____) _____ Ext:____    Mobile: Yes   No

Other (____) _____    Mobile: Yes   No    Other (____) _____    Mobile: Yes   No

Signature Required: _____    Signature Required: _____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided.  This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

C692AA    INTERNET REPRINT    09-24-13

REPRESENTATION OF PRINTED DOCUMENT                    0614812790

 **Nationstar** MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

## ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

www.MyNationstarMtg.com
LOAN NUMBER: 0614812790
DATE: DECEMBER 19, 2013

3-692-83642-000740-001-2-001-001-000-000

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

PREVIOUS PAYMENT
P&I                  2,861.57
ESCROW                 553.73

TOTAL PAYMENT        3,415.30

NEW PAYMENT AS OF 04/01/14
P&I                  2,334.74
ESCROW                 755.61
SHORTAGE SPREAD        292.51
DEFICIENCY SPRD      1,732.60

TOTAL PAYMENT        5,115.46

### COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point, there is a surplus. If the projected low point is less than the allowable low point, there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment information.

### ANTICIPATED ESCROW DISBURSEMENTS

| | | MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| COUNTY TAX | 8,357.30 | | | | STARTING BALANCE | 19,367.06- | 4,934.26 |
| HAZARD SFR | 710.00 | 04/14 | 755.61 | 4,178.65- | COUNTY TAX | 22,790.10- | 1,511.22 < |
| | | 05/14 | 755.61 | 710.00- | HAZARD SFR | 22,744.49- | 1,556.83 |
| | | 06/14 | 755.61 | .00 | PAYMENT | 21,988.88- | 2,312.44 |
| | | 07/14 | 755.61 | .00 | PAYMENT | 21,233.27- | 3,068.05 |
| | | 08/14 | 755.61 | .00 | PAYMENT | 20,477.66- | 3,823.66 |
| TOTAL DISBURSEMENTS | 9,067.30 | 09/14 | 755.61 | .00 | PAYMENT | 19,722.05- | 4,579.27 |
| DIVIDED BY 12  MONTHS | | 10/14 | 755.61 | .00 | PAYMENT | 18,966.44- | 5,334.88 |
| | | 11/14 | 755.61 | .00 | PAYMENT | 18,210.83- | 6,090.49 |
| MTHLY ESCROW DEPOSIT | 755.61 | 12/14 | 755.61 | 4,178.65- | COUNTY TAX | 21,633.87- | 2,667.45 |
| (MAY VARY DUE TO ROUNDING) | | 01/15 | 755.61 | .00 | PAYMENT | 20,878.26- | 3,423.06 |
| | | 02/15 | 755.61 | .00 | PAYMENT | 20,122.65- | 4,178.67 |
| | | 03/15 | 755.61 | .00 | PAYMENT | 19,367.04- | 4,934.28 |
| | | TOTAL | 9,067.32 | 9,067.30- | | | |

### LOW  BALANCE SUMMARY

| | |
|---|---|
| PROJECTED LOW POINT | -22,790.10 |
| LESS ALLOWABLE LOW BAL | 1,511.22 |
| | |
| SHORTAGE | 24,301.32 |
| ESCROW SHORTAGE PRORATED OVER  12 MONTHS | 292.51 |
| ESCROW DEFICIENCY PRORATED OVER  12 MONTHS | 1,732.60 |
| | |
| SURPLUS | 0.00 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding  MIP/PMI), unless state  law specifies a lower amount.

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

*If this debt is in or has been  discharged in a bankruptcy  proceeding, be advised this communication is not an attempt to collect the debt against you.  Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.*

 **Nationstar** MORTGAGE

## ESCROW SHORTAGE REPLY
(This is NOT a bill)

LOAN # 0614812790
NAME: JASON S CASTILLO

NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

**SHORTAGE AMOUNT:**   24,301.32

Your escrow shortage has been spread over  12 months, resulting in an additional increase in your monthly payment.

**IF YOU CHOOSE to pay your shortage in full, please mail this coupon with your remittance of the shortage amount to Nationstar Mortgage at the address shown to the left.** Your monthly payment will then be reduced by the "Shortage Spread".

C22097

11/06/12

NSR
0527

**EXHIBIT PAGE 9**

REPRESENTATION OF PRINTED DOCUMENT                    0614812790

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

LOAN NUMBER:   0614812790                                          DATE:  DECEMBER 19, 2013

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure.  The projections from your previous escrow analysis are to the left of the actual payments and disbursements.  By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred.

An asterisk (*) indicates a difference in either the amount or date.  When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received were lesser OR greater than expected<br>• Monthly payment(s) received earlier OR later than expected<br>• Previous overage was returned to escrow<br>• Previous deficiency/shortage not paid entirely | • Tax rate and/or assessed value changed<br>• Exemption status lost or changed<br>• Supplemental/Delinquent tax paid<br>• Tax bill paid earlier OR later than expected<br>• Tax installment not paid<br>• Tax refund received<br>• New tax escrow requirement paid | • Premium changed<br>• Coverage changed<br>• Additional premium paid<br>• Insurance bill paid earlier OR later than expected<br>• Premium was not paid<br>• Premium refund received<br>• New insurance escrow requirement paid<br>• Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | .00 | .00 |
| 09/13 | .00 | .00 * | .00 | 19,460.77-* | ESC PAY ADJ | .00 < | 19,460.77- |
| 11/13 | .00 | .00 * | .00 | 4,178.65-* | COUNTY TAX | .00 | 23,639.42-< |
| 12/13 | .00 | 2,848.24 * | .00 | .00 | | .00 | 20,791.18- |
| 02/14 | .00 | 712.06 *S | .00 | .00 | | .00 | 20,079.12- |
| 03/14 | .00 | 712.06 *S | .00 | .00 | | .00 | 19,367.06- |
| 00/15 | .00 | .00 | .00 | .00 | | .00 | 19,367.06- |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $1,511.22 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under your Mortgage Contract or State or Federal Law, your targeted low point in your escrow account is $1,511.22 and your actual low point was $23,639.42- ; the amounts are indicated with an arrow (<).

By comparing the projected escrow payments with the actual payments you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date. The estimated payments to escrow and payments from escrow are indicated with an (E).

INTERNET REPRINT

NSR
0528

**EXHIBIT PAGE 10**

**MORTGAGE LOAN STATEMENT**

 **Nationstar** MORTGAGE

P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

9-692-86321-0021715-005-000-001-000-000

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA 95037-5862

| | |
|---|---|
| Statement Date: | 02/04/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 03/01/2014 |
| **Amount Due:** | **$3,046.80** |

*If payment is received after 03/17/16, $116.74 late fee will be charged.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $450,716.64 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$20,079.12 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,583.55 |
| Interest | $751.19 |
| Escrow Amount (for Taxes & Insurance) | $712.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,046.80** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| **Total Amount Due** | **$3,046.80** |

### Lender Paid Expense Summary

| | Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $2,709.86 |
| Property Inspections | $0.00 | $180.00 |
| Total | $0.00 | $2,889.86 |

### Past Payment Breakdown

| | Payments Rec'd since 01/04/2014 | Paid Year to Date |
|---|---|---|
| Principal | $1,580.91 | $1,580.91 |
| Interest | $753.83 | $753.83 |
| Escrow (Taxes & Insurance) | $712.06 | $712.06 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| Total | $3,046.80 | $3,046.80 |

### Transaction Activity (01/04/2014 to 02/04/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/06/2014 | Payment | $3,046.80 | $1,580.91 | $753.83 | $712.06 | |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Complaints asserting errors related to servicing of your loan, requests for information regarding your loan and qualified written requests (QWR) must be sent to P.O. Box 630348, Irving, TX 75063.*

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar** MORTGAGE
MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 03/01/2014   $3,046.80 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 03/17/2014   $3,163.54 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| **TOTAL AMOUNT OF YOUR CHECK**
**DO NOT SEND CASH** | |

*All amounts must be paid in full before additional principal reduction can be made.

06148127900 000304680  000316354

**EXHIBIT PAGE 11**

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance slub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and escrow/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the servicer, together with a copy of the servicemember's military orders to: Nationstar Mortgage LLC, Attn: Research Department; 350 Highland Drive, Lewisville, TX 75067

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

---

*Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.*

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

### CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment method supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:  ☐ Mailing Address  ☐ Telephone Number  Loan #:_____

Borrower's Name:_____  Co-Borrower's Name:_____

Borrower's New Address:_____  Co-Borrower's New Address_____

_____  _____

_____  _____

Authorized Borrower Number(s):  Authorized Co-borrower Number(s):

Home (_____)_____  Mobile: Yes  No  Home (_____)_____  Mobile: Yes  No

Work (_____)_____ Ext:____  Mobile: Yes  No  Work (_____)_____ Ext:____  Mobile: Yes  No

Other (_____)_____  Mobile: Yes  No  Other (_____)_____  Mobile: Yes  No

Signature Required:_____  Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

9-692-86321-0021715-005-000-001-000-000



JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

## A Guide To Your Monthly Statement



At Nationstar Mortgage, your business is important to us and so is your satisfaction. That's why we want to make sure you understand how to read your monthly billing statement. So please take a few minutes to acquaint yourself with the format. Each monthly statement provides a bill for your upcoming scheduled monthly payment, regardless of your account's "next due" status. If your loan reflects past due payment amounts, remittance fees will be applied to those payments first before being applied to any upcoming scheduled payment unless otherwise specified by state law. Please note that the billing statement will only reflect the information that is applicable to your mortgage loan.

If you have any questions, call us or visit us online. One of our Customer Service Representatives will be happy to help you.

**1-888-480-2432   MyNationstar.com**
Mon–Thurs 8am to 8pm, Fri 8am to 6pm, and Sat 8am to 2pm Central



### ① Statement Information

**Statement Date**
The date your statement was generated. Account activity and payments received after this date will not be reflected on this statement.

### ② Amount Due Explanation

This section includes payment information for the scheduled billing cycle, as well as any past due amounts and charges. This includes the following:

**Principal and Interest Due**
Your next scheduled monthly principal and interest amount as stated in your original or modified note.

**Escrow Amount**
The amount which is currently due for the escrow portion of your payment.

**Total**
Your minimum monthly payment amount for this billing cycle. This includes principal, interest, optional insurance (if applicable) and escrow (if applicable).

**Past Due Payments**
This includes all minimum monthly payment amounts past due.

**Late Charge**
The amount of late charges assessed if the most recent payment was received after the grace period specified in your original note or mortgage.

**Previous Late Charge(s)**
Previously assessed and unpaid late charges.

**Return Check Fee**
Amounts charged for recently returned payments, if applicable. May also be referred to as an Overdraft or Non-Sufficient Funds (NSF) fee.

**Previous Return Check Fee(s)**
Previously assessed and unpaid NSF fees.

**Lender Paid Expenses**
Amounts paid by the lender on your behalf to ensure the security of the note.

**Amount Due**
Total of all amounts and charges listed under Amount Due Explanation. This amount may not represent the total required to bring your loan contractually current.

**EXHIBIT PAGE 13**

NSR
0532

A Guide To Your Monthly Statement



**Nationstar** MORTGAGE

**❸ Payment Activity**

Shows the application of your last payment received.

**Last Payment Received**
The date Nationstar Mortgage received your last payment.

**Principal—Scheduled and Additional**
The amount applied towards your principal from your last payment.

**Interest and Escrow**
The amount from your last payment applied to interest and your escrow balance (if applicable).

**Optional Insurance**
Optional insurance premiums paid (if applicable).

**Late Charges, Fees and Lender Paid Expenses**
The amount from the last payment received that was applied to late charges, fees or expenses on your loan (if applicable).

**Unapplied Funds**
The amount of the last payment received that has not been applied as a payment (if applicable).

**❹ Lender Paid Expense Summary**

This section includes the Lender Paid Expenses for the mortgage property, both paid since your last statement and total, such as: Deferred Payment, Home Insurance Premium, Legal Fees, Escrow Expenses, Short Payment, Property Taxes, Property Inspections, Location Search, Title Lien Search, Prior Lien, Maintenance, Repairs, and Prior Lender Expenses.

**❺ Current and Late Payment Amount Information**

**Total Amount Due**
Sum of the current amount due and the total amounts past due. This amount may not represent the total required to bring your loan contractually current.

**Payment Due If Received On or After**
Total amount due plus any additional late charges, if payment of total amount due is received on or after the date listed.

**❻ Additional Escrow and Principal Information**

**Additional Escrow**
You may elect to include extra amounts to be applied to your escrow account. Please note: all current and past due amounts must be paid before additional payments into your escrow account can be made.

**Additional Principal**
You may elect to include extra amounts to be applied to your principal balance. Please note: All current and past due amounts must be paid before additional principal payments can be made.





P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

## MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

2-692-88111-0015575-004-001-001-000-000

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA 95037-5862

| | |
|---|---|
| Statement Date: | 03/04/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 04/01/2014 |
| **Amount Due:** | **$5,115.46** |

If payment is received after 04/17/14, $116.74 late fee will be charged.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $449,133.09 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$19,333.84 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,586.18 |
| Interest | $748.56 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| **Total Amount Due** | **$5,115.46** |

### Lender Paid Expense Summary

| | Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $2,709.86 |
| Property Inspections | $0.00 | $180.00 |
| Total | $0.00 | $2,889.86 |

### Past Payment Breakdown

| | Payments Rec'd since 02/05/2014 | Paid Year to Date |
|---|---|---|
| Principal | $1,583.55 | $3,164.46 |
| Interest | $751.19 | $1,505.02 |
| Escrow (Taxes & Insurance) | $712.06 | $1,424.12 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| Total | $3,046.80 | $6,093.60 |

### Transaction Activity (02/05/2014 to 03/04/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/21/2014 | Payment-Int on Escrow | $33.22 | | | $33.22 | |
| 02/11/2014 | Payment | $3,046.80 | $1,583.55 | $751.19 | $712.06 | |

### Important Messages                              (See Reverse side for Additional Critical Notices)

Signing up for Paperless Billing is simple, convenient and secure. Simply visit MyNationstar.com to log into your account and select to "Go Paperless" today.

If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eStatements/Paperless Billing. Paperless billing offers convenient monthly statement email reminders, greater security - no lost mail, and access up to 6 months of archived online statements to view or download to your personal computer.

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar
MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 04/01/2014   $5,115.46 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER 04/17/2014   $5,232.20 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW          $_____
**ADDITIONAL PRINCIPAL     $_____

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 000511546   000523220

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the servicer, together with a copy of the servicemember's military orders to: Nationstar Mortgage LLC, Attn: Research Department, 350 Highland Drive, Lewisville, TX 75067

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

---

*Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.*

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1881 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box: ☐ Mailing Address     ☐ Telephone Number    Loan #:_____

Borrower's Name:_____    Co-Borrower's Name:_____

Borrower's New Address:_____    Co-Borrower's New Address:_____

Authorized Borrower Number(s):      Authorized Co-borrower Number(s):

Home (_____)_____ Mobile: Yes No    Home (_____)_____ Mobile: Yes No

Work (_____)_____Ext:____ Mobile: Yes No    Work (_____)_____Ext:____ Mobile: Yes No

Other (_____)_____ Mobile: Yes No    Other (_____)_____ Mobile: Yes No

Signature Required:_____    Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



P.O. BOX 60516
CITY OF INDUSTRY, CA  91716-0516

**MORTGAGE LOAN STATEMENT**

| CONTACT INFORMATION |
| --- |
| Customer Service: 1-888-480-2432 |
| Monday - Thursday; 8 a.m. - 8 p.m. CT |
| Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT |
| MyNationstar.com |

0-692-91233-0053380-011-001-001-000-000



JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

| Statement Date: | 04/18/2014 |
| --- | --- |
| Loan Number: | 0614812790 |
| Payment Due Date: | 05/01/2014 |
| **Amount Due:** | **$10,230.92** |
| *If payment is received on or after 05/17/14; $116.74 late fee will be charged.* | |

### Account Information

| | |
| --- | --- |
| Interest Bearing Principal Balance | $448,976.15 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$23,512.49 |
| Prepayment Penalty* | |
| *Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance. | |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
| --- | --- |
| Principal | $1,586.45 |
| Interest | $748.29 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $5,115.46 |
| **Total Amount Due** | **$10,230.92** |

### Past Payment Breakdown

| | Payments Rec'd since 03/05/2014 | Paid Year to Date |
| --- | --- | --- |
| Principal | $156.94 | $3,321.40 |
| Interest | $0.00 | $1,505.02 |
| Escrow (Taxes & Insurance) | $0.00 | $1,424.12 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $2,889.86 | $2,889.86 |
| Partial Payment (Unapplied)** | $3,046.80 | $3,046.80 |
| Total | $6,093.60 | $12,187.20 |

### Transaction Activity (03/05/2014 to 04/18/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
| --- | --- | --- | --- | --- | --- | --- |
| 04/07/2014 | Partial Payment | $3,046.80 | | | | $3,046.80 |
| 03/13/2014 | Principal Payment | $156.94 | $156.94 | | | |
| 03/13/2014 | Property Inspections | $180.00 | | | | $180.00 |
| 03/13/2014 | Legal Fees | $63.00 | | | | $63.00 |
| 03/13/2014 | Legal Fees | $1,058.11 | | | | $1,058.11 |

### Important Messages
(See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*Signing up for Paperless Billing is simple, convenient and secure. Simply visit MyNationstar.com to log into your account and select to "Go Paperless" today.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eStatements/Paperless Billing. Paperless billing offers convenient monthly statement email reminders, greater security - no lost mail, and access up to 6 months of archived online statements to view or download to your personal computer.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



☐  PLEASE CHECK BOX IF MAILING ADDRESS OR
    PHONE NUMBER HAS CHANGED. ENTER
    CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
| --- | --- |
| 0614812790 | 05/01/2014   $10,230.92 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER 05/17/2014   $10,347.66 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
| --- | --- |
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK *DO NOT SEND CASH* | |
| --- | --- |

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 001023092  001034766

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Research Department, 350 Highland Drive, Lewisville, TX 75067 or fax 972-459-1611. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram Express** **Payment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the Express Payment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY: CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-5551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:    ☐ Mailing Address          ☐ Telephone Number        Loan #:_____

Borrower's Name:_____          Co-Borrower's Name:_____

Borrower's New Address:_____          Co-Borrower's New Address_____

_____          _____

_____          _____

Authorized Borrower Number(s):          Authorized Co-borrower Number(s):

Home (_____)_____ Mobile: Yes  No          Home (_____)_____ Mobile: Yes  No

Work (_____)_____ Ext:____ Mobile: Yes  No          Work (_____)_____ Ext:____ Mobile: Yes  No

Other (_____)_____ Mobile: Yes  No          Other (_____)_____ Mobile: Yes  No

Signature Required:_____          Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



P.O. BOX 60516
CITY OF INDUSTRY, CA  91716-0516

**MORTGAGE LOAN STATEMENT - Page 2**

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

0-692-91233-0053380-011-001-001-000-000

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

| | |
|---|---|
| Statement Date: | 04/18/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 05/01/2014 |
| **Amount Due:** | **$10,230.92** |

If payment is received on or after 05/17/14; $116.74 late fee will be charged.

**Transaction Activity (03/05/2014 to 04/18/2014) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/13/2014 | Legal Fees | $185.00 | | | | $185.00 |
| 03/13/2014 | Legal Fees | $863.00 | | | | $863.00 |
| 03/13/2014 | Legal Fees | $422.50 | | | | $422.50 |
| 03/13/2014 | Legal Fees | $118.25 | | | | $118.25 |
| 03/07/2014 | Disbursement-County Tax | $4,178.65 | | | $4,178.65 | |

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

**EXHIBIT PAGE 19**

NSR
0540

## MORTGAGE LOAN STATEMENT



P.O. BOX 60516
CITY OF INDUSTRY, CA  91716-0516

| CONTACT INFORMATION |
|---|
| Customer Service: **1-888-480-2432**<br>Monday - Thursday; 8 a.m. - 8 p.m. CT<br>Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT<br>MyNationstar.com |

3-692-93495-0021008-005-000-001-000-000

JASON S CASTILLO
JENNIFER CASTILLO
920 VIA VIVALDI
MORGAN HILL CA  95037-5862

| | |
|---|---|
| Statement Date: | 05/20/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 06/01/2014 |
| **Amount Due:** | **$10,230.92** |
| If payment is received on or after 06/17/14; $116.74 late fee will be charged. | |

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $447,389.70 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$21,554.77 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,589.09 |
| Interest | $745.65 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $5,115.46 |
| **Total Amount Due** | **$10,230.92** |

### Past Payment Breakdown

| | Payments Rec'd since 04/19/2014 | Paid Year to Date |
|---|---|---|
| Principal | $1,586.45 | $4,907.85 |
| Interest | $748.29 | $2,253.31 |
| Escrow (Taxes & Insurance) | $2,780.72 | $4,204.84 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $978.14 |
| Total | $5,115.46 | $15,234.00 |

### Transaction Activity (04/19/2014 to 05/20/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/12/2014 | Payment | $5,115.46 | $1,586.45 | $748.29 | $2,780.72 | |
| 05/12/2014 | Adj-Forbearance Suspense | -$2,068.66 | | | | -$2,068.66 |
| 04/29/2014 | Disbursement-Insurance | $823.00 | | | $823.00 | |

### Important Messages                                          (See Reverse side for Additional Critical Notices)

*We understand that for many, your home is your most valuable asset. Protect it for your family for years to come in the event of a tragic accident. Get Accidental Death Insurance today. Call 1-888-265-3823, weekdays from 8am-8pm ET for more information.*

*Signing up for Paperless Billing is simple, convenient and secure. Simply visit MyNationstar.com to log into your account and select to "Go Paperless" today.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eStatements/Paperless Billing. Paperless billing offers convenient monthly statement email reminders, greater security - no lost mail, and access up to 6 months of archived online statements to view or download to your personal computer.*

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



MyNationstar.com

☐  PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER<br>0614812790 | TOTAL AMOUNT DUE*<br>06/01/2014     **$10,230.92** |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER<br>06/17/2014     **$10,347.66** |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK<br>DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 001023092  001034766

NSR
0543

**EXHIBIT PAGE 20**

### IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain customer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT; simply write your loan number on your check or money order and mail to the Payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Research Department, 350 Highland Drive, Lewisville, TX 75067 or fax 972-459-1611. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit

### PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

✉ **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram Express Payment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

### CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

✉ **Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:
Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:   ☐ Mailing Address        ☐ Telephone Number        Loan #:_____

Borrower's Name:_____        Co-Borrower's Name:_____

Borrower's New Address:_____        Co-Borrower's New Address:_____

_____

_____

Authorized Borrower Number(s):        Authorized Co-borrower Number(s):

Home (_____)_____  Mobile: Yes  No        Home (_____)_____  Mobile: Yes  No

Work (_____)_____ Ext:_____  Mobile: Yes  No        Work (_____)_____ Ext:_____  Mobile: Yes  No

Other (_____)_____  Mobile: Yes  No        Other (_____)_____  Mobile: Yes  No

Signature Required:_____        Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0544



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619033
DALLAS, TX 75261-9033

## MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

1-692-95664-0023424-005-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement Date: | 06/18/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 07/01/2014 |
| **Amount Due:** | **$14,886.95** |

If payment is received on or after 07/17/14; $116.74 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $447,389.70 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$21,554.77 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you wish to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,589.09 |
| Interest | $745.65 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $32.23 |
| Overdue Payment(s) | $10,230.92 |
| **Total Amount Due** | **$14,886.95** |

### Past Payment Breakdown

| | Payments Rec'd since 05/21/2014 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $4,907.85 |
| Interest | $0.00 | $2,253.31 |
| Escrow (Taxes & Insurance) | $0.00 | $4,204.84 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $3,046.80 | $4,024.94 |
| Total | $3,046.80 | $18,280.84 |

### Transaction Activity (05/21/2014 to 06/18/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/16/2014 | Fee Assessed | $32.23 | | | | $32.23 |
| 06/02/2014 | Partial Payment | $3,046.80 | | | | $3,046.80 |

### Important Messages                                    (See Reverse side for Additional Critical Notices)

The costs for making a payment over the phone will increase beginning July 1,2014. Automated phone system -- up to $14.00. Paying with a representative -- up to $19.00. To avoid fees, you can always use these FREE payment options: pay online before or within 9 days of your payment due date, sign up for Pay by Text through the automated phone system or mail your payment so we receive it by the payment due date.

Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds Balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 07/01/2014   $14,886.95 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 07/17/2014   $15,003.69 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW          $_____

**ADDITIONAL PRINCIPAL       $_____

*TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH*                    [          ]

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 001488695 001500369

NSR
0545

**EXHIBIT PAGE 22**

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to receive a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 630348 Irving, TX 75063. fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form are agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs/prof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 5 days of the due date. Log online at MyNationstar.com

**Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The MoneyGram will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box: ☐ Mailing Address   ☐ Telephone Number   Loan #:_____

Borrower's Name:_____   Co-Borrower's Name:_____

Borrower's New Address:_____   Co-Borrower's New Address:_____

_____   _____

_____   _____

Authorized Borrower Number(s):   Authorized Co-borrower Number(s):

Home (_____)_____   Mobile: Yes   No       Home (_____)_____   Mobile: Yes   No

Work (_____)_____ Ext:_____   Mobile: Yes   No       Work (_____)_____ Ext:_____   Mobile: Yes   No

Other (_____)_____   Mobile: Yes   No       Other (_____)_____   Mobile: Yes   No

Signature Required:_____   Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0546

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief from the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  Nationstar Mortgage, Attn:  Research Dept, 350 Highland Drive, Lewisville, TX  75067
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. Counseling options may be available. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

692-3142-0613F



**MORTGAGE LOAN STATEMENT**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619033
DALLAS, TX 75261-9033

### CONTACT INFORMATION
Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

9-692-98009-0032881-007-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| Statement Date: | 07/18/2014 |
|---|---|
| Loan Number: | 0614812790 |
| Payment Due Date: | 08/01/2014 |
| **Amount Due:** | **$14,886.95** |

If payment is received on or after 08/17/14; $116.74 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$18,774.05 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $32.23 |
| Overdue Payment(s) | $9,739.26 |
| **Total Amount Due** | **$14,886.95** |

### Past Payment Breakdown

| | Payments Rec'd since 06/19/2014 | Paid Year to Date |
|---|---|---|
| Principal | $1,589.09 | $6,496.94 |
| Interest | $745.65 | $2,998.96 |
| Escrow (Taxes & Insurance) | $2,780.72 | $6,985.56 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| **Total** | **$5,115.46** | **$21,327.60** |

### Transaction Activity (06/19/2014 to 07/18/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/03/2014 | Payment | $5,115.46 | $1,589.09 | $745.65 | $2,780.72 | |
| 07/03/2014 | Adj-Forbearance Suspense | -$2,068.66 | | | | -$2,068.66 |

### Important Messages                                    (See Reverse side for Additional Critical Notices)

Losing your job is not always preventable, but some of the financial burden can be. First Protector can pay your monthly mortgage payment if you can't live in your home due to a disaster or if you lose your job involuntarily (benefit amount may be subject to a maximum amount). Visit www.firstprotectorsolutions.com or call 1-855-211-3597, weekdays 8 a.m. - 8 p.m. E.T., and mention offer code OWC8. (Hablamos Español).

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 08/01/2014    $14,886.95 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 08/17/2014    $15,003.69 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ADDITIONAL ESCROW | $_____ |
|---|---|
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 001488695  001500369

NSR
0548

**EXHIBIT PAGE 25**

## IMPORTANT PAYMENT INFORMATION

• It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

• Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

• Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

• Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

• A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military, have been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O Box 630348, Irving, TX 75063. fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcoprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York State Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit

## PAYMENT OPTIONS


**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com


**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 5 days of the due date. Log onto MyNationstar.com


**Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.


**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.


**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Aistar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION


**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or recorded for quality assurance purposes]


**24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:
Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:          ☐ Mailing Address                    ☐ Telephone Number          Loan #:_____

Borrower's Name:_____          Co-Borrower's Name:_____

Borrower's New Address:_____          Co-Borrower's New Address_____

_____          _____

_____          _____

Authorized Borrower Number(s):          Authorized Co-borrower Number(s):

Home (____)_____  Mobile: Yes  No          Home (____)_____  Mobile: Yes  No

Work (____)_____ Ext:____  Mobile: Yes  No          Work (____)_____ Ext:____  Mobile: Yes  No

Other (____)_____  Mobile: Yes  No          Other (____)_____  Mobile: Yes  No

Signature Required:_____          Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0549



**RETURN SERVICE ONLY**
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

| CONTACT INFORMATION |
|---|
| Customer Service: 1-888-480-2432 |
| Monday - Thursday; 8 a.m. - 8 p.m. CT |
| Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT |
| MyNationstar.com |

Your Dedicated Loan Specialist is Ashley Martin and can be reached
at (866) 316-2432 EXT. 9566946 or via mail at:
**350 Highland Drive, Lewisville, TX 75067**

7-692-01474-0029140-006-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| Statement Date: | 08/19/2014 |
|---|---|
| Loan Number: | 0614812790 |
| Payment Due Date: | 09/01/2014 |
| **Amount Due:** | **$19,627.49** |

If payment is received on or after 09/17/14; $116.74 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$18,774.05 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the
event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used
for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $148.97 |
| Overdue Payment(s) | $14,363.06 |
| **Total Amount Due** | **$19,627.49** |

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections | $15.00 | $15.00 |
| Total | $15.00 | $15.00 |

### Past Payment Breakdown

| | Payments Rec'd since 07/19/2014 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $6,496.94 |
| Interest | $0.00 | $2,998.96 |
| Escrow (Taxes & Insurance) | $0.00 | $6,985.56 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| Total | $0.00 | $21,327.60 |

### Transaction Activity (07/19/2014 to 08/19/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/18/2014 | Fee Assessed | $116.74 | | | | $116.74 |
| 07/24/2014 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages          (See Reverse side for Additional Critical Notices)

*Reduce your financial burden when your home is impacted by a disaster or you involuntarily lose your job. Let First Protector pay your mortgage for you. Visit www.firstprotectorsolutions.com or call 1-855-211-3597 weekdays from 8 a.m.-8 p.m. E.T. for more information and mention offer code OWC8. (Hablamos Español).*

*Signing up for Paperless Billing is simple, convenient and secure. Simply visit MyNationstar.com to log into your account and select to "Go Paperless" today.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eStatements/Paperless Billing. Paperless billing offers convenient monthly statement email reminders, greater security - no lost mail, and access up to 6 months of archived online statements to view or download to your personal computer.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



MyNationstar.com

☐  PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 09/01/2014    $19,627.49 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 09/17/2014    $19,744.23 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 001962749  001974423

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided with both computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O. Box 630348, Irving, TX 75063. fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state).

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, Nationstar may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

---

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

**Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:



**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO YOUR
Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:  ☐ Mailing Address        ☐ Telephone Number        Loan #:_____

Borrower's Name:_____                    Co-Borrower's Name:_____

Borrower's New Address:_____              Co-Borrower's New Address_____

_____                                    _____

_____                                    _____

Authorized Borrower Number(s):                    Authorized Co-borrower Number(s):

Home (_____)_____   Mobile: Yes  No       Home (_____)_____   Mobile: Yes  No

Work (_____)_____  Ext:___ Mobile: Yes  No  Work (_____)_____  Ext:___ Mobile: Yes  No

Other (_____)_____   Mobile: Yes  No       Other (_____)_____   Mobile: Yes  No

Signature Required:_____                  Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn:  Research Dept, 350 Highland Drive, Lewisville, TX  75067
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. Counseling options may be available. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

692-3142-0615F

NSR
0553

EXHIBIT PAGE 29



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 819063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION
Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Ashley Martin and can be reached
at (866) 316-2432 EXT. 9586946 or via mail at:
350 Highland Drive, Lewisville, TX 75067

6-692-03813-0024033-005-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Center Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement date: | 09/19/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 10/01/2014 |
| **Amount Due:** | **$24,368.03** |

If payment is received on or after 10/17/14; $116.74 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information
| | |
|---|---|
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$18,774.05 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due
| | |
|---|---|
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $265.71 |
| Overdue Payment(s) | $18,986.86 |
| **Total Amount Due** | **$24,368.03** |

### Lender Paid Expense Summary
| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections | $0.00 | $15.00 |
| **Total** | **$0.00** | **$15.00** |

### Past Payment Breakdown
| | Payments Rec'd since 08/20/2014 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $6,496.94 |
| Interest | $0.00 | $2,998.96 |
| Escrow (Taxes & Insurance) | $0.00 | $6,985.56 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| **Total** | **$0.00** | **$21,327.60** |

### Transaction Activity (08/20/2014 to 09/19/2014)
| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/16/2014 | Fee Assessed | $116.74 | | | | $116.74 |

### Important Messages          (See Reverse side for Additional Critical Notices)

*First Protector covers important gaps in your homeowner's policy that help keep your home safe. Visit www.firstprotectorsolutions.com or call 1-855-211-3597 weekdays from 8 a.m.-8 p.m. E.T. for more information and then enter code OWC8. (Hablamos Español).*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, greater security - no lost email, and archived online access to view or download to your personal computer.*

*At the time this statement was sent, we had not received a payment from you since 07/03/2014. If you are facing financial difficulty, please know that there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable. Our representatives are standing by and can be reached at 1-877-448-5053. Please call us today so we can discuss your available options and which one may be right for you.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 10/01/2014   $24,368.03 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 10/17/2014   $24,484.77 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 002436803  002448477

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all principal, interest and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military and need assistance, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O. Box 630348, Irving, TX 75063, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to pay your account anytime to make a payment. There is no charge for this service if the payment is made within 5 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY: CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request: defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower; and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:   ☐ Mailing Address       ☐ Telephone Number       Loan #:_____

Borrower's Name:_____   Co-Borrower's Name:_____

Borrower's New Address:_____   Co-Borrower's New Address:_____

_____   _____

_____   _____

Authorized Borrower Number(s):   Authorized Co-borrower Number(s):

Home (_____)_____   Mobile: Yes  No   Home (_____)_____   Mobile: Yes  No

Work (_____)_____ Ext:____   Mobile: Yes  No   Work (_____)_____ Ext:____   Mobile: Yes  No

Other (_____)_____   Mobile: Yes  No   Other (_____)_____   Mobile: Yes  No

Signature Required:_____   Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0555



**RETURN SERVICE ONLY**
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Ashley Martin and can be reached
at (866) 316-2432 EXT. 9566946 or via mail at:
**350 Highland Drive, Lewisville, TX 75067**

9-692-06013-0024660-005-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement Date: | 10/20/2014 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 11/01/2014 |
| **Amount Due:** | **$29,108.57** |

If payment is received on or after 11/17/14; $116.74 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$18,774.05 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $382.45 |
| Overdue Payment(s) | $23,610.66 |
| **Total Amount Due** | **$29,108.57** |

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections | $45.00 | $60.00 |
| **Total** | **$45.00** | **$60.00** |

### Past Payment Breakdown

| | Payments Rec'd since 09/20/2014 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $6,496.94 |
| Interest | $0.00 | $2,998.96 |
| Escrow (Taxes & Insurance) | $0.00 | $6,985.56 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| **Total** | **$0.00** | **$21,327.60** |

### Transaction Activity (09/20/2014 to 10/20/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/17/2014 | Property Inspections | -$15.00 | | | | -$15.00 |
| 10/16/2014 | Fee Assessed | $116.74 | | | | $116.74 |
| 10/15/2014 | Property Inspections | -$15.00 | | | | -$15.00 |
| 10/03/2014 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                                    (See Reverse side for Additional Critical Notices)

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, greater security - no lost email, and archived online access to view or download to your personal computer.*

*At the time this statement was sent, we had not received a payment from you since 07/03/2014. If you are facing financial difficulty, please know that there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable. Our representatives are standing by and can be reached at 1-877-448-5053. Please call us today so we can discuss your available options and which one may be right for you.*

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar** MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.

JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 11/01/2014   $29,108.57 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 11/17/2014   $29,225.31 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $ _____ |
| **ADDITIONAL PRINCIPAL | $ _____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 002910857  002922531

NSR
0557

**EXHIBIT PAGE 32**

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military and you or your orders to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O. Box 630348, Irving, TX 75063, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs/hcaprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York State Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The MoneyGram will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address best suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request: defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:    ☐ Mailing Address     ☐ Telephone Number    Loan #:_____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

_____     _____

_____     _____

Authorized Borrower Number(s):     Authorized Co-borrower Number(s):

Home (_____) _____   Mobile: Yes No     Home (_____) _____   Mobile: Yes No

Work (_____) _____ Ext:____   Mobile: Yes No     Work (_____) _____ Ext:____   Mobile: Yes No

Other (_____) _____   Mobile: Yes No     Other (_____) _____   Mobile: Yes No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

Customer Service: 1-888-480-2432
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday: 8 a.m. - 6 p.m. CT and Saturday: 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Ashley Martin and can be reached
at (866) 316-2432 EXT. 9568946 or via mail at:
350 Highland Drive, Lewisville, TX 75067

8-692-08428-0148594-030-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| Statement Date: | 11/18/2014 |
|---|---|
| Loan Number: | 0614812790 |
| Payment Due Date: | 12/01/2014 |
| **Amount Due:** | **$33,849.11** |

If payment is received on or after 12/17/14; $116.74 late fee will be charged.

➲ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

➲ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$23,386.85 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the
event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used
for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $499.19 |
| Overdue Payment(s) | $28,234.46 |
| **Total Amount Due** | **$33,849.11** |

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections | $15.00 | $75.00 |
| **Total** | **$15.00** | **$75.00** |

### Past Payment Breakdown

| | Payments Rec'd since 10/21/2014 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $6,496.94 |
| Interest | $0.00 | $2,998.96 |
| Escrow (Taxes & Insurance) | $0.00 | $6,985.56 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| **Total** | **$0.00** | **$21,327.60** |

### Transaction Activity (10/21/2014 to 11/18/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/17/2014 | Fee Assessed | $116.74 | | | | $116.74 |
| 11/07/2014 | Disbursement-County Tax | $4,612.80 | | | $4,612.80 | |
| 11/04/2014 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                              (See Reverse side for Additional Critical Notices)

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, greater security - no lost email, and archived online access to view or download to your personal computer.*

*At the time this statement was sent, we had not received a payment from you since 07/03/2014. If you are facing financial difficulty, please know that there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable. Our representatives are standing by and can be reached at 1-877-448-5053. Please call us today so we can discuss your available options and which one may be right for you.*

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 12/01/2014    $33,849.11 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 12/17/2014    $33,965.85 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

**All amounts must be paid in full before additional principal reduction can be made.

06148127900  003384911   003396585

**EXHIBIT PAGE 34**

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 630348  Irving, TX 75063. fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com.  Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.  Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log into your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THE FOLLOWING ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:   ☐ Mailing Address          ☐ Telephone Number          Loan #:_____

Borrower's Name:_____          Co-Borrower's Name:_____

Borrower's New Address:_____          Co-Borrower's New Address_____

_____          _____

_____          _____

Authorized Borrower Number(s):          Authorized Co-borrower Number(s):

Home (_____)_____   Mobile: Yes  No          Home (_____)_____   Mobile: Yes  No

Work (_____)_____ Ext:_____   Mobile: Yes  No          Work (_____)_____ Ext:_____   Mobile: Yes  No

Other (_____)_____   Mobile: Yes  No          Other (_____)_____   Mobile: Yes  No

Signature Required:_____          Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



**RETURN SERVICE ONLY**
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**350 Highland Drive, Lewisville, TX 75067**

6-692-11382-0029046-006-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

↻ **Sign up for eCorrespondence**

| Statement Date: | 12/22/2014 |
|---|---|
| Loan Number: | 0614812790 |
| Payment Due Date: | 01/01/2015 |
| **Amount Due:** | **$36,633.37** |

If payment is received on or after 01/17/15; $116.74 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

↻ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$23,386.85 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the
event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used
for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $615.93 |
| Overdue Payment(s) | $32,858.26 |
| **Total Amount Due** | **$36,633.37** |

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Property Inspections | $15.00 | $90.00 |
| **Total** | **$15.00** | **$90.00** |

### Past Payment Breakdown

| | Payments Rec'd since 11/19/2014 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $6,496.94 |
| Interest | $0.00 | $2,998.96 |
| Escrow (Taxes & Insurance) | $0.00 | $6,985.56 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $2,889.86 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| **Total** | **$0.00** | **$21,327.60** |

### Transaction Activity (11/19/2014 to 12/22/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 12/16/2014 | Fee Assessed | $116.74 | | | | $116.74 |
| 12/16/2014 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                                (See Reverse side for Additional Critical Notices)

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eCorrespondence.
ECorrespondence offers convenient monthly email reminders, greater security - no lost email, and archived online access to view or download to
your personal computer.*

*At the time this statement was sent, we had not received a payment from you since 07/03/2014. If you are facing financial difficulty, please know that
there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable.
Our representatives are standing by and can be reached at 1-877-448-5053. Please call us today so we can discuss your available options and
which one may be right for you.*

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly
escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 01/01/2015    $36,633.37 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 01/17/2015    $36,750.11 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW        $_____

**ADDITIONAL PRINCIPAL     $_____

| *TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH* | |
|---|---|

*All amounts must be paid in full before additional principal reduction can be made.

06148127900 003663337   003675011

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both bottom computer encoding that will help prepare prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

## SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O. Box 630348  Irving, TX 75063  fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com.  Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA

## LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

## HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcconprof14.cfm  or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

## NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.  Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650516 City of Industry, CA  91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:      ☐ Mailing Address                    ☐ Telephone Number            Loan #:_____

Borrower's Name:_____                              Co-Borrower's Name:_____

Borrower's New Address:_____                     Co-Borrower's New Address_____

_____                                              _____

_____                                              _____

Authorized Borrower Number(s):                               Authorized Co-borrower Number(s):

Home (_____)_____   Mobile: Yes   No            Home (_____)_____   Mobile: Yes   No

Work (_____)_____  Ext:_____  Mobile: Yes   No   Work (_____)_____  Ext:_____  Mobile: Yes   No

Other (_____)_____   Mobile: Yes   No           Other (_____)_____   Mobile: Yes   No

Signature Required:_____                           Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

**EXHIBIT PAGE 37**

NSR
0564

 **Nationstar MORTGAGE**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**MORTGAGE LOAN STATEMENT**

| CONTACT INFORMATION |
| --- |

**Customer Service: 1-888-480-2432**
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday: 8 a.m. - 6 p.m. CT and Saturday: 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
350 Highland Drive, Lewisville, TX 75067

### Year End Documents Enclosed

7-692-13986-0028693-006-000-101-000-000

 JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

↻ **Sign up for eCorrespondence**

| Statement Date: | 01/21/2015 |
| --- | --- |
| Loan Number: | 0614812790 |
| Payment Due Date: | 02/01/2015 |
| **Amount Due:** | **$41,373.91** |

If payment is received on or after 02/17/15; $116.74 late fee will be charged.

Property Address:              ↻ **Pay Online Now**
920 VIA VIVALDI
MORGAN HILL CA 95037

| Account Information | |
| --- | --- |
| Interest Bearing Principal Balance | $445,800.61 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$23,386.85 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

| Explanation of Amount Due | |
| --- | --- |
| Principal | $1,591.74 |
| Interest | $743.00 |
| Escrow Amount (for Taxes & Insurance) | $2,780.72 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$5,115.46** |
| Total Fees and Charges | $732.67 |
| Overdue Payment(s) | $37,482.06 |
| **Total Amount Due** | **$41,373.91** |

| Lender Paid Expense Summary | Activity Since Last Statement | Total |
| --- | --- | --- |
| Property Inspections | $15.00 | $105.00 |
| **Total** | **$15.00** | **$105.00** |

| Past Payment Breakdown | Payments Rec'd since 12/23/2014 | Paid Year to Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $1,956.28 |
| **Total** | **$0.00** | **$1,956.28** |

| Transaction Activity (12/23/2014 to 01/21/2015) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Date | Description | Total | Principal | Interest | Escrow | Other |
| 01/16/2015 | Fee Assessed | $116.74 | | | | $116.74 |
| 12/31/2014 | Property Inspections | -$15.00 | | | | -$15.00 |

| Important Messages | (See Reverse side for Additional Critical Notices) |
| --- | --- |

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, greater security - no lost email, and archived online access to view or download to your personal computer.*

*At the time this statement was sent, we had not received a payment from you since 07/03/2014. If you are facing financial difficulty, please know that there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable. Our representatives are standing by and can be reached at 1-877-448-5053. Please call us today so we can discuss your available options and which one may be right for you.*

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar MORTGAGE** MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
| --- | --- | --- |
| 0614812790 | 02/01/2015   $41,373.91 | |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER | |
| --- | --- | --- |
| | 02/17/2015   $41,490.65 | |

| ADDITIONAL ESCROW | $_____ |
| --- | --- |
| **ADDITIONAL PRINCIPAL | $_____ |

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
| --- | --- |

**All amounts must be paid in full before additional principal reduction can be made.

0614812790□ 004137391   004149065

**EXHIBIT PAGE 38**

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military and have questions regarding relief under the SCRA, please contact us at Nationstar Mortgage LLC, Attn: Military Families, P.O Box 630348, Irving, TX 75063, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcprof14.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays and the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA  91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:     ☐ Mailing Address     ☐ Telephone Number     Loan #:_____

Borrower's Name:_____     Co-Borrower's Name:_____

Borrower's New Address:_____     Co-Borrower's New Address_____

_____     _____

_____     _____

Authorized Borrower Number(s):                     Authorized Co-borrower Number(s):

Home (_____ )_____  Mobile: Yes  No     Home (_____ )_____  Mobile: Yes  No

Work (_____ )_____ Ext:_____  Mobile: Yes  No     Work (_____ )_____ Ext:_____  Mobile: Yes  No

Other (_____ )_____  Mobile: Yes  No     Other (_____ )_____  Mobile: Yes  No

Signature Required:_____     Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



NSR
0567



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

Customer Service: **1-888-480-2432**
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday: 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**350 Highland Drive, Lewisville, TX 75067**

7-692-16597-0022016-005-000-101-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement Date: | 02/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 03/01/2015 |
| **Amount Due:** | **$33,443.60** |

*If payment is received on or after 03/17/15; $0.00 late fee will be charged.*

↻ **Sign up for eCorrespondence**

Property Address:        ↻ **Pay Online Now**
920 VIA VIVALDI
MORGAN HILL CA 95037

---

**Account Information**

| | |
|---|---|
| Interest Bearing Principal Balance | $487,735.68 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $3,432.76 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $1,521.85 |
| Interest | $812.89 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $1,077.00 |
| Overdue Payment(s) | $27,742.80 |
| **Total Amount Due** | **$33,443.60** |

---

**Lender Paid Expense Summary**

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $2,128.27 |
| Property Inspections | $30.00 | $165.00 |
| Total | $30.00 | $2,293.27 |

**Past Payment Breakdown**

| | Payments Rec'd since 01/22/2015 | Paid Year to Date |
|---|---|---|
| Principal | $107,229.32 | $107,229.32 |
| Interest | $115,305.29 | $115,305.29 |
| Escrow (Taxes & Insurance) | $36,653.41 | $36,653.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $1,657.59 | $1,657.59 |
| Partial Payment (Unapplied)** | $41,833.43 | $0.00 |
| Total | $302,679.04 | $260,845.61 |

---

**Transaction Activity (01/22/2015 to 02/18/2015)**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/18/2015 | Legal Fees | $581.59 | | | | $581.59 |
| 02/18/2015 | Reversal-Partial Payment | $589.59 | | | | $589.59 |
| 02/18/2015 | Legal Fees | $589.59 | | | | $589.59 |
| 02/18/2015 | Adj-Forbearance Suspense | -$581.59 | | | | -$581.59 |
| 02/18/2015 | Payment | $9,247.60 | $1,519.31 | $815.43 | $2,289.06 | $4,623.80 |

---

**Important Messages**                    **(See Reverse side for Additional Critical Notices)**

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and after your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, greater security - no lost email, and archived online access to view or download to your personal computer.*

---

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


MyNationstar.com

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 03/01/2015    $33,443.60 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 03/17/2015    $33,443.60 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW        $_____

**ADDITIONAL PRINCIPAL      $_____

**TOTAL AMOUNT OF YOUR CHECK**
**DO NOT SEND CASH**      [_____]

*All amounts must be paid in full before additional principal reduction can be made.

06148127900 003344360    003344360

NSR
0568

**EXHIBIT PAGE 40**

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 630348, Irving, TX 75063. fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcsprof14.cfm. or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 630348 Irving, TX 75063 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville, TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Nationstar Mortgage, P.O. Box 630348, Irving, TX 75063, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan assumed by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:   ☐ Mailing Address      ☐ Telephone Number      Loan #:_____

Borrower's Name:_____      Co-Borrower's Name:_____

Borrower's New Address:_____      Co-Borrower's New Address_____

_____      _____

_____      _____

Authorized Borrower Number(s):                 Authorized Co-borrower Number(s):

Home (_____)_____      Mobile: Yes  No      Home (_____)_____      Mobile: Yes  No

Work (_____)_____ Ext:____  Mobile: Yes  No      Work (_____)_____ Ext:____  Mobile: Yes  No

Other (_____)_____      Mobile: Yes  No      Other (_____)_____      Mobile: Yes  No

Signature Required:_____      Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

**EXHIBIT PAGE 41**

NSR
0569

**MORTGAGE LOAN STATEMENT - Page 2**



P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

7-692-16597-0022016-005-000-101-000-000

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
350 Highland Drive, Lewisville, TX 75067

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement Date: | 02/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 03/01/2015 |
| **Amount Due:** | **$33,443.60** |

If payment is received on or after 03/17/15; $0.00 late fee will be charged.

**Transaction Activity (01/22/2015 to 02/18/2015) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/18/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 02/18/2015 | Partial Payment | $898.98 | | | | $898.98 |
| 02/18/2015 | Adjustment-Misc Suspense | -$898.98 | | | | -$898.98 |
| 02/18/2015 | Partial Payment | $491.66 | | | | $491.66 |
| 02/18/2015 | Payment | $4,623.80 | $1,516.79 | $817.95 | $2,289.06 | |
| 02/18/2015 | Adjustment-Misc Suspense | -$5,115.46 | | | | -$5,115.46 |
| 02/18/2015 | Payment | $5,115.46 | $1,514.26 | $820.48 | $2,780.72 | |
| 02/18/2015 | Fee Waived | -$32.23 | | | | -$32.23 |
| 02/18/2015 | Adjustment-Misc Suspense | -$5,115.46 | | | | -$5,115.46 |
| 02/18/2015 | Payment-Int on Escrow | $33.22 | | | $33.22 | |
| 02/18/2015 | Adj-Forbearance Suspense | -$33.22 | | | | -$33.22 |
| 02/18/2015 | Payment | $5,115.46 | $1,511.74 | $823.00 | $2,780.72 | |
| 02/18/2015 | Adjustment-Misc Suspense | -$5,115.46 | | | | -$5,115.46 |
| 02/18/2015 | Payment | $5,115.46 | $1,509.23 | $825.51 | $2,780.72 | |
| 02/18/2015 | Adjustment-Misc Suspense | -$5,115.46 | | | | -$5,115.46 |
| 02/18/2015 | Payment | $6,093.60 | $1,506.72 | $828.02 | $712.06 | $3,046.80 |
| 02/18/2015 | Payment | $6,093.60 | $1,504.21 | $830.53 | $712.06 | $3,046.80 |
| 02/18/2015 | Partial Payment | $9,941.57 | | | | $9,941.57 |
| 02/18/2015 | Adjustment-Misc Suspense | -$9,941.57 | | | | -$9,941.57 |
| 02/18/2015 | Payment | $3,046.80 | $1,501.71 | $833.03 | $712.06 | |
| 02/18/2015 | Adjustment-Misc Suspense | -$3,046.80 | | | | -$3,046.80 |
| 02/18/2015 | Payment | $6,093.60 | $1,499.21 | $835.53 | $712.06 | $3,046.80 |
| 02/18/2015 | Payment | $6,093.60 | $1,496.71 | $838.03 | $712.06 | $3,046.80 |
| 02/18/2015 | Payment | $6,093.60 | $1,494.22 | $840.52 | $712.06 | $3,046.80 |
| 02/18/2015 | Partial Payment | $9,140.40 | | | | $9,140.40 |
| 02/18/2015 | Adjustment-Misc Suspense | -$9,140.40 | | | | -$9,140.40 |
| 02/18/2015 | Principal Payment | $90,655.21 | $90,655.21 | | | |
| 02/18/2015 | Legal Fees | $926.00 | | | | $926.00 |
| 02/18/2015 | Property Inspections | $150.00 | | | | $150.00 |
| 02/18/2015 | Interest Only Payment | $16,197.26 | | $16,197.26 | | |
| 02/18/2015 | Interest Only Payment | $90,000.00 | | $90,000.00 | | |
| 02/18/2015 | Payment-Escrow | $19,460.77 | | | $19,460.77 | |
| 02/18/2015 | Adjustment-Misc Suspense | -$37,389.24 | | | | -$37,389.24 |
| 02/18/2015 | Adjustment-Misc Suspense | -$90,000.00 | | | | -$90,000.00 |
| 02/18/2015 | Adjustment-Misc Suspense | -$90,000.00 | | | | -$90,000.00 |
| 02/18/2015 | Partial Payment | $21,360.82 | | | | $21,360.82 |
| 02/18/2015 | Adjustment-Misc Suspense | $90,000.00 | | | | $90,000.00 |
| 02/18/2015 | Adjustment-Misc Suspense | $91,310.42 | | | | $91,310.42 |
| 02/18/2015 | Reversal-Interest | $90,655.21 | | $90,655.21 | | |
| 02/18/2015 | Reversal-Principal Payment | $90,655.21 | $90,655.21 | | | |
| 02/18/2015 | Adjustment-Fees | $143.08 | | | | $143.08 |
| 02/18/2015 | Adjustment-Misc Suspense | $9,140.40 | | | | $9,140.40 |
| 02/18/2015 | Reversal-Partial Payment | $9,140.40 | | | | $9,140.40 |
| 02/18/2015 | Reversal-Payment | $6,093.60 | $1,494.22 | $840.52 | $712.06 | $3,046.80 |
| 02/18/2015 | Reversal-Payment | $6,093.60 | $1,496.71 | $838.03 | $712.06 | $3,046.80 |
| 02/18/2015 | Reversal-Payment | $6,093.60 | $1,499.21 | $835.53 | $712.06 | $3,046.80 |
| 02/18/2015 | Adjustment-Misc Suspense | $3,046.80 | | | | $3,046.80 |
| 02/18/2015 | Reversal-Payment | $3,046.80 | $1,501.71 | $833.03 | $712.06 | |
| 02/18/2015 | Adjustment-Misc Suspense | $46,020.39 | | | | $46,020.39 |
| 02/18/2015 | Reversal-Principal Payment | $46,020.39 | $46,020.39 | | | |
| 02/18/2015 | Fee Assessed | $116.74 | | | | $116.74 |
| 02/18/2015 | Reversal-Payment | $3,046.80 | $1,580.91 | $753.83 | $712.06 | |
| 02/18/2015 | Fee Assessed | $116.74 | | | | $116.74 |
| 02/18/2015 | Reversal-Payment | $3,046.80 | $1,583.55 | $751.19 | $712.06 | |
| 02/18/2015 | Reversal-Int on Escrow | $33.22 | | | $33.22 | |
| 02/18/2015 | Reversal-Partial Payment | $118.25 | | | | $118.25 |
| 02/18/2015 | Reversal-Partial Payment | $422.50 | | | | $422.50 |
| 02/18/2015 | Reversal-Partial Payment | $863.00 | | | | $863.00 |
| 02/18/2015 | Reversal-Partial Payment | $185.00 | | | | $185.00 |
| 02/18/2015 | Reversal-Partial Payment | $1,058.11 | | | | $1,058.11 |
| 02/18/2015 | Reversal-Partial Payment | $63.00 | | | | $63.00 |
| 02/18/2015 | Reversal-Partial Payment | $180.00 | | | | $180.00 |
| 02/18/2015 | Reversal-Principal Payment | $156.94 | $156.94 | | | |
| 02/18/2015 | Reversal-Partial Payment | $3,046.80 | | | | $3,046.80 |
| 02/18/2015 | Adj-Forbearance Suspense | $2,068.66 | | | | $2,068.66 |
| 02/18/2015 | Reversal-Payment | $5,115.46 | $1,586.45 | $748.29 | $2,780.72 | |
| 02/18/2015 | Reversal-Partial Payment | $3,046.80 | | | | $3,046.80 |
| 02/18/2015 | Adj-Forbearance Suspense | $2,068.66 | | | | $2,068.66 |
| 02/18/2015 | Reversal-Payment | $5,115.46 | $1,589.09 | $745.65 | $2,780.72 | |
| 02/12/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 02/03/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

*At the time this statement was sent, we had not received a payment from you since 07/03/2014.If you are facing financial difficulty, please know that
there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable. Our
representatives are standing by and can be reached at 1-877-448-5053. Please call us today so we can discuss your available options and which one
may be right for you.*

*"Lender Paid Expenses" are funds paid by Nationstar on behalf to another company. These expenses may include, but are not limited to, Legal
Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*"Other Unpaid Fee(s)" include, but are not limited to, phone pay fees, convenience fees, and modification fees.*

*You can make your payment online at MyNationstar.com.There is no charge for this service if you schedule your payment within 9 days past your
due date.*

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn:  Military Families, P.O. Box 630348, Irving, TX  75063.

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. Counseling options may be available. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

692-3170-0514F



**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

Customer Service: 1-888-480-2432
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday: 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
350 Highland Drive, Lewisville, TX 75067

7-692-19126-0011290-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement Date: | 03/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 04/01/2015 |
| **Amount Due:** | **$32,985.58** |

If payment is received on or after 04/17/15; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

↻ Sign up for eCorrespondence

↻ **Pay Online Now**

---

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $487,735.68 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$1,180.04 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the
event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used
for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,521.85 |
| Interest | $812.89 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $350.22 |
| Overdue Payment(s) | $28,011.56 |
| **Total Amount Due** | **$32,985.58** |

---

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $813.56 | $2,941.83 |
| Property Inspections | $0.00 | $165.00 |
| **Total** | **$813.56** | **$3,106.83** |

### Past Payment Breakdown

| | Payments Rec'd since 02/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $107,229.32 |
| Interest | $0.00 | $115,305.29 |
| Escrow (Taxes & Insurance) | $0.00 | $36,653.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $24,374.40 | $24,374.40 |
| **Total** | **$24,374.40** | **$285,220.01** |

---

### Transaction Activity (02/19/2015 to 03/18/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/17/2015 | Partial Payment | $24,374.40 | | | | $24,374.40 |
| 03/16/2015 | Disbursement-County Tax | $4,612.80 | | | $4,612.80 | |
| 03/12/2015 | Legal Fees | -$712.50 | | | | -$712.50 |
| 03/12/2015 | Legal Fees | -$28.00 | | | | -$28.00 |
| 03/12/2015 | Legal Fees | -$37.00 | | | | -$37.00 |

---

### Important Messages                              (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*At the time this statement was sent, we had not received a payment from you since 07/03/2014. If you are facing financial difficulty, please know that there may be options available to you and that we are committed to working with you regarding making your monthly payment more affordable. Our representatives are standing by and can be reached at 1-877-448-5053.  Please call us today so we can discuss your available options and which one may be right for you.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

---

**Nationstar** MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 04/01/2015    $32,985.58 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE: | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 04/17/2015    $32,985.58 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW            $_____

**ADDITIONAL PRINCIPAL         $_____

| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |
|---|---|

*All amounts must be paid in full before additional principal reduction can be made.

06148127900 003298558   003298558

NSR
0573

**EXHIBIT PAGE 44**

| IMPORTANT PAYMENT INFORMATION | SERVICEMEMBERS CIVIL RELIEF ACT |
|---|---|
| • It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.<br><br>• Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.<br><br>• Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due. 2) Applicable Escrow amounts: 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.<br><br>• Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.<br><br>• A Schedule of Fee for Select Services may be found on our website at MyNationstar.com. | The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.<br><br>Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.<br><br>**LATE CHARGES AND OVERDRAFT FEES**<br><br>Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)<br><br>**HOMEOWNER COUNSELING NOTICE**<br><br>If your loan is delinquent, you are entitled to receive homeownership counseling form an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcoprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.<br><br>**NEW YORK STATE RESIDENTS**<br><br>For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks. |

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:            ☐ Mailing Address                ☐ Telephone Number        Loan #:_____

Borrower's Name:_____            Co-Borrower's Name:_____

Borrower's New Address:_____        Co-Borrower's New Address:_____

_____                        _____

_____                        _____

Authorized Borrower Number(s):                    Authorized Co-borrower Number(s):

Home (____)_____ Mobile: Yes No            Home (____)_____ Mobile: Yes No

Work (____)_____ Ext:____ Mobile: Yes No            Work (____)_____ Ext:____ Mobile: Yes No

Other (____)_____ Mobile: Yes No            Other (____)_____ Mobile: Yes No

Signature Required:_____            Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



P.O. BOX 60516
CITY OF INDUSTRY, CA  91716-0516

## MORTGAGE LOAN STATEMENT - Page 2

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

7-692-19126-0011290-001-000-000-000-000

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**350 Highland Drive, Lewisville, TX 75067**

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
Kennedy,2797 Park Avenue, Suit
Santa Clara CA 95050

| | |
|---|---|
| Statement Date: | 03/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 04/01/2015 |
| **Amount Due:** | **$32,985.58** |

If payment is received on or after 04/17/15; $0.00 late fee will be charged.

---

**Transaction Activity (02/19/2015 to 03/18/2015) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/12/2015 | Legal Fees | -$36.06 | | | | -$36.06 |
| 02/20/2015 | Fee Waived | -$143.08 | | | | -$143.08 |
| 02/20/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 02/20/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 02/20/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 02/20/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 02/20/2015 | Fee Waived | -$116.74 | | | | -$116.74 |

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly
escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal
Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*"Other Unpaid Fee(s)" include, but are not limited to, phone pay fees, convenience fees, and modification fees.*

*You can make your payment online at MyNationstar.com.There is no charge for this service if you schedule your payment within 9 days past your
due date.*

NSR
0575

**EXHIBIT PAGE 46**

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Nationstar Mortgage, Attn:  Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

692-3572-0115F



**RETURN SERVICE ONLY**
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

1-692-21975-0005607-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA 95050-6057

| | |
|---|---|
| Statement Date: | 04/20/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 05/01/2015 |
| **Amount Due:** | **$35,807.48** |

If payment is received on or after 05/17/15; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⤸ **Pay Online Now**

⤸ **Sign up for eCorrespondence**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $487,735.68 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$2,019.04 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,521.85 |
| Interest | $812.89 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $31,183.68 |
| **Total Amount Due** | **$35,807.48** |

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $33.80 | $2,975.63 |
| Property Inspections | $30.00 | $180.00 |
| **Total** | **$63.80** | **$3,155.63** |

### Past Payment Breakdown

| | Payments Rec'd since 03/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $107,229.32 |
| Interest | $0.00 | $115,305.29 |
| Escrow (Taxes & Insurance) | $0.00 | $36,653.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $0.00 | $24,374.40 |
| **Total** | **$0.00** | **$285,220.01** |

### Transaction Activity (03/19/2015 to 04/20/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/17/2015 | Disbursement-Insurance | $839.00 | | | $839.00 | |
| 04/13/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 03/26/2015 | Legal Fees | -$33.80 | | | | -$33.80 |
| 03/23/2015 | Property Inspections | $15.00 | | | | $15.00 |
| 03/19/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                                    (See Reverse side for Additional Critical Notices)

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 05/01/2015   $35,807.48 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE: | PAYMENT DUE IF RECEIVED ON OR AFTER 05/17/2015   $35,807.48 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW          $_____

**ADDITIONAL PRINCIPAL      $_____

**TOTAL AMOUNT OF YOUR CHECK**
**DO NOT SEND CASH**

*All amounts must be paid in full before additional principal reduction can be made.

06148127900 003580748    003580748

NSR
0578

**EXHIBIT PAGE 48**

**IMPORTANT PAYMENT INFORMATION**

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due: 2) Applicable Escrow amounts: 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098. Dallas. TX 75261-9741; fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcc.prof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

---

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

**PAYMENT OPTIONS**

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date.Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number.The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The MoneyGram will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

**NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK**

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

**CONTACT INFORMATION**

**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 887-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:      ☐ Mailing Address                ☐ Telephone Number          Loan #:_____

Borrower's Name:_____                Co-Borrower's Name:_____

Borrower's New Address:_____        Co-Borrower's New Address:_____

_____                                _____

_____                                _____

Authorized Borrower Number(s):                           Authorized Co-borrower Number(s):

Home (_____)_____  Mobile: Yes  No          Home (_____)_____  Mobile: Yes  No

Work (_____)_____  Ext:____  Mobile: Yes  No    Work (_____)_____  Ext:____  Mobile: Yes  No

Other (_____)_____  Mobile: Yes  No          Other (_____)_____  Mobile: Yes  No

Signature Required:_____                     Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular and mobile telephone.

NSR
0579



**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn:  Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.

692-3572-0115F

NSR
0580

**EXHIBIT PAGE 50**



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

| CONTACT INFORMATION | |
|---|---|
| **Customer Service: 1-888-480-2432** | |
| Monday - Thursday; 8 a.m. - 8 p.m. CT | |
| Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT | |
| MyNationstar.com | |

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

1-692-24704-0020964-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA 95050-6057

| Statement Date: | 05/19/2015 |
|---|---|
| Loan Number: | 0614812790 |
| Payment Due Date: | 06/01/2015 |
| **Amount Due:** | **$38,979.60** |
| If payment is received on or after 06/17/15; $0.00 late fee will be charged. | |

↺ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

↺ **Pay Online Now**

| Account Information | |
|---|---|
| Interest Bearing Principal Balance | $487,735.68 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$2,019.04 |
| Prepayment Penalty* | |
| *Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance. | |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

| Explanation of Amount Due | |
|---|---|
| Principal | $1,521.85 |
| Interest | $812.89 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $34,355.80 |
| **Total Amount Due** | **$38,979.60** |

| Lender Paid Expense Summary | | |
|---|---|---|
| | **Activity Since Last Statement** | **Total** |
| Legal Fees | $0.00 | $2,975.63 |
| Property Inspections | $15.00 | $195.00 |
| Total | $15.00 | $3,170.63 |

| Past Payment Breakdown | | |
|---|---|---|
| | **Payments Rec'd since 04/21/2015** | **Paid Year to Date** |
| Principal | $0.00 | $107,229.32 |
| Interest | $0.00 | $115,305.29 |
| Escrow (Taxes & Insurance) | $0.00 | $36,653.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $0.00 | $24,374.40 |
| Total | $0.00 | $285,220.01 |

| Transaction Activity (04/21/2015 to 05/19/2015) | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Description** | **Total** | **Principal** | **Interest** | **Escrow** | **Other** |
| 05/05/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

| Important Messages | (See Reverse side for Additional Critical Notices) |
|---|---|

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

---

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 06/01/2015    $38,979.60 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 06/17/2015    $38,979.60 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW          $_____

**ADDITIONAL PRINCIPAL       $_____

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH**

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 003897960   003897960

NSR
0582

**EXHIBIT PAGE 51**

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay payment. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to a standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military, you have been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York borrowers may file complaints with the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number indicating: **The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. There will be a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 667-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box: ☐ Mailing Address   ☐ Telephone Number   Loan #:_____

Borrower's Name:_____   Co-Borrower's Name:_____

Borrower's New Address:_____   Co-Borrower's New Address:_____

_____   _____

_____   _____

Authorized Borrower Number(s):   Authorized Co-borrower Number(s):

Home (_____)_____  Mobile: Yes  No   Home (_____)_____  Mobile: Yes  No

Work (_____)_____ Ext:_____  Mobile: Yes  No   Work (_____)_____ Ext:_____  Mobile: Yes  No

Other (_____)_____  Mobile: Yes  No   Other (_____)_____  Mobile: Yes  No

Signature Required:_____   Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular and mobile telephone.

NSR
0583

 **Nationstar** MORTGAGE     **MyNationstar.com**   |  8950 Cypress Waters Blvd  |  Coppell, TX 75019

05/20/2015

  1-692-24704-0020964-001-000-000-000-000
JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

> • Your loan is currently in the Foreclosure process.
> • Your loan is currently 261 days past due.
> • Please contact us at (888) 850-9398 EXT. 4670010

RE:  Loan Number:  0614812790
     Property Address:
     920 VIA VIVALDI
     MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due.  As of 05/19/2015, you are 261 days behind on your payment and we have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

* Payment due  12/01/2014:     Unpaid balance of $4,623.80
* Payment due  01/01/2015:     Unpaid balance of $3,172.12
* Payment due  02/01/2015:     Unpaid balance of $3,172.12
* Payment due  03/01/2015:     Unpaid balance of $3,172.12
* Payment due  04/01/2015:     Unpaid balance of $3,172.12
* Payment due  05/01/2015:     Unpaid balance of $3,172.12
* Current payment due 06/01/2015: $4,623.80

     **Total: $38,979.60 due.  You must pay this amount to bring your loan current.**

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

* Modifying the terms of your current loan.
* Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
* If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

* The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
* The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
* HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214



NSR
0584



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

Customer Service: **1-888-480-2432**
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

0-692-27320-0008412-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Offices Of William
2797 PARK AVE
SANTA CLARA CA 95050-6057

| | |
|---|---|
| Statement Date: | 06/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 07/01/2015 |
| **Amount Due:** | **$42,151.72** |

If payment is received on or after 07/17/15; $0.00 late fee will be charged.

↻ **Sign up for eCorrespondence**

↻ **Pay Online Now**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $487,735.68 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$2,019.04 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the
event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used
for payoff purposes.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $2,975.63 |
| Property Inspections | $30.00 | $225.00 |
| **Total** | **$30.00** | **$3,200.63** |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,521.85 |
| Interest | $812.89 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $37,527.92 |
| **Total Amount Due** | **$42,151.72** |

Please call Nationstar to request the full amount owed on your account as the amount due
may be different than stated here due to interest and other charges or credits.

### Past Payment Breakdown

| | Payments Rec'd since 05/20/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $107,229.32 |
| Interest | $0.00 | $115,305.29 |
| Escrow (Taxes & Insurance) | $0.00 | $36,653.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $0.00 | $24,374.40 |
| **Total** | **$0.00** | **$285,220.01** |

### Transaction Activity (05/20/2015 to 06/18/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/18/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 06/03/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly
escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal
Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your
due date.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED, ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 07/01/2015   $42,151.72 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER 07/17/2015   $42,151.72 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH**

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 004215172  004215172

NSR
0587

**EXHIBIT PAGE 54**

| **IMPORTANT PAYMENT INFORMATION** | **SERVICEMEMBERS CIVIL RELIEF ACT** |
|---|---|

**IMPORTANT PAYMENT INFORMATION**

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount that exceeds a sum equal to your account in accordance with a predetermined sequence: 1) Principal and interest due, 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

**SERVICEMEMBERS CIVIL RELIEF ACT**

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

**LATE CHARGES AND OVERDRAFT FEES**

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00 as permitted by applicable law. (This fee may vary by state.)

**HOMEOWNER COUNSELING NOTICE**

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs/hccprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

**NEW YORK STATE RESIDENTS**

For those customers who reside in the state of New York, borrowers may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. MoneyGram will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:    ☐ Mailing Address    ☐ Telephone Number    Loan #:_____

Borrower's Name:_____    Co-Borrower's Name:_____

Borrower's New Address:_____    Co-Borrower's New Address:_____

Authorized Borrower Number(s):      Authorized Co-borrower Number(s):

Home (____)_____   Mobile: Yes  No     Home (____)_____   Mobile: Yes  No

Work (____)_____ Ext:____   Mobile: Yes  No     Work (____)_____ Ext:____   Mobile: Yes  No

Other (____)_____   Mobile: Yes  No     Other (____)_____   Mobile: Yes  No

Signature Required:_____        Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0588

 **Nationstar** MORTGAGE

**MyNationstar.com** | 8950 Cypress Waters Blvd | Coppell, TX 75019

06/19/2015

 0-692-27320-0008412-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

> • Your loan is currently in the Foreclosure process.
> • Your loan is currently 291 days past due.
> • Please contact us at (888) 850-9398 EXT. 4670010

RE:  Loan Number:  0614812790
     Property Address:
     920 VIA VIVALDI
     MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due.  As of 06/18/2015, you are 291 days behind on your payment and we have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- • Payment due  01/01/2015:      Unpaid balance of $3,172.12
- • Payment due  02/01/2015:      Unpaid balance of $3,172.12
- • Payment due  03/01/2015:      Unpaid balance of $3,172.12
- • Payment due  04/01/2015:      Unpaid balance of $3,172.12
- • Payment due  05/01/2015:      Unpaid balance of $3,172.12
- • Payment due  06/01/2015:      Unpaid balance of $3,172.12
- • Current payment due 07/01/2015: $4,623.80
  **Total: $42,151.72 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- • Modifying the terms of your current loan.
- • Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- • If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- • The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- • The Department of Housing and Urban Development (HUD):  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- • HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214


NSR
0589

**EXHIBIT PAGE 56**



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

3-692-30023-0011110-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA 95050-6057

| | |
|---|---|
| Statement Date: | 07/20/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 08/01/2015 |
| **Amount Due:** | **$45,323.84** |

*If payment is received on or after 08/17/15; $0.00 late fee will be charged.*

↻ **Sign up for eCorrespondence**

↻ **Pay Online Now**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $487,735.68 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | -$2,019.04 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the
event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used
for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,521.85 |
| Interest | $812.89 |
| Escrow Amount (for Taxes & Insurance) | $2,289.06 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$4,623.80** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $40,700.04 |
| **Total Amount Due** | **$45,323.84** |

Please call Nationstar to request the full amount owed on your account as the amount due
may be different than stated here due to interest and other charges or credits.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $25.00 | $3,000.63 |
| Property Inspections | $30.00 | $225.00 |
| **Total** | **$55.00** | **$3,225.63** |

### Past Payment Breakdown

| | Payments Rec'd since 06/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $107,229.32 |
| Interest | $0.00 | $115,305.29 |
| Escrow (Taxes & Insurance) | $0.00 | $36,653.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $0.00 | $24,374.40 |
| **Total** | **$0.00** | **$285,220.01** |

### Transaction Activity (06/19/2015 to 07/20/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/17/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 06/22/2015 | Legal Fees | -$25.00 | | | | -$25.00 |
| 06/19/2015 | Property Inspections | $15.00 | | | | $15.00 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly
escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal
Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your
due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



**MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 08/01/2015   $45,323.84 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER 08/17/2015   $45,323.84 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| *TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH* | _____ |

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 004532384   004532384

NSR
0591

**EXHIBIT PAGE 57**

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made an a device, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcc/hccprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization** to Convert Your Check: If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:**
Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined: (i) a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:  ☐ Mailing Address     ☐ Telephone Number     Loan #:_____

Borrower's Name:_____          Co-Borrower's Name:_____

Borrower's New Address:_____      Co-Borrower's New Address:_____

_____                        _____

_____                        _____

Authorized Borrower Number(s):            Authorized Co-borrower Number(s):

Home (_____)_____ Mobile: Yes No    Home (_____)_____ Mobile: Yes No

Work (_____)_____ Ext:_____ Mobile: Yes No    Work (_____)_____ Ext:_____ Mobile: Yes No

Other (_____)_____ Mobile: Yes No    Other (_____)_____ Mobile: Yes No

Signature Required:_____        Signature Required:_____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

NSR
0592

**EXHIBIT PAGE 58**

 **MORTGAGE**   **MyNationstar.com**   |   8950 Cypress Waters Blvd   |   Coppell, TX 75019

07/21/2015

- Your loan is currently in the Foreclosure process.
- Your loan is currently 323 days past due.
- Please contact us at (888) 850-9398 EXT. 4670010

 3-692-30023-0011110-001-000-000-000-000
JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

RE:  Loan Number: 0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due.  As of 07/20/2015, you are 323 days behind on your payment and we have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due  02/01/2015:     Unpaid balance of $3,172.12
- Payment due  03/01/2015:     Unpaid balance of $3,172.12
- Payment due  04/01/2015:     Unpaid balance of $3,172.12
- Payment due  05/01/2015:     Unpaid balance of $3,172.12
- Payment due  06/01/2015:     Unpaid balance of $3,172.12
- Payment due  07/01/2015:     Unpaid balance of $3,172.12
- Current payment due 08/01/2015: $4,623.80
  **Total: $45,323.84 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214


NSR
0593

**EXHIBIT PAGE 59**

# MORTGAGE LOAN STATEMENT

**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

2-692-32639-0045211-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

| | |
|---|---|
| Statement Date: | 08/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 09/01/2015 |
| **Amount Due:** | **$19,623.08** |

*If payment is received on or after 09/17/15; $0.00 late fee will be charged.*

⊃ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⊃ **Pay Online Now**

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $478,566.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $8,811.96 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $1,537.13 |
| Interest | $797.61 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $19,032.72 |
| **Total Amount Due** | **$19,623.08** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,000.63 |
| Property Inspections | $15.00 | $240.00 |
| **Total** | **$15.00** | **$3,240.63** |

## Past Payment Breakdown

| | Payments Rec'd since 07/21/2015 | Paid Year to Date |
|---|---|---|
| Principal | $9,169.21 | $116,398.53 |
| Interest | $4,839.23 | $120,144.52 |
| Escrow (Taxes & Insurance) | $10,831.00 | $47,484.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $2,581.76 | $2,581.76 |
| **Total** | **$27,421.20** | **$288,266.81** |

## Transaction Activity (07/21/2015 to 08/18/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/12/2015 | Partial Payment | $2,581.76 | | | | $2,581.76 |
| 08/12/2015 | Payment | $3,172.12 | $1,534.57 | $800.17 | $837.38 | |
| 08/12/2015 | Payment | $3,172.12 | $1,532.02 | $802.72 | $837.38 | |
| 08/12/2015 | Payment | $4,623.80 | $1,529.47 | $805.27 | $2,289.06 | |
| 08/12/2015 | Payment | $4,623.80 | $1,526.92 | $807.82 | $2,289.06 | |

## Important Messages                                     (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



**Nationstar** MORTGAGE

**MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 09/01/2015  $19,623.08 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER 09/17/2015  $19,623.08 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW                    $_____
**ADDITIONAL PRINCIPAL               $_____

**TOTAL AMOUNT OF YOUR CHECK**
*DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

**EXHIBIT PAGE 60**

06148127900 001962308  001962308

Castillo 000892

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcs/prof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Line at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

**24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:   ❑ Mailing Address        ❑ Telephone Number        Loan #:_____

Borrower's Name:_____        Co-Borrower's Name:_____

Borrower's New Address:_____        Co-Borrower's New Address:_____

_____        _____

_____        _____

Authorized Borrower Number(s):        Authorized Co-borrower Number(s):

Home (_____)_____  Mobile: Yes  No        Home (_____)_____  Mobile: Yes  No

Work (_____)_____ Ext:_____  Mobile: Yes  No        Work (_____)_____ Ext:_____  Mobile: Yes  No

Other (_____)_____  Mobile: Yes  No        Other (_____)_____  Mobile: Yes  No

Signature Required:_____        Signature Required:_____

Castillo 000893

MORTGAGE LOAN STATEMENT - Page 2



P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

**CONTACT INFORMATION**

Customer Service: **1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

2-692-32639-0045211-001-000-000-000-000

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**



JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

| | |
|---|---|
| Statement Date: | 08/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 09/01/2015 |
| **Amount Due:** | **$19,623.08** |
| *If payment is received on or after 09/17/15; $0.00 late fee will be charged.* | |

---

**Transaction Activity (07/21/2015 to 08/18/2015) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/12/2015 | Payment | $4,623.80 | $1,524.38 | $810.36 | $2,289.06 | |
| 08/12/2015 | Payment | $4,623.80 | $1,521.85 | $812.89 | $2,289.06 | |
| 08/12/2015 | Adjustment-Misc Suspense | -$24,374.40 | | | | -$24,374.40 |
| 08/06/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

**EXHIBIT PAGE 62**

Castillo 000894

 **Nationstar** MORTGAGE          MyNationstar.com   |   8950 Cypress Waters Blvd   |   Coppell, TX 75019

08/19/2015

- Your loan is currently in the Foreclosure process.
- Your loan is currently 171 days past due.
- Please contact us at (888) 850-9398 EXT. 4670010

2-692-32639-0045211-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

RE:  Loan Number:  0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due.  As of 08/18/2015, you are 171 days behind on your payment and we have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   03/01/2015:      Unpaid balance of $3,172.12
- Payment due   04/01/2015:      Unpaid balance of $3,172.12
- Payment due   05/01/2015:      Unpaid balance of $3,172.12
- Payment due   06/01/2015:      Unpaid balance of $3,172.12
- Payment due   07/01/2015:      Unpaid balance of $3,172.12
- Payment due   08/01/2015:      Unpaid balance of $3,172.12
- Current payment due 09/01/2015: $3,172.12
  **Total: $19,623.08 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt against you personally to the extent that it is included in your bankruptcy or has been discharged, but is instead sent for informational purposes only.*

**EXHIBIT PAGE 63**

45DLQPCSV1214

Castillo 000896



# MORTGAGE LOAN STATEMENT

**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## CONTACT INFORMATION

Customer Service: **1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Kristy Sonomura and can be
called at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

9-692-35465-0008370-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA 95050-6057

| | |
|---|---|
| Statement Date: | 09/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 10/01/2015 |
| **Amount Due:** | **$22,795.20** |

*If payment is received on or after 10/17/15; $0.00 late fee will be charged.*

⮕ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⮕ **Pay Online Now**

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $478,566.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $8,811.96 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $1,537.13 |
| Interest | $797.61 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $22,204.84 |
| **Total Amount Due** | **$22,795.20** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $926.00 | $2,074.63 |
| Property Inspections | $15.00 | $255.00 |
| **Total** | **$941.00** | **$2,329.63** |

## Past Payment Breakdown

| | Payments Rec'd since 08/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $116,398.53 |
| Interest | $0.00 | $120,144.52 |
| Escrow (Taxes & Insurance) | $0.00 | $47,484.41 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $3,172.12 | $5,753.88 |
| **Total** | **$3,172.12** | **$291,438.93** |

## Transaction Activity (08/19/2015 to 09/18/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/14/2015 | Legal Fees | $63.00 | | | | $63.00 |
| 09/14/2015 | Legal Fees | $863.00 | | | | $863.00 |
| 09/14/2015 | Legal Fees | -$926.00 | | | | -$926.00 |
| 09/10/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 09/04/2015 | Partial Payment | $3,172.12 | | | | $3,172.12 |

## Important Messages
(See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



**Nationstar** MORTGAGE
**MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0614812790 | 10/01/2015 | $22,795.20 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|---|
| | 10/17/2015 | $22,795.20 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $ |
| **ADDITIONAL PRINCIPAL | $ |
| **TOTAL AMOUNT OF YOUR CHECK** **DO NOT SEND CASH** | |

**All amounts must be paid in full before additional principal reduction can be made.

06148127900 002279520  002279520

Castillo 000907

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the Contact Information section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the Contact Information section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state).

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcqprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

## PAYMENT OPTIONS


**Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage will not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.


**Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.


**Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

**Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.


**MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.


**Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic fund transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION


**Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]


**24-hour automated account information:** Log on to MyNationstar.com or call 1-888-480-2432

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR* | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

---

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:       ❑ Mailing Address              ❑ Telephone Number          Loan #:_____

Borrower's Name:_____                    Co-Borrower's Name:_____

Borrower's New Address:_____             Co-Borrower's New Address_____

_____               _____

_____               _____

Authorized Borrower Number(s):                          Authorized Co-borrower Number(s):

Home (_____)_____  Mobile: Yes  No           Home (_____)_____  Mobile: Yes  No

Work (_____)_____ Ext:____  Mobile: Yes  No         Work (_____)_____ Ext:____  Mobile: Yes  No

Other (_____)_____  Mobile: Yes  No           Other (_____)_____  Mobile: Yes  No

Signature Required:_____                 Signature Required:_____

Castillo-000908



**Nationstar**
MORTGAGE

**MyNationstar.com** | 8950 Cypress Waters Blvd | Coppell, TX 75019

09/19/2015

> • Your loan is currently in the Foreclosure process.
> • Please contact us at (888) 850-9398 EXT. 4670010

9-692-35465-0008370-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

RE:  Loan Number:  0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   04/01/2015:      Unpaid balance of $3,172.12
- Payment due   05/01/2015:      Unpaid balance of $3,172.12
- Payment due   06/01/2015:      Unpaid balance of $3,172.12
- Payment due   07/01/2015:      Unpaid balance of $3,172.12
- Payment due   08/01/2015:      Unpaid balance of $3,172.12
- Payment due   09/01/2015:      Unpaid balance of $3,172.12
- Current payment due 10/01/2015: $3,172.12
  **Total: $22,795.20 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt against you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

45DLQPCSV1214

**EXHIBIT PAGE 66**

Castillo 000909



**MORTGAGE LOAN STATEMENT**

**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**CONTACT INFORMATION**

Customer Service: **1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

3-692-38206-0006571-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA 95050-6057

| | |
|---|---|
| Statement Date: | 10/21/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 11/01/2015 |
| **Amount Due:** | **$22,795.20** |

If payment is received on or after 11/17/15; $0.00 late fee will be charged.

➲ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

➲ **Pay Online Now**

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $477,029.34 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $9,649.34 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $1,539.69 |
| Interest | $795.05 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $22,204.84 |
| **Total Amount Due** | **$22,795.20** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $2,074.63 |
| Property Inspections | $0.00 | $255.00 |
| **Total** | **$0.00** | **$2,329.63** |

## Past Payment Breakdown

| | Payments Rec'd since 09/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $1,537.13 | $117,935.66 |
| Interest | $797.61 | $120,942.13 |
| Escrow (Taxes & Insurance) | $837.38 | $48,321.79 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $1,657.59 |
| Partial Payment (Unapplied)** | $0.00 | $5,753.88 |
| **Total** | **$3,172.12** | **$294,611.05** |

## Transaction Activity (09/19/2015 to 10/21/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 10/05/2015 | Payment | $3,172.12 | $1,537.13 | $797.61 | $837.38 | |

## Important Messages    (See Reverse side for Additional Critical Notices)

*"Lender Paid Expenses"* are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY


**Nationstar** MORTGAGE   **MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0614812790 | 11/01/2015 | $22,795.20 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|---|
| | 11/17/2015 | $22,795.20 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW    $_____
**ADDITIONAL PRINCIPAL    $_____

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH**

**All amounts must be paid in full before additional principal reduction can be made.

**EXHIBIT PAGE 67**

0614812790□ 002279520   002279520

Castillo 000913

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at MyNationstar.com.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage, Attn: Military Families, P.O.Box 619096, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com. Be sure to include your loan number with the copy of the orders.

Please visit our website at MyNationstar.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hcc/hccprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

*Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.*

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at MyNationstar.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto MyNationstar.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. **Call 1-888-480-2432**. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MoneyGram Express Payment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar loan number **The MoneyGram Receive Code is ***678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which you financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT
[Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to MyNationstar.com OR call **1-888-480-2432**

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/ QWR: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (281) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:**
Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" complies with the requirements of RESPA, as follows: Qualified written request; defined. (i) a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, owners, agents, or employees, are neither liable nor make any representation regarding the products or services offered on any telephone number.

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

| | | |
|---|---|---|
| Check the appropriate box: | ☐ Mailing Address | ☐ Telephone Number   Loan #:_____ |

Borrower's Name:_____

Borrower's New Address:_____

_____

_____

Co-Borrower's Name:_____

Co-Borrower's New Address:_____

_____

_____

Authorized Borrower Number(s):

Home (_____) _____  Mobile: Yes  No

Work (_____) _____ Ext:_____  Mobile: Yes  No

Other (_____) _____  Mobile: Yes  No

Signature Required:_____

Authorized Co-borrower Number(s):

Home (_____) _____  Mobile: Yes  No

Work (_____) _____ Ext:_____  Mobile: Yes  No

Other (_____) _____  Mobile: Yes  No

Signature Required:_____

*_____ Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system _____ telephone.*

Castillo-000914

 **Nationstar** MORTGAGE        **MyNationstar.com**  | 8950 Cypress Waters Blvd  | Coppell, TX 75019

10/21/2015

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670010

3-692-38206-0006571-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
Consumer Law Office Of William
2797 PARK AVE
SANTA CLARA CA  95050-6057

RE: Loan Number: 0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due  05/01/2015:     Unpaid balance of $3,172.12
- Payment due  06/01/2015:     Unpaid balance of $3,172.12
- Payment due  07/01/2015:     Unpaid balance of $3,172.12
- Payment due  08/01/2015:     Unpaid balance of $3,172.12
- Payment due  09/01/2015:     Unpaid balance of $3,172.12
- Payment due  10/01/2015:     Unpaid balance of $3,172.12
- Current payment due 11/01/2015: $3,172.12
  **Total: $22,795.20 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is sent for informational purposes only.*

45DLQPCSV1214

Castillo 000915



**Nationstar**
MORTGAGE

MORTGAGE LOAN STATEMENT

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Jeterra Thompson and can be
reached at (888) 850-9398 EXT. 4670824 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

6-692-40979-0006368-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

| | |
|---|---|
| Statement Date: | 11/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 12/01/2015 |
| **Amount Due:** | **$63,463.77** |

If payment is received on or after 12/17/15; $0.00 late fee will be charged.

⮕ **Sign up for eCorrespondence**

⮕ **Pay Online Now**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $594,965.00 |
| Interest Rate(Until 10/01/2016) | 5.500% |
| Escrow Balance | -$43,519.47 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $133.30 |
| Interest | $2,726.92 |
| Escrow Amount (for Taxes & Insurance) | $684.80 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,545.02** |
| Total Fees and Charges | $759.01 |
| Overdue Payment(s) | $277,942.03 |
| **Total Amount Due** | **$63,463.77** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $926.00 | $3,582.22 |
| Property Inspections | $60.00 | $465.00 |
| **Total** | **$986.00** | **$4,047.22** |

### Past Payment Breakdown

| | Payments Rec'd since 10/22/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $79,094.10 | $297,831.39 |
| **Total** | **$79,094.10** | **$297,831.39** |

### Transaction Activity (10/22/2015 to 11/18/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/17/2015 | Adjustment-Misc Suspense | -$15.00 | | | | -$15.00 |
| 11/17/2015 | Adjustment-Misc Suspense | $15.00 | | | | $15.00 |
| 11/09/2015 | Disbursement-County Tax | $4,813.80 | | | $4,813.80 | |
| 11/06/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 11/04/2015 | Disbursement-Suspense | -$15.00 | | | | -$15.00 |

### Important Messages

**(See Reverse side for Additional Critical Notices)**

*Partial Payments* refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

---

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



**Nationstar**
MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 12/01/2015   $63,463.77 |

WRITE YOUR LOAN NUMBER ON YOUR
CHECK OR MONEY ORDER AND MAKE
PAYABLE TO NATIONSTAR MORTGAGE*

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 12/17/2015   $63,463.77 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH**

**All amounts must be paid in full before additional principal reduction can be made.

**EXHIBIT PAGE 70**

0614812790 006346377 006346377

Castillo 001785



P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

**MORTGAGE LOAN STATEMENT**
Page 2

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

6-692-40979-0006368-001-000-000-000-001

Your Dedicated Loan Specialist is Jeterra Thompson and can be reached at (888) 850-9398 EXT. 4670824 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

| | |
|---|---|
| Statement Date: | 11/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 12/01/2015 |
| **Amount Due:** | **$63,463.77** |

If payment is received on or after 12/17/15; $0.00 late fee will be charged.

**Transaction Activity (10/22/2015 to 11/18/2015) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/04/2015 | Partial Payment | $3,172.12 | | | | $3,172.12 |
| 11/03/2015 | Adjustment-Misc Suspense | -$30.00 | | | | -$30.00 |
| 11/03/2015 | Partial Payment | $15.00 | | | | $15.00 |
| 11/03/2015 | Partial Payment | $75,906.98 | | | | $75,906.98 |
| 11/03/2015 | Adj-Forbearance Suspense | $99,999.99 | | | | $99,999.99 |
| 11/03/2015 | Adj-Forbearance Suspense | $99,999.99 | | | | $99,999.99 |
| 11/03/2015 | Adj-Forbearance Suspense | $18,782.31 | | | | $18,782.31 |
| 11/03/2015 | Reversal-Partial Payment | $99,999.99 | | | | $99,999.99 |
| 11/03/2015 | Reversal-Partial Payment | $99,999.99 | | | | $99,999.99 |
| 11/03/2015 | Reversal-Partial Payment | $18,782.31 | | | | $18,782.31 |
| 11/03/2015 | Reversal-Partial Payment | $20,735.72 | | | | $20,735.72 |
| 11/03/2015 | Reversal-Partial Payment | $21,360.82 | | | | $21,360.82 |
| 11/03/2015 | Adjustment-Misc Suspense | $90,000.00 | | | | $90,000.00 |
| 11/03/2015 | Adjustment-Misc Suspense | $90,000.00 | | | | $90,000.00 |
| 11/03/2015 | Adjustment-Misc Suspense | $37,389.24 | | | | $37,389.24 |
| 11/03/2015 | Reversal-Escrow | $19,460.77 | | | $19,460.77 | |
| 11/03/2015 | Reversal-Interest | $90,000.00 | | $90,000.00 | | |
| 11/03/2015 | Reversal-Interest | $16,197.26 | | $16,197.26 | | |
| 11/03/2015 | Reversal-Partial Payment | $150.00 | | | | $150.00 |
| 11/03/2015 | Reversal-Partial Payment | $926.00 | | | | $926.00 |
| 11/03/2015 | Reversal-Principal Payment | $90,655.21 | $90,655.21 | | | |
| 11/03/2015 | Adjustment-Misc Suspense | $9,140.40 | | | | $9,140.40 |
| 11/03/2015 | Reversal-Partial Payment | $9,140.40 | | | | $9,140.40 |
| 11/03/2015 | Reversal-Payment | $6,093.60 | $1,494.22 | $840.52 | $712.06 | $3,046.80 |
| 11/03/2015 | Reversal-Payment | $6,093.60 | $1,496.71 | $838.03 | $712.06 | $3,046.80 |
| 11/03/2015 | Reversal-Payment | $6,093.60 | $1,499.21 | $835.53 | $712.06 | $3,046.80 |
| 11/03/2015 | Adjustment-Misc Suspense | $3,046.80 | | | | $3,046.80 |
| 11/03/2015 | Reversal-Payment | $3,046.80 | $1,501.71 | $833.03 | $712.06 | |
| 11/03/2015 | Adjustment-Misc Suspense | $9,941.57 | | | | $9,941.57 |
| 11/03/2015 | Reversal-Partial Payment | $9,941.57 | | | | $9,941.57 |
| 11/03/2015 | Reversal-Payment | $6,093.60 | $1,504.21 | $830.53 | $712.06 | $3,046.80 |
| 11/03/2015 | Reversal-Payment | $6,093.60 | $1,506.72 | $828.02 | $712.06 | $3,046.80 |
| 11/03/2015 | Adjustment-Misc Suspense | $5,115.46 | | | | $5,115.46 |
| 11/03/2015 | Reversal-Payment | $5,115.46 | $1,509.23 | $825.51 | $2,780.72 | |
| 11/03/2015 | Adjustment-Misc Suspense | $5,115.46 | | | | $5,115.46 |
| 11/03/2015 | Reversal-Payment | $5,115.46 | $1,511.74 | $823.00 | $2,780.72 | |
| 11/03/2015 | Adj-Forbearance Suspense | $33.22 | | | | $33.22 |
| 11/03/2015 | Reversal-Int on Escrow | $33.22 | | | $33.22 | |
| 11/03/2015 | Adjustment-Misc Suspense | $5,115.46 | | | | $5,115.46 |
| 11/03/2015 | Reversal-Payment | $5,115.46 | $1,514.26 | $820.48 | $2,780.72 | |
| 11/03/2015 | Adjustment-Fees | $32.23 | | | | $32.23 |
| 11/03/2015 | Adjustment-Misc Suspense | $5,115.46 | | | | $5,115.46 |
| 11/03/2015 | Reversal-Payment | $4,623.80 | $1,516.79 | $817.95 | $2,289.06 | |
| 11/03/2015 | Reversal-Partial Payment | $491.66 | | | | $491.66 |
| 11/03/2015 | Adjustment-Misc Suspense | $898.98 | | | | $898.98 |
| 11/03/2015 | Reversal-Partial Payment | $898.98 | | | | $898.98 |
| 11/03/2015 | Reversal-Payment | $9,247.60 | $1,519.31 | $815.43 | $2,289.06 | $4,623.80 |
| 11/03/2015 | Adj-Forbearance Suspense | $581.59 | | | | $581.59 |
| 11/03/2015 | Reversal-Partial Payment | $581.59 | | | | $581.59 |
| 11/03/2015 | Adjustment-Fees | $116.74 | | | | $116.74 |
| 11/03/2015 | Adjustment-Fees | $116.74 | | | | $116.74 |
| 11/03/2015 | Adjustment-Fees | $116.74 | | | | $116.74 |
| 11/03/2015 | Adjustment-Fees | $116.74 | | | | $116.74 |
| 11/03/2015 | Adjustment-Fees | $116.74 | | | | $116.74 |
| 11/03/2015 | Adjustment-Fees | $143.08 | | | | $143.08 |
| 11/03/2015 | Reversal-Partial Payment | $24,374.40 | | | | $24,374.40 |
| 11/03/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 11/03/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 11/03/2015 | Adjustment-Misc Suspense | $24,374.40 | | | | $24,374.40 |
| 11/03/2015 | Reversal-Payment | $4,623.80 | $1,521.85 | $812.89 | $2,289.06 | |
| 11/03/2015 | Reversal-Payment | $4,623.80 | $1,524.38 | $810.36 | $2,289.06 | |
| 11/03/2015 | Reversal-Payment | $4,623.80 | $1,526.92 | $807.82 | $2,289.06 | |
| 11/03/2015 | Reversal-Payment | $4,623.80 | $1,529.47 | $805.27 | $2,289.06 | |
| 11/03/2015 | Reversal-Payment | $3,172.12 | $1,532.02 | $802.72 | $837.38 | |
| 11/03/2015 | Reversal-Payment | $3,172.12 | $1,534.57 | $800.17 | $837.38 | |
| 11/03/2015 | Reversal-Partial Payment | $2,581.76 | | | | $2,581.76 |
| 11/03/2015 | Reversal-Partial Payment | $3,172.12 | | | | $3,172.12 |
| 11/03/2015 | Legal Fees | $926.00 | | | | $926.00 |
| 11/03/2015 | Legal Fees | -$863.00 | | | | -$863.00 |
| 11/03/2015 | Legal Fees | -$63.00 | | | | -$63.00 |
| 11/03/2015 | Reversal-Payment | $3,172.12 | $1,537.13 | $797.61 | $837.38 | |
| 11/03/2015 | Reversal-Partial Payment | $15.00 | | | | $15.00 |
| 10/29/2015 | Partial Payment | $15.00 | | | | $15.00 |
| 10/27/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 10/22/2015 | Disbursement-Suspense | -$6,010.94 | | | | -$6,010.94 |

Your account contains additional transactions not shown on this statement. If you would like to view a complete Pay History, you can access this online at MyNationstar.com under My Account.

"Other Unpaid Fee(s)" include, but are not limited to, phone pay fees, convenience fees, and modification fees.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

Castillo 001787

 **Nationstar**
MORTGAGE                    **MyNationstar.com**  | 8950 Cypress Waters Blvd | Coppell, TX 75019

11/19/2015

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670824

6-692-40979-0006368-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO                          RE:  Loan Number: 0614812790
C/O William E. Kennedy                          Property Address:
2797 PARK AVE STE 201                            920 VIA VIVALDI
SANTA CLARA CA 95050-6063                        MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due  06/01/2015:     Unpaid balance of $3,172.12
- Payment due  07/01/2015:     Unpaid balance of $3,172.12
- Payment due  08/01/2015:     Unpaid balance of $3,172.12
- Payment due  09/01/2015:     Unpaid balance of $3,172.12
- Payment due  10/01/2015:     Unpaid balance of $3,172.12
- Payment due  11/01/2015:     Unpaid balance of $3,172.12
- Current payment due 12/01/2015: $3,545.02
  **Total: $63,463.77 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Jeterra Thompson and can be reached at  (888) 850-9398 EXT. 4670824 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

Castillo 001789



**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## MORTGAGE LOAN STATEMENT

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

3-692-43643-0006842-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

⤶ Sign up for eCorrespondence

| | |
|---|---|
| Statement Date: | 12/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 01/01/2016 |
| **Amount Due:** | **$18,993.27** |

If payment is received on or after 01/17/16; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⤶ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $470,855.16 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $8,151.84 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,549.98 |
| Interest | $784.76 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $15,860.00 |
| **Total Amount Due** | **$18,993.27** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,582.22 |
| Property Inspections | $15.00 | $315.00 |
| **Total** | **$15.00** | **$3,897.22** |

### Past Payment Breakdown

| | Payments Rec'd since 11/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $124,109.84 | $124,109.84 |
| Interest | $124,106.91 | $124,106.91 |
| Escrow (Taxes & Insurance) | $51,671.31 | $51,671.31 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $1,076.00 | $1,076.00 |
| Partial Payment (Unapplied)** | $0.00 | $39.45 |
| **Total** | **$300,964.06** | **$301,003.51** |

### Transaction Activity (11/19/2015 to 12/18/2015)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 12/07/2015 | Payment | $3,172.12 | $1,547.40 | $787.34 | $837.38 | |
| 11/20/2015 | Payment | $3,172.12 | $1,544.83 | $789.91 | $837.38 | |
| 11/20/2015 | Adj-Forbearance Suspense | -$1,353.60 | | | | -$1,353.60 |
| 11/20/2015 | Payment | $3,172.12 | $1,542.26 | $792.48 | $837.38 | |
| 11/20/2015 | Payment | $3,172.12 | $1,539.69 | $795.05 | $837.38 | |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*"Lender Paid Expenses"* are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY



**Nationstar** MORTGAGE      MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0614812790 | 01/01/2016 | $18,993.27 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|---|
| | 01/17/2016 | $18,993.27 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ADDITIONAL ESCROW | $_____ |
|---|---|
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH** _____

**All amounts must be paid in full before additional principal reduction can be made.

0614812790 001899327   001899327

Castillo 001863



**Nationstar** MORTGAGE

P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
8950 Cypress Waters Blvd, Coppell, TX 75019

3-692-43643-0006842-001-000-000-000-000



JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

| | |
|---|---|
| Statement Date: | 12/18/2015 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 01/01/2016 |
| **Amount Due:** | **$18,993.27** |

*If payment is received on or after 01/17/16; $0.00 late fee will be charged.*

---

### Transaction Activity (11/19/2015 to 12/18/2015) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 11/20/2015 | Payment | $3,172.12 | $1,537.13 | $797.61 | $837.38 | |
| 11/20/2015 | Payment | $3,172.12 | $1,534.57 | $800.17 | $837.38 | |
| 11/20/2015 | Payment | $3,172.12 | $1,532.02 | $802.72 | $837.38 | |
| 11/20/2015 | Payment | $4,623.80 | $1,529.47 | $805.27 | $2,289.06 | |
| 11/20/2015 | Payment | $4,623.80 | $1,526.92 | $807.82 | $2,289.06 | |
| 11/20/2015 | Payment | $4,623.80 | $1,524.38 | $810.36 | $2,289.06 | |
| 11/20/2015 | Payment | $4,623.80 | $1,521.85 | $812.89 | $2,289.06 | |
| 11/20/2015 | Payment | $4,623.80 | $1,519.31 | $815.43 | $2,289.06 | |
| 11/20/2015 | Payment | $4,623.80 | $1,516.79 | $817.95 | $2,289.06 | |
| 11/20/2015 | Payment | $5,115.46 | $1,514.26 | $820.48 | $2,780.72 | |
| 11/20/2015 | Payment | $5,115.46 | $1,511.74 | $823.00 | $2,780.72 | |
| 11/20/2015 | Payment | $5,115.46 | $1,509.23 | $825.51 | $2,780.72 | |
| 11/20/2015 | Payment | $3,046.80 | $1,506.72 | $828.02 | $712.06 | |
| 11/20/2015 | Payment | $3,046.80 | $1,504.21 | $830.53 | $712.06 | |
| 11/20/2015 | Payment | $3,046.80 | $1,501.71 | $833.03 | $712.06 | |
| 11/20/2015 | Payment | $3,046.80 | $1,499.21 | $835.53 | $712.06 | |
| 11/20/2015 | Payment | $3,046.80 | $1,496.71 | $838.03 | $712.06 | |
| 11/20/2015 | Payment | $3,046.80 | $1,494.22 | $840.52 | $712.06 | |
| 11/20/2015 | Adjustment-Misc Suspense | -$79,049.10 | | | | -$79,049.10 |
| 11/20/2015 | Property Inspections | $15.00 | | | | $15.00 |
| 11/19/2015 | Property Inspections | -$15.00 | | | | -$15.00 |
| 11/19/2015 | Fee Waived | -$143.08 | | | | -$143.08 |
| 11/19/2015 | Fee Waived | -$32.23 | | | | -$32.23 |
| 11/19/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 11/19/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 11/19/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 11/19/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 11/19/2015 | Fee Waived | -$116.74 | | | | -$116.74 |
| 11/19/2015 | Principal Payment | $90,655.21 | $90,655.21 | | | |
| 11/19/2015 | Legal Fees | $926.00 | | | | $926.00 |
| 11/19/2015 | Property Inspections | $150.00 | | | | $150.00 |
| 11/19/2015 | Interest Only Payment | $6,197.27 | | $6,197.27 | | |
| 11/19/2015 | Interest Only Payment | $99,999.99 | | $99,999.99 | | |
| 11/19/2015 | Payment-Escrow | $19,460.77 | | | $19,460.77 | |
| 11/19/2015 | Adj-Forbearance Suspense | -$17,389.26 | | | | -$17,389.26 |
| 11/19/2015 | Adj-Forbearance Suspense | -$99,999.99 | | | | -$99,999.99 |
| 11/19/2015 | Adj-Forbearance Suspense | -$99,999.99 | | | | -$99,999.99 |

Castillo 001865

 **Nationstar** MORTGAGE     **MyNationstar.com**   |   8950 Cypress Waters Blvd   |   Coppell, TX 75019

12/19/2015

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670010

3-692-43643-0006842-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

RE:  Loan Number:  0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   07/01/2015:   Fully paid on 12/07/2015
- Payment due   08/01/2015:   Unpaid balance of $3,172.12
- Payment due   09/01/2015:   Unpaid balance of $3,172.12
- Payment due   10/01/2015:   Unpaid balance of $3,172.12
- Payment due   11/01/2015:   Unpaid balance of $3,172.12
- Payment due   12/01/2015:   Unpaid balance of $3,172.12
- Current payment due 01/01/2016: $3,172.12

  **Total: $18,993.27 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*



Castillo 001867

45DLQPCSV1214



**Nationstar**
MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**MORTGAGE LOAN STATEMENT**

| CONTACT INFORMATION |
|---|

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

9-692-46398-0021001-001-000-000-000001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

⊃ **Sign up for eCorrespondence**

| | |
|---|---|
| Statement Date: | 01/20/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 02/01/2016 |
| **Amount Due:** | **$22,165.39** |

If payment is received on or after 02/17/16; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⊃ **Pay Online Now**

| Account Information | |
|---|---|
| Interest Bearing Principal Balance | $470,855.16 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $8,215.92 |
| Prepayment Penalty* | |
| *Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance. | |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

| Explanation of Amount Due | |
|---|---|
| Principal | $1,549.98 |
| Interest | $784.76 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $19,032.72 |
| **Total Amount Due** | **$22,165.39** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

| Lender Paid Expense Summary | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,582.22 |
| Property Inspections | $30.00 | $345.00 |
| **Total** | **$30.00** | **$3,927.22** |

| Past Payment Breakdown | Payments Rec'd since 12/19/2015 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $3,172.12 | $3,211.57 |
| **Total** | **$3,172.12** | **$3,211.57** |

| Transaction Activity (12/19/2015 to 01/20/2016) | | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Total | Principal | Interest | Escrow | Other |
| 01/12/2016 | Property Inspections | -$15.00 | | | | -$15.00 |
| 01/05/2016 | Partial Payment | $3,172.12 | | | | $3,172.12 |
| 01/04/2016 | Payment-Int on Escrow | $64.08 | | | $64.08 | |
| 12/21/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

| Important Messages | (See Reverse side for Additional Critical Notices) |
|---|---|

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar**
MORTGAGE    MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 02/01/2016    $22,165.39 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 02/17/2016    $22,165.39 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW       $_____
**ADDITIONAL PRINCIPAL     $_____

**TOTAL AMOUNT OF YOUR CHECK**
**DO NOT SEND CASH**

**All amounts must be paid in full before additional principal reduction can be made.

0614812790 0022216539    0022216539

Castillo 001993



**Nationstar** MORTGAGE                    **MyNationstar.com**   |   8950 Cypress Waters Blvd   |   Coppell, TX 75019

01/21/2016

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670010

9-692-46398-0021001-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

RE:  Loan Number:  0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due. We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   08/01/2015:      Unpaid balance of $3,172.12
- Payment due   09/01/2015:      Unpaid balance of $3,172.12
- Payment due   10/01/2015:      Unpaid balance of $3,172.12
- Payment due   11/01/2015:      Unpaid balance of $3,172.12
- Payment due   12/01/2015:      Unpaid balance of $3,172.12
- Payment due   01/01/2016:      Unpaid balance of $3,172.12
- Current payment due 02/01/2016: $3,172.12
  **Total: $22,165.39 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD):  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*



Castillo 001995

45DLQPCSV1214



**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be reached at (888) 850-9398 EXT. 4670010 or via mail at:
8950 Cypress Waters Blvd, Coppell, TX 75019

2-692-49160-0004912-001-000-000-000001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

➲ **Sign up for eCorrespondence**

| | |
|---|---|
| Statement Date: | 02/18/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 03/01/2016 |
| **Amount Due:** | **$25,337.51** |

If payment is received on or after 03/17/16; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

➲ **Pay Online Now**

---

**Account Information**

| | |
|---|---|
| Interest Bearing Principal Balance | $470,855.16 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $8,215.92 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $1,549.98 |
| Interest | $784.76 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $22,204.84 |
| **Total Amount Due** | **$25,337.51** |

---

**Lender Paid Expense Summary**

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,582.22 |
| Property Inspections | $15.00 | $360.00 |
| **Total** | **$15.00** | **$3,942.22** |

**Past Payment Breakdown**

| | Payments Rec'd since 01/21/2016 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $3,172.12 | $6,383.69 |
| **Total** | **$3,172.12** | **$6,383.69** |

---

**Transaction Activity (01/21/2016 to 02/18/2016)**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/12/2016 | Property Inspections | -$15.00 | | | | -$15.00 |
| 02/10/2016 | Partial Payment | $3,172.12 | | | | $3,172.12 |

---

**Important Messages**                    (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar** MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0614812790 | 03/01/2016   $25,337.51 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
| | 03/17/2016   $25,337.51 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH** | _____ |

**All amounts must be paid in full before additional principal reduction can be made.

614127900  002533751    002533751

Castillo 002010

# Nationstar
### MORTGAGE

**MORTGAGE LOAN STATEMENT**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

### CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

1-692-51926-0047370-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

⇨ **Sign up for eCorrespondence**

| | |
|---|---|
| Statement Date: | 03/18/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 04/01/2016 |
| **Amount Due:** | **$22,165.39** |

If payment is received on or after 04/17/16; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⇨ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $467,752.62 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $9,870.68 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,555.15 |
| Interest | $779.59 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $19,052.72 |
| **Total Amount Due** | **$22,165.39** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $926.00 | $3,016.22 |
| Property Inspections | $15.00 | $15.00 |
| **Total** | **$941.00** | **$3,031.22** |

### Past Payment Breakdown

| | Payments Rec'd since 02/19/2016 | Paid Year to Date |
|---|---|---|
| Principal | $36,557.17 | $36,557.17 |
| Interest | $19,476.59 | $19,476.59 |
| Escrow (Taxes & Insurance) | $33,865.30 | $33,865.30 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $16,208.71 | $3,231.57 |
| **Total** | **$106,107.77** | **$93,130.63** |

### Transaction Activity (02/19/2016 to 03/18/2016)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/09/2016 | Partial Payment | $3,172.12 | | | | $3,172.12 |
| 03/02/2016 | Property Inspections | -$15.00 | | | | -$15.00 |
| 02/25/2016 | Legal Fees | $39.89 | | | | $39.89 |
| 02/25/2016 | Property Inspections | $360.00 | | | | $360.00 |
| 02/25/2016 | Legal Fees | $210.00 | | | | $210.00 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

# Nationstar
### MORTGAGE      MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0614812790 | 04/01/2016 | $22,165.39 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER | |
| | 04/17/2016 | $22,165.39 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK**
*DO NOT SEND CASH*

**All amounts must be paid in full before additional principal reduction can be made.

061 4812790   002216539   002216539



P.O. BOX 60516
CITY OF INDUSTRY, CA 91716-0516

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday: 8 a.m. - 6 p.m. CT and Saturday: 8 a.m. - 2 p.m. CT
MyNationstar.com

1-692-51926-0047370-001-000-000-000-000

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:

**8950 Cypress Waters Blvd, Coppell, TX 75019**



JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

| | |
|---|---|
| Statement Date: | 03/18/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 04/01/2016 |
| **Amount Due:** | **$22,165.39** |

If payment is received on or after 04/17/16; $0.00 late fee will be charged.

**Transaction Activity (02/19/2016 to 03/18/2016) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 02/25/2016 | Legal Fees | $118.25 | | | | $118.25 |
| 02/25/2016 | Legal Fees | $100.00 | | | | $100.00 |
| 02/25/2016 | Legal Fees | $69.86 | | | | $69.86 |
| 02/25/2016 | Legal Fees | $28.00 | | | | $28.00 |
| 02/25/2016 | Legal Fees | -$926.00 | | | | -$926.00 |
| 02/22/2016 | Partial Payment | $59.45 | | | | $59.45 |
| 02/22/2016 | Payment | $3,172.12 | $1,552.56 | $782.18 | $837.38 | |
| 02/22/2016 | Payment | $3,172.12 | $1,549.98 | $784.76 | $837.38 | |
| 02/22/2016 | Payment-Int on Escrow | $64.08 | | | $64.08 | |
| 02/22/2016 | Payment | $3,172.12 | $1,547.40 | $787.34 | $837.38 | |
| 02/22/2016 | Payment | $3,172.12 | $1,544.83 | $789.91 | $837.38 | |
| 02/22/2016 | Payment | $3,172.12 | $1,542.26 | $792.48 | $837.38 | |
| 02/22/2016 | Payment | $3,172.12 | $1,539.69 | $795.05 | $837.38 | |
| 02/22/2016 | Payment | $3,152.12 | $1,537.13 | $797.61 | $817.38 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$3,152.12 | | | | -$3,152.12 |
| 02/22/2016 | Partial Payment | $3,046.80 | | | | $3,046.80 |
| 02/22/2016 | Payment | $3,172.12 | $1,534.57 | $800.17 | $837.38 | |
| 02/22/2016 | Payment | $3,172.12 | $1,532.02 | $802.72 | $837.38 | |
| 02/22/2016 | Payment | $4,623.80 | $1,529.47 | $805.27 | $2,289.06 | |
| 02/22/2016 | Payment | $4,623.80 | $1,526.92 | $807.82 | $2,289.06 | |
| 02/22/2016 | Payment | $4,623.80 | $1,524.38 | $810.36 | $2,289.06 | |
| 02/22/2016 | Payment | $4,623.80 | $1,521.85 | $812.89 | $2,289.06 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$465.04 | | | | -$465.04 |
| 02/22/2016 | Payment | $4,623.80 | $1,519.31 | $815.43 | $2,289.06 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$1,577.00 | | | | -$1,577.00 |
| 02/22/2016 | Payment | $4,623.80 | $1,516.79 | $817.95 | $2,289.06 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$1,577.00 | | | | -$1,577.00 |
| 02/22/2016 | Partial Payment | $3,046.80 | | | | $3,046.80 |
| 02/22/2016 | Payment | $5,115.46 | $1,514.26 | $820.48 | $2,780.72 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$2,068.66 | | | | -$2,068.66 |
| 02/22/2016 | Payment | $5,115.46 | $1,511.74 | $823.00 | $2,780.72 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$2,068.66 | | | | -$2,068.66 |
| 02/22/2016 | Partial Payment | $3,046.80 | | | | $3,046.80 |
| 02/22/2016 | Payment | $5,115.46 | $1,509.23 | $825.51 | $2,780.72 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$2,068.66 | | | | -$2,068.66 |
| 02/22/2016 | Partial Payment | $3,046.80 | | | | $3,046.80 |
| 02/22/2016 | Payment | $3,046.80 | $1,506.72 | $828.02 | $712.06 | |
| 02/22/2016 | Payment | $3,046.80 | $1,504.21 | $830.53 | $712.06 | |
| 02/22/2016 | Partial Payment | $789.94 | | | | $789.94 |
| 02/22/2016 | Payment | $3,046.80 | $1,501.71 | $833.03 | $712.06 | |
| 02/22/2016 | Payment | $3,046.80 | $1,499.21 | $835.53 | $712.06 | |
| 02/22/2016 | Payment | $3,046.80 | $1,496.71 | $838.03 | $712.06 | |
| 02/22/2016 | Payment | $3,046.80 | $1,494.22 | $840.52 | $712.06 | |
| 02/22/2016 | Reversal-Payment | $3,046.80 | $1,494.22 | $840.52 | $712.06 | |
| 02/22/2016 | Reversal-Partial Payment | $118.25 | | | | $118.25 |
| 02/22/2016 | Reversal-Partial Payment | $712.50 | | | | $712.50 |
| 02/22/2016 | Reversal-Partial Payment | $422.50 | | | | $422.50 |
| 02/22/2016 | Reversal-Partial Payment | $863.00 | | | | $863.00 |
| 02/22/2016 | Reversal-Partial Payment | $69.86 | | | | $69.86 |
| 02/22/2016 | Reversal-Partial Payment | $210.00 | | | | $210.00 |
| 02/22/2016 | Reversal-Partial Payment | $1,058.11 | | | | $1,058.11 |
| 02/22/2016 | Reversal-Partial Payment | $100.00 | | | | $100.00 |
| 02/22/2016 | Reversal-Partial Payment | $28.00 | | | | $28.00 |
| 02/22/2016 | Reversal-Partial Payment | $360.00 | | | | $360.00 |
| 02/22/2016 | Reversal-Principal Payment | $5,988.12 | $5,988.12 | | | |
| 02/22/2016 | Principal Payment | $5,988.12 | $5,988.12 | | | |
| 02/22/2016 | Property Inspections | $360.00 | | | | $360.00 |
| 02/22/2016 | Legal Fees | $28.00 | | | | $28.00 |
| 02/22/2016 | Legal Fees | $100.00 | | | | $100.00 |
| 02/22/2016 | Legal Fees | $1,058.11 | | | | $1,058.11 |
| 02/22/2016 | Legal Fees | $210.00 | | | | $210.00 |
| 02/22/2016 | Legal Fees | $69.86 | | | | $69.86 |
| 02/22/2016 | Legal Fees | $863.00 | | | | $863.00 |
| 02/22/2016 | Legal Fees | $422.50 | | | | $422.50 |
| 02/22/2016 | Legal Fees | $712.50 | | | | $712.50 |
| 02/22/2016 | Legal Fees | $118.25 | | | | $118.25 |
| 02/22/2016 | Payment | $3,046.80 | $1,494.22 | $840.52 | $712.06 | |
| 02/22/2016 | Adj-Forbearance Suspense | -$1,393.05 | | | | -$1,393.05 |
| 02/22/2016 | Adjustment-Misc Suspense | -$79,049.10 | | | | -$79,049.10 |
| 02/22/2016 | Adjustment-Misc Suspense | $79,049.10 | | | | $79,049.10 |
| 02/22/2016 | Reversal-Payment | $3,046.80 | $1,494.22 | $840.52 | $712.06 | |
| 02/22/2016 | Reversal-Payment | $3,046.80 | $1,496.71 | $838.03 | $712.06 | |
| 02/22/2016 | Reversal-Payment | $3,046.80 | $1,499.21 | $835.53 | $712.06 | |
| 02/22/2016 | Reversal-Payment | $3,046.80 | $1,501.71 | $833.03 | $712.06 | |
| 02/22/2016 | Reversal-Payment | $3,046.80 | $1,504.21 | $830.53 | $712.06 | |

Your account contains additional transactions not shown on this statement. If you would like to view a complete Pay History, you can access this online at MyNationstar.com under My Account.

 **Nationstar** MORTGAGE     **MyNationstar.com**  |  8950 Cypress Waters Blvd  |  Coppell, TX 75019

03/19/2016

- Your loan is currently in the Foreclosure process.
- Please contact us at (888) 850-9398 EXT. 4670010

1-692-51926-0047370-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

RE:  Loan Number: 0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 10/01/2015. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due  10/01/2015:     Unpaid balance of $3,172.12
- Payment due  11/01/2015:     Unpaid balance of $3,172.12
- Payment due  12/01/2015:     Unpaid balance of $3,172.12
- Payment due  01/01/2016:     Unpaid balance of $3,172.12
- Payment due  02/01/2016:     Unpaid balance of $3,172.12
- Payment due  03/01/2016:     Unpaid balance of $3,172.12
- Current payment due 04/01/2016: $3,172.12
  **Total: $22,165.39 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*



**EXHIBIT PAGE 81**

45DLQPCSV1214

**Nationstar**
MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**MORTGAGE LOAN STATEMENT**

CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:

**8950 Cypress Waters Blvd, Coppell, TX 75019**

1-692-54728-0007400-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

| | |
|---|---|
| Statement Date: | 04/19/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 05/01/2016 |
| **Amount Due:** | **$22,210.50** |

If payment is received on or after 05/17/16; $0.00 late fee will be charged.

⮑ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

⮑ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $466,197.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $4,887.26 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,557.74 |
| Interest | $777.00 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $19,052.72 |
| **Total Amount Due** | **$22,210.50** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,016.22 |
| Property Inspections | $15.00 | $30.00 |
| **Total** | **$15.00** | **$3,046.22** |

### Past Payment Breakdown

| | Payments Rec'd since 03/19/2016 | Paid Year to Date |
|---|---|---|
| Principal | $1,555.15 | $38,112.32 |
| Interest | $779.59 | $20,256.18 |
| Escrow (Taxes & Insurance) | $837.38 | $34,702.68 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $3,186.46 |
| **Total** | **$3,172.12** | **$96,257.64** |

### Transaction Activity (03/19/2016 to 04/19/2016)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/19/2016 | Disbursement-Insurance | $1,007.00 | | | $1,007.00 | |
| 04/14/2016 | Payment | $3,217.23 | $1,555.15 | $779.59 | $837.38 | $45.11 |
| 04/01/2016 | Property Inspections | -$15.00 | | | | -$15.00 |
| 03/21/2016 | Disbursement-County Tax | $4,813.80 | | | $4,813.80 | |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*"Lender Paid Expenses"* are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

---

This is an attempt to collect a debt and any information obtained will be used for that purpose.

DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar**
MORTGAGE          MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| 0614812790 | 05/01/2016 | $22,210.50 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MADE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|---|
| | 05/17/2016 | $22,210.50 |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |

**All amounts must be paid in full before additional principal reduction can be made.

0614812790 002221050   002221050

 **Nationstar**
MORTGAGE | **MyNationstar.com**  | 8950 Cypress Waters Blvd  | Coppell, TX 75019

04/20/2016

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670010

1-692-54728-0007400-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

RE:  Loan Number:  0614812790
Property Address:
920 VIA VIVALDI
MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 11/01/2015.  We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   11/01/2015:      Unpaid balance of $3,172.12
- Payment due   12/01/2015:      Unpaid balance of $3,172.12
- Payment due   01/01/2016:      Unpaid balance of $3,172.12
- Payment due   02/01/2016:      Unpaid balance of $3,172.12
- Payment due   03/01/2016:      Unpaid balance of $3,172.12
- Payment due   04/01/2016:      Unpaid balance of $3,172.12
- Current payment due 05/01/2016: $3,172.12

   **Total: $22,210.50 due.  You must pay this amount to bring your loan current.**
   Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau:  http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD):  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.



**EXHIBIT PAGE 83**

45DLQPCSV1214

**Nationstar** MORTGAGE

MORTGAGE LOAN STATEMENT

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

6-692-57331-0046921-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

➲ **Sign up for eCorrespondence**

| | |
|---|---|
| Statement Date: | 05/18/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 06/01/2016 |
| **Amount Due:** | **$25,382.62** |

If payment is received on or after 06/17/16: $0.00 late fee will be charged.

Property Address:          ➲ **Pay Online Now**
920 VIA VIVALDI
MORGAN HILL CA 95037

**Account Information**

| | |
|---|---|
| Interest Bearing Principal Balance | $466,197.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $4,887.26 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $1,557.74 |
| Interest | $777.00 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $22,224.84 |
| **Total Amount Due** | **$25,382.62** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**Lender Paid Expense Summary**

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,016.22 |
| Property Inspections | $15.00 | $30.00 |
| **Total** | **$15.00** | **$3,046.22** |

**Past Payment Breakdown**

| | Payments Rec'd since 04/20/2016 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $38,112.32 |
| Interest | $0.00 | $20,256.18 |
| Escrow (Taxes & Insurance) | $0.00 | $34,702.68 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $3,172.81 | $6,359.27 |
| **Total** | **$3,172.81** | **$99,430.45** |

**Transaction Activity (04/20/2016 to 05/18/2016)**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/12/2016 | Partial Payment | $3,172.81 | | | | $3,172.81 |
| 05/02/2016 | Property Inspections | $15.00 | | | | $15.00 |
| 04/29/2016 | Property Inspections | -$15.00 | | | | -$15.00 |

**Important Messages**          (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.

DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar** MORTGAGE
MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 06/01/2016   $25,382.62 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER 06/17/2016   $25,382.62 |

| ADDITIONAL ESCROW | $_____ |
|---|---|
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH**

**All amounts must be paid in full before additional principal reduction can be made.

**EXHIBIT PAGE 84**

0614812790 002538262     002538262



**Nationstar** MORTGAGE        **MyNationstar.com**   |  8950 Cypress Waters Blvd  |  Coppell, TX 75019

05/19/2016

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670010

6-692-57331-0046921-001-000-000-000-0001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

RE:  Loan Number: 0614812790
     Property Address:
     920 VIA VIVALDI
     MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 11/01/2015.  We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   12/01/2015:    Unpaid balance of $3,172.12
- Payment due   01/01/2016:    Unpaid balance of $3,172.12
- Payment due   02/01/2016:    Unpaid balance of $3,172.12
- Payment due   03/01/2016:    Unpaid balance of $3,172.12
- Payment due   04/01/2016:    Unpaid balance of $3,172.12
- Payment due   05/01/2016:    Unpaid balance of $3,172.12
- Current payment due 06/01/2016: $3,172.12

     **Total: $25,382.62 due.  You must pay this amount to bring your loan current.**
     Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau:  http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD):  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is instead a notice for informational purposes only.

45DLQPCSV1214



**Nationstar** MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**MORTGAGE LOAN STATEMENT**

CONTACT INFORMATION

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
8950 Cypress Waters Blvd, Coppell, TX 75019

6-692-60231-0043361-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

➲ **Sign up for eCorrespondence**

| | |
|---|---|
| Statement Date: | 06/20/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 07/01/2016 |
| **Amount Due:** | **$28,554.74** |

If payment is received on or after 07/17/16; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

➲ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $466,197.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $4,887.26 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,557.74 |
| Interest | $777.00 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $25,396.96 |
| Partial Payment (Unapplied) | -$14.34 |
| **Total Amount Due** | **$28,554.74** |

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,016.22 |
| Property Inspections | $30.00 | $60.00 |
| Total | $30.00 | $3,076.22 |

### Past Payment Breakdown

| | Payments Rec'd since 05/19/2016 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $38,112.32 |
| Interest | $0.00 | $20,256.18 |
| Escrow (Taxes & Insurance) | $0.00 | $34,702.68 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $3,172.81 | $9,532.08 |
| Total | $3,172.81 | $102,603.26 |

### Transaction Activity (05/19/2016 to 06/20/2016)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/16/2016 | Partial Payment | $3,172.81 | | | | $3,172.81 |
| 06/16/2016 | Property Inspections | -$15.00 | | | | -$15.00 |
| 05/19/2016 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar** MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON.
JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE* 07/01/2016  $28,554.74 |
|---|---|
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE* | PAYMENT DUE IF RECEIVED ON OR AFTER 07/17/2016  $28,554.74 |

ADDITIONAL ESCROW                    $_____
**ADDITIONAL PRINCIPAL              $_____

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal reduction can be made.

0614812790  002855474   002855474

**MORTGAGE/LOAN STATEMENT**

## Nationstar
MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

CONTACT INFORMATION

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

Your Dedicated Loan Specialist is Kristy Sonomura and can be
reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

6-692-62794-0004783-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

| | |
|---|---|
| Statement Date: | 07/19/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 08/01/2016 |
| **Amount Due:** | **$31,755.70** |

If payment is received on or after 08/17/16; $0.00 late fee will be charged.

↻ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

↻ **Pay Online Now**

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $466,197.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $4,887.26 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,557.74 |
| Interest | $777.00 |
| Escrow Amount (for Taxes & Insurance) | $886.22 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,220.96** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $28,549.08 |
| Partial Payment (Unapplied) | -$14.34 |
| **Total Amount Due** | **$31,755.70** |

Please call Nationstar to request the full amount owed on your account as the amount may be different than stated here due to interest and other charges or credits.

### Lender Paid Expense Summary

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $0.00 | $3,016.22 |
| Property Inspections | $15.00 | $75.00 |
| **Total** | **$15.00** | **$3,091.22** |

### Past Payment Breakdown

| | Payments Rec'd since 06/21/2016 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $38,112.32 |
| Interest | $0.00 | $20,256.18 |
| Escrow (Taxes & Insurance) | $0.00 | $34,702.68 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $3,172.12 | $12,704.20 |
| **Total** | **$3,172.12** | **$105,775.38** |

### Transaction Activity (06/21/2016 to 07/19/2016)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/19/2016 | Partial Payment | $3,172.12 | | | | $3,172.12 |
| 07/19/2016 | Reversal-Payment | $3,172.12 | $1,557.74 | $777.00 | $837.38 | |
| 07/19/2016 | Payment | $3,172.12 | $1,557.74 | $777.00 | $837.38 | |
| 07/15/2016 | Property Inspections | -$15.00 | | | | -$15.00 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

## Nationstar
MORTGAGE   MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER 0614812790 | TOTAL AMOUNT DUE |
|---|---|
| | 08/01/2016   $31,755.70 |

| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|---|
| | 08/17/2016   $31,755.70 |

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |
| **TOTAL AMOUNT OF YOUR CHECK** **DO NOT SEND CASH** | |

**All amounts must be paid in full before additional principal reduction can be made.

**EXHIBIT PAGE 87**

0614812790 003175570   003175570

 **Nation**star
MORGTAGE            **MyNationstar.com**   |  8950 Cypress Waters Blvd  |  Coppell, TX 75019

07/20/2016

> • Your loan is currently in the Foreclosure process.
>
> • Please contact us at (888) 850-9398 EXT. 4670010

6-692-62794-0004783-001-000-000-000-001

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy                RE:  Loan Number: 0614812790
2797 PARK AVE STE 201                     Property Address:
SANTA CLARA CA  95050-6063                920 VIA VIVALDI
                                          MORGAN HILL, CA 95037

Dear Jason S Castillo and Jennifer Castillo:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 11/01/2015.  We have completed the first filing notice required to start the foreclosure process on your account.  Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due   02/01/2016:      Unpaid balance of $3,172.12
- Payment due   03/01/2016:      Unpaid balance of $3,172.12
- Payment due   04/01/2016:      Unpaid balance of $3,172.12
- Payment due   05/01/2016:      Unpaid balance of $3,172.12
- Payment due   06/01/2016:      Unpaid balance of $3,172.12
- Payment due   07/01/2016:      Unpaid balance of $3,172.12
- Current payment due 08/01/2016: $3,220.96
  **Total: $31,755.70 due.  You must pay this amount to bring your loan current.**
  Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home.  We are here to help.  You do have options.*  Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available.  For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau:  http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD):  http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**

The sooner we hear from you, the sooner we can help get your homeownership back on track.  If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kristy Sonomura and can be reached at  (888) 850-9398 EXT. 4670010 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced.  Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

45DLQPCSV1214


EQUAL HOUSING
OPPORTUNITY

# MORTGAGE LOAN STATEMENT

**Nationstar MORTGAGE**

FOR INFORMATIONAL PURPOSES ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## CONTACT INFORMATION

Customer Service: **1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

Your Dedicated Loan Specialist can be reached at (888) 850-9398 EXT. 4670010 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

7-692-65990-0042756-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

➲ **Sign up for eCorrespondence**

| | |
|---|---|
| Statement Date: | 08/18/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 09/01/2016 |
| **Amount Due:** | **$34,927.82** |

If payment is received on or after 09/17/16; $0.00 late fee will be charged.

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

➲ **Pay Online Now**

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $466,197.47 |
| Interest Rate(Until 10/01/2016) | 2.000% |
| Escrow Balance | $4,887.26 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $1,557.74 |
| Interest | $777.00 |
| Escrow Amount (for Taxes & Insurance) | $837.38 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,172.12** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $31,770.04 |
| Partial Payment (Unapplied) | -$14.34 |
| **Total Amount Due** | **$34,927.82** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

## Past Payment Breakdown

| | Payments Rec'd since 07/20/2016 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $38,112.32 |
| Interest | $0.00 | $20,256.18 |
| Escrow (Taxes & Insurance) | $0.00 | $34,702.68 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $3,106.22 | $3,106.22 |
| Partial Payment (Unapplied) | $3,220.96 | $15,925.16 |
| **Total** | **$6,327.18** | **$112,102.56** |

## Transaction Activity (07/20/2016 to 08/18/2016)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/16/2016 | Partial Payment | $3,220.96 | | | | $3,220.96 |
| 08/09/2016 | Legal Fees | $1,058.11 | | | | $1,058.11 |
| 08/09/2016 | Legal Fees | $863.00 | | | | $863.00 |
| 08/09/2016 | Legal Fees | $382.61 | | | | $382.61 |
| 08/09/2016 | Legal Fees | $712.50 | | | | $712.50 |

## Important Messages                                        (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar MORTGAGE**

**MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

JASON S CASTILLO
JENNIFER CASTILLO

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| **0614812790** | 09/01/2016   **$34,927.82** |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 09/17/2016   **$34,927.82** |

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

***TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH***

**All amounts must be paid in full before additional principal reduction can be made.

0614812790   003492782   003492782

# MORTGAGE LOAN STATEMENT

**Nationstar MORTGAGE**

0E72x35 EDI 4L3 ONLY
CLEARADOS LEND ND INTERE AND CHARGES SP
P.O. BOX 619063
DALLAS, TX 75261-9063

### CONTACT INFORMATION
Customer Service: **1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

0-692-67752-0036977-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA 95050-6063

| | |
|---|---|
| Statement Date: | 09/02/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 10/01/2016 |
| **Amount Due:** | **$2,552.44** |

*If payment is received on or after 10/17/16; $0.00 late fee will be charged.*

➲ **Sign up for eCorrespondence**

Property Address:
920 VIA VIVALDI
MORGAN HILL CA 95037

➲ **Pay Online Now**

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $448,904.42 |
| Interest Rate(Until 10/01/2016) | 3.000% |
| Escrow Balance | $5,773.48 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $1,430.18 |
| Interest | $1,122.26 |
| Escrow Amount (for Taxes & Insurance) | $0.00 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,552.44** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$2,552.44** |

## Past Payment Breakdown

| | Payments Rec'd since 08/19/2016 | Paid Year to Date |
|---|---|---|
| Principal | $17,293.05 | $55,405.37 |
| Interest | $8,403.43 | $28,659.61 |
| Escrow (Taxes & Insurance) | $886.22 | $35,588.90 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $3,106.22 |
| Partial Payment (Unapplied) | $11,494.92 | $837.38 |
| **Total** | **$38,077.62** | **$123,597.48** |

## Transaction Activity (08/19/2016 to 09/02/2016)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/01/2016 | Principal Payment | $14.34 | $14.34 | | | |
| 09/01/2016 | Payment | $2,334.74 | $1,583.90 | $750.84 | | |
| 09/01/2016 | Adj-Forbearance Suspense | -$14.34 | | | | -$14.34 |
| 09/01/2016 | Payment | $2,334.74 | $1,581.27 | $753.47 | | |
| 09/01/2016 | Payment | $2,334.74 | $1,578.64 | $756.10 | | |

## Important Messages                    (See Reverse side for Additional Critical Notices)

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment. In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*Effective 10/01/2016, your interest rate has changed from 2.000% to 3.000% resulting in a change in your monthly payment from $2,334.74 to $2,552.44. The new payment amount is reflected in this mortgage billing statement.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

**Nationstar MORTGAGE**

**MyNationstar.com**

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

JASON S CASTILLO
JENNIFER CASTILLO

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* | |
|---|---|---|
| **0614812790** | 10/01/2016 | **$2,552.44** |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 10/17/2016 | **$2,552.44** |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

***TOTAL AMOUNT OF YOUR CHECK***
***DO NOT SEND CASH***

**All amounts must be paid in full before additional principal reduction can be made.

0614812790 0 000255244  000255244

## IMPORTANT PAYMENT INFORMATION

* It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

* Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

* Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

* Any lump sum received that is not accompanied by a payoff quote will be applied according to your standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

* A Schedule of Fee for Select Services may be found on our website at **MyNationstar.com**.

### SERVICEMEMBERS CIVIL RELIEF ACT

The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: Nationstar Mortgage LLC, Attn: Military Families, P.O.Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@nationstarmail.com  Be sure to include your loan number with the copy of the orders.

Please visit our website at **MyNationstar.com** for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES

Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE

If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm, or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS

For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

---

Nationstar Mortgage may report your account to the major credit bureaus. Late or missed payments and other defaults on your account may reflect on your credit report which can impact your ability to obtain other forms of credit.

---

## PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at **MyNationstar.com**.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto **MyNationstar.com**.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. **Call 1-888-480-2432**. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a fee up to $19 for this optional service.

 **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number.**The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage Code City: Astar State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

---

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

---

## CONTACT INFORMATION

 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm, CT, Friday 8 am – 6 pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or records for quality assurance purposes]

 **24-hour automated account information:** Log on to **MyNationstar.com** OR call **1-888-480-2432**

**Mailing addresses:** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/BILLS: | TAX NOTICES/BILLS: | BANKRUPTCY NOTICES/PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 60516 City of Industry, CA 91716-0516 | P.O. Box 619098 Dallas, TX 75261-9741 | P.O. Box 619098 Dallas, TX 75261-9741 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | P.O. Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:**

Nationstar Mortgage, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. (i) a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.

Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

*Check the appropriate box:*  ❑ *Mailing Address*     ❑ *Telephone Number*     Loan #:_____

*Borrower's Name:*_____     *Co-Borrower's Name:*_____

*Borrower's New Address:*_____     *Co-Borrower's New Address:*_____

_____     _____

_____     _____

*Authorized Borrower Number(s):*     *Authorized Co-borrower Number(s):*

*Home (_____)* _____     *Mobile:  Yes   No*     *Home (_____)* _____     *Mobile:  Yes   No*

*Work (_____)* _____ *Ext:_____*     *Mobile:  Yes   No*     *Work (_____)* _____ *Ext:_____*     *Mobile:  Yes   No*

*Other (_____)* _____     *Mobile:  Yes   No*     *Other (_____)* _____     *Mobile:  Yes   No*

*Signature Required:*_____     *Signature Required:*_____

I consent to [being contacted] ... at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

**MORTGAGE LOAN STATEMENT - Page 2**

**Nationstar** MORTGAGE

CITY OF INDUSTRY, CA  91716-0516

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
**MyNationstar.com**

0-692-67752-0036977-001-000-000-000-000

JASON S CASTILLO
JENNIFER CASTILLO
C/O William E. Kennedy
2797 PARK AVE STE 201
SANTA CLARA CA  95050-6063

| | |
|---|---|
| Statement Date: | 09/02/2016 |
| Loan Number: | 0614812790 |
| Payment Due Date: | 10/01/2016 |
| **Amount Due:** | **$2,552.44** |

*If payment is received on or after 10/17/16; $0.00 late fee will be charged.*

---

**Transaction Activity (08/19/2016 to 09/02/2016) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/01/2016 | Payment | $2,334.74 | $1,576.01 | $758.73 | | |
| 09/01/2016 | Payment | $2,334.74 | $1,573.39 | $761.35 | | |
| 09/01/2016 | Adjustment-Misc Suspense | -$11,673.70 | | | | -$11,673.70 |
| 09/01/2016 | Property Inspections | $15.00 | | | | $15.00 |
| 08/31/2016 | Partial Payment | $11,494.92 | | | | $11,494.92 |
| 08/31/2016 | Disbursement-Suspense | -$6,010.94 | | | | -$6,010.94 |
| 08/31/2016 | Payment-Escrow | $886.22 | | | $886.22 | |
| 08/31/2016 | Adjustment-Misc Suspense | -$886.22 | | | | -$886.22 |
| 08/31/2016 | Payment | $2,334.74 | $1,570.77 | $763.97 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,568.16 | $766.58 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,565.55 | $769.19 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,562.94 | $771.80 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,560.34 | $774.40 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,557.74 | $777.00 | | |
| 08/31/2016 | Reversal-Payment | $2,334.74 | $1,557.74 | $777.00 | | |
| 08/31/2016 | Reversal-Payment | $2,334.74 | $1,560.34 | $774.40 | | |
| 08/31/2016 | Reversal-Payment | $2,334.74 | $1,562.94 | $771.80 | | |
| 08/31/2016 | Reversal-Payment | $2,334.74 | $1,565.55 | $769.19 | | |
| 08/31/2016 | Reversal-Payment | $2,334.74 | $1,568.16 | $766.58 | | |
| 08/31/2016 | Adj-Forbearance Suspense | $0.30 | | | | $0.30 |
| 08/31/2016 | Reversal-Payment | $2,334.74 | $1,570.77 | $763.97 | | |
| 08/31/2016 | Adj-Forbearance Suspense | -$0.30 | | | | -$0.30 |
| 08/31/2016 | Payment | $2,334.74 | $1,568.16 | $766.58 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,565.55 | $769.19 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,562.94 | $771.80 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,560.34 | $774.40 | | |
| 08/31/2016 | Payment | $2,334.74 | $1,557.74 | $777.00 | | |
| 08/31/2016 | Adjustment-Misc Suspense | -$14,008.44 | | | | -$14,008.44 |
| 08/30/2016 | Partial Payment | $6,010.94 | | | | $6,010.94 |
| 08/30/2016 | Property Inspections | $15.00 | | | | $15.00 |
| 08/29/2016 | Property Inspections | -$15.00 | | | | -$15.00 |



692-3572-0115F

**Legal Rights and Protections Under the SCRA**

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

**Who May Be Entitled to Legal Protections Under the SCRA?**
- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

**What Legal Protections Are Servicemembers Entitled To Under the SCRA?**
- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

**How Does A Servicemember or Dependent Request Relief Under the SCRA?**
- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Nationstar Mortgage, Attn:  Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

**How Does a Servicemember or Dependent Obtain Information About the SCRA?**
- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
- "Military OneSource" is the U. S. Department of Defense's information resource.
  If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Nationstar reserves the right to exercise the legal rights only against the property securing the original obligation.