# Elizabeth Letcher

**From:** Megan E. Gruber <meg@severson.com>
**Sent:** September 2, 2016 2:25 PM
**To:** 'William E. Kennedy'
**Cc:** Elizabeth Letcher
**Subject:** RE: Castillo v. Nationstar Mortgage
**Attachments:** 8404472_1_Castillo- excel complaints 2013-present.XLS; 8233518_1_Castillo_NS_Joint discovery letter by NS re depositions.DOCX; Joint Discovery Letter Exhibit A.PDF

Will,



perhaps 3 days from filing.

I have revised Interrogatory No 2 pursuant to our stipulation and have sent it for verification.

I also wanted to make a correction to the payment for October. The Castillos do not need to make a September payment, as I mentioned. However, the modification contains the step rate adjustment on 10/1/16. So the payment for October 2016 actually consists of P&I $2,552.44 + escrow of $886.12 = **$3,438.56.** In the meantime, I hope you received the refund check.



Megan

Megan E. Gruber
**Severson & Werson**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
tel.: 415.677.5594
meg@severson.com
www.severson.com

1

**Elizabeth Letcher**

| | |
|---|---|
| From: | Megan E. Gruber <meg@severson.com> |
| Sent: | August 31, 2016 3:43 PM |
| To: | 'William E. Kennedy' |
| Cc: | Elizabeth Letcher |
| Subject: | RE: Castillo v. Nationstar Mortgage |

Will,



No payment is required of the Castillos until October 1. Beginning on October 1 2016 the payment including escrow will be P&I of $2,334.74 + escrows of $886.12 for a total of $3,220.86.

Thank you,
Megan

Megan E. Gruber
**Severson & Werson**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
tel.: 415.677.5594
meg@severson.com
www.severson.com

1