MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC and
WELLS FARGO BANK, N.A. AS TRUSTEE
FOR BANK OF AMERICA MORTGAGE
SECURITIES, INC. MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER CASTILLO and JASON CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANK OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 5:15-cv-01743-BLF<br><br>**DEFENDANT NATIONSTAR MORTGAGE LLC'S RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES**<br><br>Action Filed:  March 19, 2015<br>Trial Date:  February 13, 2017 |

PROPOUNDING PARTY:    Plaintiffs JENNIFER CASTILLO and JASON CASTILLO

RESPONDING PARTY:    Defendant NATIONSTAR MORTGAGE LLC

SET NO.:    Three (3)

Pursuant to Federal Rule of Civil Procedure, Rules 26(b)(1) and 33, Defendant Nationstar Mortgage LLC responds to Plaintiffs Jennifer Castillo and Jason Castillo's third set of interrogatories as follows.

1 | *after* October 24, 2015 is beyond the scope of permissible discovery.

2 | Nationstar further objects to this interrogatory on the ground that "changes to the Castillos'
3 | account after October 24, 2015" is vague and ambiguous. Nationstar further objects to this request
4 | to the extent it may seek attorney-client or attorney work product information.

5 | Subject to and without waiving the foregoing objection(s), Nationstar responds as follows:
6 | in-house counsel for Nationstar has directed the investigation and decionmaking process on the
7 | account since the inception of this lawsuit on March 19, 2015. Nationstar will not identify its in-
8 | house counsel or the individuals who acted at the direction of Nationstar's in-house counsel.

9 | **INTERROGATORY NO. 26:**

10 | If your response to Request for Admission No. 23 is anything other than an unqualified
11 | admission, state every reason for your response.

12 | **RESPONSE TO INTERROGATORY NO. 26:**

13 | Nationstar objects to this interrogatory and each interrogatory set forth in this set as in
14 | violation of Rule 33, which limits the number of interrogatories a party may serve to 25
15 | interrogatories *including* subparts. Including all subparts, this set of interrogatories includes well
16 | over 25 interrogatories in violation of Rule 33. Fed. R. Civ. Proc. 33(a)(1). Nationstar further
17 | objects on the ground that "state every reason" is overbroad and unduly burdensome. See *IBP,*
18 | *Inc. v. Mercantile Bank of Topeka*, 179 F.R.D. 316, 321 (D. Kan. 1998) (holding interrogatories
19 | asking for "each and every fact" as overbroad and unduly burdensome). Nationstar further objects
20 | to this interrogatory on the ground that "required to honor" is vague and ambiguous.

21 | Subject to and without waiving the foregoing objection(s), Nationstar responds as follows:
22 | Nationstar has discovered facts that establish that one or more of plaintiffs' representations were
23 | not materially true in all respects when plaintiffs entered into the 2013 loan modification.
24 | Nationstar's investigation into this issue is ongoing. In the event the evidence shows that one or
25 | more of plaintiffs' representations in Section 1 of the 2013 loan modification was not true in all
26 | material respects, then the 2013 loan modification would not be enforceable, and consequently,
27 | Nationstar would not be required to honor the modification. Nationstar reserves the right to
28 | supplement its response pursuant to Rule 26(e).

| | | |
|---|---|---|
| 1 | DATED: ~~February~~ March 3, 2016 | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Thomas N. Abbott |
| 5 | | |
| 6 | | Attorneys for Defendants NATIONSTAR MORTGAGE LLC and WELLS FARGO BANK, N.A. AS TRUSTEE FOR BANK OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A |

# VERIFICATION

I have read the foregoing NATIONSTAR MORTGAGE LLC'S RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES and know its contents.

I am Litigation Resolution Analyst of Nationstar Mortgage LLC, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 2, 2016, at Coppell, Texas.

Edward Hyne
Print Name of Signatory

[Signature]
Signature