0614812790

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| NSR Bates No. | Abbreviation | |
|---|---|---|
| 1 | Asum:N | ASSUMPTION = NO |
| | TYPE: 03 | LOAN TYPE = CONVENTIONAL/UNINSURED |
| | MSG: #1:08  #2:87  #3:91 | 08: FCL IN PROCESS, 87: DO NOT REPORT TO CREDIT BUREAU, 91: LEGAL - NO PHONE CALLS |
| | CP: ZZZ_ZOMG | AUTOMATED |
| | Cls | CLASS / DEPARTMENT |
| | Code | NOTE TYPE |
| | Assn/By | PERSON/SYSTEM ASSIGNED BY |
| | Target | TARGET COMPLETION DATE |
| | Cleared | DATE ACTION COMPLETED |
| | FB | FEE BILLING |
| | FB01 | FEE BILLING TYPE 01 = LATE CHARGES |
| | CL | COLLECTIONS |
| | OCOM | OPEN COMMENT |
| | VOSC | ORDERED CUSTODIAN VERIFICATION ON STANDING |
| | CUST | COLLATERAL FILE ORDERED FROM CUSTODIAN |
| | FSLS | FIRST TIME SPOC LETTER SENT |
| | Remedy | INTERNAL LOSS MITIGATION SYSTEM |
| | BILetters | LETTER IDENTIFICATION CODE |
| | DEMO | DEMOGRAPHICS VERIFIED |
| | CSVC | MISC |
| | CLIN | CUSTOMER CALLED IN |
| | CA | CORPORATE ADVANCE |
| | CA2V | RECOVERY ACCOUNT TRANSACTION |
| | CA2F | RECOVERY ACCOUNT TRANSACTION |
| | CA2W | RECOVERY ACCOUNT TRANSACTION |
| | CA2K | RECOVERY ACCOUNT TRANSACTION |
| | CA2R | RECOVERY ACCOUNT TRANSACTION |
| | CAE2 | RECOVERY ACCOUNT TRANSACTION |




EXHIBIT K. KOVALIC 55  6-26-16  CD

1

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

|   | Code | Description |
|---|---|---|
|   | DSB | DISTRIBUTION |
| 2 | CA2U | RECOVERY ACCOUNT TRANSACTION |
|   | CS | CUSTOMER SERVICE |
|   | CRWR | CUSTOMER RELATIONS - WRITTEN REQUEST |
|   | 3PRT | 3RD PARTY AUTHORIZATION |
|   | ACBA | ASSIGNMENT CREATED BY BANK OF AMERICA |
|   | DVLT | DEBT VALIDATION LETTER SENT |
| 3 | RESP | RESPA COMPLIANT WELCOME LETTER SENT TO BORROWER |
|   | WELN | WELCOME LETTER SENT |
|   | FCEX | FORECLOSURE EXCEPTION REVIEW |
|   | 08 code | FORECLOSURE IN PROCESS |
|   | LTBP | LETTER BYPASSED |
|   | PI | PROPERTY INSPECTION |
|   | PIVO | PROPERTY INSPECTION - VERIFY OCCUPANCY |
|   | CHAS | PROPERTY INSPECTION ORDERED |
|   | CHCM | PROPERTY INSPECTION COMPLETE |
|   | RSLT | RESULTS RECEIVED |
| 4 | SCLS | 5 DAY SPOC NOTIFICATION CHANGE LETTER |
| 5 | HUNG | PARTY HUNG-UP |
|   | TBNM | TELEPHONED BUSINESS - NO MESSAGE |
|   | TRNM | TELEPHONED RESIDENCE - NO MESSAGE |
| 6 | SLT | SPECIAL LOANS TEAM |
|   | GameChngrs ID: 0 | DIALER CAMPAIGN NAME |
|   | C005 | DIALER CAMPAIGN NAME |
|   | AQFW | ATTORNEY QUESTION FOLLOW-UP |
| 7 | LPCB | LPS FORECLOSURE CLOSE & BILL |
|   | FIPS |   |
|   | Code 06085 |   |
| 8 | AMNM | ANSWERING MACHINE - NO MESSAGE |
|   | PRDM | PRE RECORDED DIALER MESSAGE |
|   | HMPM | HAMP MODIFICATION |
|   | CINV | CALLED - INVALID PHONE NUMBER |

2

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| 9 | PSDA | PRIOR SERVICER DEMAND AMOUNT |
|---|---|---|
|   | PSDV | PRIOR SERVICER DEMAND VALID |
|   | FCGO | WORKOUT FAILED - MOVE FORWARD WITH FC REFERRAL |
|   | PSMR | PRIOR SERVICER MOD READY |
| 10 | HM12 | 12 MONTH ESCROW ANALYSIS FOR MOD |
|   | BLMC | LOAN MOD COUNTERSIGNED |
|   | BLMN | LOAN MOD NOTARIZED |
|   | ARM9 | SLT ONLY TCS AUDIT → AUDIT OF LOANS ONCE MARKED AS SPECIAL LOANS AND THEIR CORRESPONDING COLLECTION LOAN HISTORY |
|   | SLT | SPECIAL LOANS TEAM |
|   | AO47 | SLT REQUEST 1 OR 9 W/ ARM PREPAY DATE |
|   | 12EA | 12 MONTH ESCROW ANALYSIS |
|   | CSMM | CUSTOMER SERVICE MODIFICATION MAILED |
|   | A168 | SLT ONLY - DATA SKIP FROM VENDOR |
|   | CEC4 | RECOVERY ACCOUNT TRANSACTION |
| 11 | SCOM | SINV COMPLETED |
|   | MSTC | MODIFICATION SHIPPED TO CUSTODIAN |
|   | LOLL | MANAGER "AJ LOLL"'S LAST NAME |
|   | EASH | ESCROW ANALYSIS SHORTAGE |
| 12 | PRDM | PRE RECORDED DIALER MESSAGE |
|   | EMIL | E-MAIL |
|   | RFD | REASON FOR DEFAULT |
| 14 | TAIN | TAX INQUIRY |
|   | ZZZZ | MISCELLANEOUS |
|   | TK 1249464 | IT DESK TICKET # |
|   | Tad | TOTAL AMOUNT DUE |
|   | QA | QUALITY ASSURANCE |
|   | TMRS | TALKED TO MRS |
| 15 | NCCA | NO CONTACT - CALIFORNIA |
|   | C45N | CFPB 45 DAY NOTIFICATION |
|   | EAEA | ESCROW ANALYSIS |
|   | EAMD | ESCROW ANALYSIS MAILED |
|   | PNPV | PASS NPV TEST |

3

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| 16 | C005 | | DIALER CAMPAIGN NAME |
| --- | --- | --- | --- |
| | ESML | | ELECTRONICALLY SCANNED MAIL |
| | CRWR | | CUSTOMER RELATIONS - WRITTEN REQUEST |
| | APHN | | ALTERNATE PHONE NUMBER |
| | CSMA | | CUSTOMER SERVICE UPDATED MAILING ADDRESS |
| 17 | LMEN | | LOSS MITIGATION ELIGIBILITY - NO |
| | PAIN | | PASS TEAM IN |
| | dil | | DEED IN LIEU |
| | NOCO | | NO CONTACT LETTER SENT |
| | HM32 | | HAMP SOLICITATION LETTER - 32 DAYS DELINQUENT |
| 18 | ESRW | | ESCROW |
| | DMWZ | | DEMAND LETTER SENT BY WALZ |
| | WALZ | | 3RD PARTY MAIL SERVICE |
| | ARCR | | ACCOUNT REVIEWED BY CUSTOMER RELATIONS |
| | CFRR | | COLLATERAL FILE READY FOR REFERRAL |
| | FSLS | | FIRST SPOC LETTER SENT |
| | PDPR | | POST DEMAND PAYMENT RECEIVED |
| | POUT | | PASS TEAM OUT |
| | HM45 | | HAMP SOLICITATION LETTER - 45 DAYS DELINQ. |
| 19 | POFV | | PAYOFF VERIFICATION REQUEST |
| | AVAZ1036 | | USER ID OF WHO ENTERED COMMENT |
| | ANAIR | | USER ID OF WHO ENTERED COMMENT |
| | CSCHRCK | CSCHROCK = CHRISTOPHER SCHROCK | DOES NOT APPEAR IN NSR 0001-0041 |
| | POS062314 | | BATCH NUMBER |
| 20 | CELE | | RECOVERY ACCOUNT TRANSACTION |
| 21 | DM0045RL | | 45 DAY DEMAND LETTER RETURNED TO SENDER |
| | RTUD | | RETURNED MAIL - UNDELIVERABLE |
| | MIS | | USER ID OF WHO ENTERED COMMENT (AUTOMATED) |
| | DFM | | DENIED FOR MODIFICATION |
| | IOSF | | INSPECTION ORDER STATUS FOLLOW-UP |
| 22 | CL0095RL | | ID FOR THE "NO CONTACT LETTER" SENT |
| | CE | | CORPORATE EXPENSE |

4

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

|    |           |                                                  |
|----|-----------|--------------------------------------------------|
|    | SES1      | STOP ELECTRONIC STATEMENTS - BORROWER 1          |
|    | WEBSITE   | INFORMATION PROVIDED BY WEBSITE                  |
|    | WBEU      | WEBSITE - EMAIL UPDATED                          |
|    | DRLM      | DECLARATION REJECTED - LOSS MITIGATION NEEDED    |
|    | BPO1      | BPO ORDERED                                      |
|    | POS062414 | BATCH NUMBER                                     |
| 23 | BPO2      | BPO RECEIVED                                     |
|    | DCCR      | DECLARATION PREVIOUS REJECTION COMPLETED         |
|    | LM        | LOSS MITIGATION                                  |
|    | CDEC      | CALIFORNIA DECLARATION                           |
|    | DCRM      | DECLARATION UPLOADED TO REMEDY                   |
|    | SL        | SPECIAL LOANS                                    |
| 24 | DCRV      | DECLARATION RECEIVED                             |
|    | PI        | PROPERTY INSPECTION                              |
|    | PRVS      | PRIVACY NOTICE SENT - STAND ALONE                |
|    | LS1300R2  | DOES NOT APPEAR ON NSR 0024                      |
| 27 | STAR      | SOLUTIONSTAR                                     |
| 28 | ARCR      | ACCOUNT REVIEWED BY CUSTOMER RELATIONS           |
|    | AB        | AUTOMATED NOTE ID                                |
|    | Coded 87  | DO NOT REPORT TO CREDIT BUREAU                   |
|    | iSight    | PREVIOUS NAME FOR REMEDY                         |
|    | SCR4      | SCRA LETTER                                      |
|    | YE02      | YEAR-END 1099 SENT                               |
|    | YE01      | YEAR-END 1098 SENT                               |
| 29 | REEX      | REASONABLE EXPECTATION                           |
|    | AGST      | AG LETTER SENT                                   |
|    | PFL0040RL | AUTOMATED NOTE IDENTIFICATION                    |
|    | AGLS      | PRE-REFERRAL LETTER MAILED/SENT                  |
|    | PFL0050RL | ID FOR "AG PRE REFERRAL LETTER"                  |
|    | ATSENG    | *                                                |
| 31 | 443S729D  | BATCH NUMBER                                     |
|    | POIN      | PAYOFF INQUIRY                                   |

\* = THIS RELATES TO A FORMER EMPLOYEE ID. THEIR NAME IS UNKNOWN. A HR TICKET TO REQUEST THESE NAMES HAS BEEN OPENED. ETA: 6-8 WEEKS. WILL UPDATE "EXH. A" WHEN NAMES ARE RECEIVED.

5

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

|    |          |                                                  |
|----|----------|--------------------------------------------------|
|    | SCRU     | SCREENPRINT UPLOADED                             |
|    | SRV229R  | ID # FOR THE GENERATED PAYOFF                    |
|    | DCUP     | DECLARATION UPLOADED                             |
|    | T365     | TITLE 365                                        |
|    | PO       | PAYOFF                                           |
|    | PYOF     | PAY OFF GENERATED                                |
| 32 | AGP2     | POST REFERRAL LETTER SELECTED FOR MAILING        |
|    | AGP3     | POST REFERRAL SOLICITATION MAILED                |
|    | CSCD     | CREDIT BUREAU DISPUTE                            |
|    | BSOA1036 | ID # FOR "FORECLOSURE REFERRAL"                  |
|    | FRVP     | FORECLOSURE REFERRAL VALIDATION PASSED           |
|    | CDRC     | CREDIT CORRECTION - PAYMENT HISTORY              |
|    | CSCD     | CREDIT BUREAU DISPUTE                            |
|    | RPOU     | REFERRAL PAYOFF UPLOADED TO LPS                  |
|    | AUCN     | AUDIT COMPLETE WITH NO UPDATE                    |
| 33 | s/w      | SPOKE WITH                                       |
|    | TTOT     | TALKED TO OTHER PARTY                            |
|    | CALG     | RECOVERY ACCOUNT TRANSACTION                     |
|    | **       | AUTOMATED                                        |
|    | CA2V     | RECOVERY ACCOUNT TRANSACTION                     |
| 34 | A950     | NON-SOLICITED REQUEST FOR MODIFICATION REVIEW    |
|    | SLRC     | SPECIAL LOANS REQUEST COMPLETED                  |
|    | AS10     | NEW 1098 NEEDED DUE TO CORRECTION                |
|    | CASH     | CASH TRANSACTION                                 |
|    | CCAS5554 | * CONSTANCE CARSON                               |
|    | FCCB     | FORECLOSURE CLOSE & BILL ACCOUNT REVIEW          |
|    | 06       | AUDIT CODE = PAYMENTS DELINQUENT NOT A TRUE CLOSE AND BILL |
|    | ASCG     | ACCOUNT SERVICES REVIEWED LOAN PER CONTROL LOG   |
|    | MSHH1036 | USER = MITESH SHARMA                             |
|    | 443S718A | BATCH NUMBER                                     |
| 35 | ANAR     | ESCROW ANALYSIS EXPLANATION                      |
|    | EAIE     | ESCROW ANALYSIS / INSURANCE INTERNAL E-MAIL COMPLETED |

6

## Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

|    |            |                                              |
|----|------------|----------------------------------------------|
|    | EA/        | ESCROW ANALYSIS                              |
|    | ARCR       | ACCOUNT REVIEWED BY CUSTOMER RELATIONS       |
|    | EAEA       | ESCROW ANALYSIS GENERATED                    |
| 36 | EAMD       | ESCROW ANALYSIS MAILED                       |
|    | TCLP       | LPS PAST DUE STEPS COMPLETED                 |
|    | TCS        | CUSTOMER SERVICE                             |
|    | LPS        | LENDER PROCESSING SERVICES                   |
|    | CA2S       | RECOVERY ACCOUNT TRANSACTION                 |
|    | 301534489  | BATCH NUMBER                                 |
|    | 302597609  | BATCH NUMBER                                 |
|    | 301534490  | BATCH NUMBER                                 |
|    | 301534491  | BATCH NUMBER                                 |
|    | 301534492  | BATCH NUMBER                                 |
|    | CA2Y       | RECOVERY ACCOUNT TRANSACTION                 |
|    | CA2I       | RECOVERY ACCOUNT TRANSACTION                 |
| 37 | MISC       | FREE FORM COMMENT                            |
|    | Op         | ~~CONVERSATION~~ OPERATOR                    |
|    | Sd         | SAID                                         |
|    | GIGN1036   | * GIRLIE IGNACIO                             |
|    | CRRR       | CUSTOMER RELATIONS - WRITTEN REQUEST RESOLVED|
|    | SPLC       | SPECIAL LOANS REVIEW / CORRECTION            |
| 38 | R005       | SPECIAL CODING ADDED TO ACCOUNT              |
|    | CA2U       | RECOVERY ACCOUNT TRANSACTION                 |
|    | 309536623  | BATCH NUMBER                                 |
|    | TFCL       | TAX RESEARCH ON LOAN IN FORECLOSURE          |
|    | TCQC       | COMPLETED QUOTE REQUEST                      |
|    | Door 101   | PAYOFF QUOTE RECIPIENT INFO SCREEN           |
|    | POLG       | LEGAL FEES REQUESTED TO COMPLETE PAYOFF QUOTE|
|    | TFCX       | RETURN RESPONSE FROM TITLE COMPANY W/ LIEN SEARCH |
|    | FA         | FIRST AMERICAN TITLE CO.                     |
| 39 | PYFC       | LEGAL FEES RECEIVED FOR PAYOFF QUOTE         |
|    | SRV229R    | ID # FOR "PAYOFF STATEMENT"                  |

7

## Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| | Code | Description |
|---|---|---|
| | CE4F | RECOVERY ACCOUNT TRANSACTION |
| | NORG | PROPERTY REGISTRATION NOT REQUIRED |
| | ARCR | ACCOUNT REVIEWED BY CUSTOMER RELATIONS |
| 40 | LWEI1034 | * LACY WEIGHTMAN |
| | Code 35 | NOTICE OF REPRESENTATION - LEGAL |
| | SCOM | ADJUSTMENT COMPLETE |
| | CFS1 | CALIFORNIA LATE FEE SUPPRESSION |
| | LMFS | FINANCIALS UPDATED BY LOSS MITIGATION |
| | AB | USER NAME FOR NOTES FROM REMEDY |
| | CMEC | FNMA MOD ESCROW QUOTE COMPLETE |
| | 1445946 | REMEDY ID FOR "ESCROW QUOTE" |
| 42 | FC_CAPostNOD_NonGSE | FORECLOSURE - CA - POST NOTICE OF DEFAULT - NON GSE LOAN |
| | FC_1stLegalAudit | FORECLOSURE - 1ST LEGAL DATE AUDIT |
| 44 | Logs it | UNKNOWN AS THIS IS NOT A NATIONSTAR CODE |
| 48 | TFCI | NO REFERENCE ON PAGE NSR 0048 |
| | FC_CA_Other_BO_ | UNKNOWN AS THIS IS NOT A NATIONSTAR CODE |
| | FC_DLQTax_No_Requirement4 | FORECLOSURE - DELINQUENT TAXES - NO PAYMENT REQUIREMENT |
| 49 | FC_DLQ_Tax4 | FORECLOSURE - DELINQUENT TAXES |
| 52 | FC_Hold | FORECLOSURE HOLD |
| 54 | DDF | DYNAMIC DATA FORM |
| 55 | FC_CAPostNOD_NonGSE | SAME AS PAGE 42 |
| | FC_Referral_Checklist | FORECLOSURE R |
| | TSG | TRUSTEE SALE GUARANTEE |
| | AITNO_Vesting_client_response_FC | REQUEST FOR VESTING INFORMATION - PRE-FORECLOSURE ACTION |
| 57 | AINTO | ASSIGN TO - PRE-FORECLOSURE (ACTION IN THE NAME OF) |
| | VINO | VEST TITLE IN NAME OF |
| 59 | Bene | BENEFICIARY INFORMATION |
| 60 | FC_CFPB120day_Other | PRE-FORECLOSURE 120 DAY CFPB LETTER |
| 63 | DataPump-NewRefs | AUTOMATION - NEW REFERRAL |
| | FC_AITNO_Verification | VERIFICATION OF WHO'S NAME FORECLOSURE WILL BE IN |
| 64 | FC_Stop | FORECLOSURE STOP |
| | Processor Code 196 | |

8

## Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| | | | |
|---|---|---|---|
| 66 | AOM | ASSIGNMENT OF MORTGAGE | |
| 67 | FC_Proceed | FORECLOSURE PROCEED | |
| 69 | Hold/Go | FORECLOSURE HOLD / PROCEED | |
| 70 | CHBOR Complete BRP | CALIFORNIA HOMEOWNER BILL OF RIGHTS | BORROWER RESPONSE PACKAGE |
| 73 | DTAuto Proc | DATA AUTO PROCESS | |
| | BRP | BORROWER RESPONSE PACKAGE | |
| 151 | SR497CR-01 | SERVER NAME | |
| | "B" in Output Type | PRINT THE PAYMENT HISTORY | |
| 152 | CBLANCHA | USER = CRYSTAL BLANCHARD | |
| | CFM | INVESTOR CODE | |
| | INT PD TO | INTEREST PAID TO | |
| | P&I SHORT | SHORT PAYMENTS | |
| | CORP AD | CORPORATE ADVANCES | |
| | NBR | TRANSACTION NUMBER | |
| | CODE | ID # FOR THE DESCRIPTION | |
| | In "CODE" Column: 6226, 2526, 6050, 1950, 2576, 1325, 6031, 1931 | 6226-CORPORATE ADVANCE DISTRIBUTION, 2526-CORPORATE ADVANCE ADJUSTMENT, 6050-HOMEOWNERS INSURANCE DISBURSED, 1950-HAZARD INSURANCE ADVANCE, 2576-NON-CASH CORPORATE ADVANCE, 1325-SUSPENSE PAYMENT, 6031-COUNTY TAX DISBURSED, 1931-COUNTY TAX ADVANCE | |
| | S/F SC | SOURCE FUNDS = SYSTEM CHECK | |
| | S/F WR | SOURCE FUNDS = WIRE ADJUSTMENT | |
| | S/F AD | SOURCE FUNDS = ~~CORPORATE ADVANCE~~ | |
| | S/F LB | SOURCE FUNDS = LOCK BOX | |
| | SUSPENSE/CD | SUSPENSE ACCOUNT / CORPORATE DISBURSEMENTS | |
| | In "CD" column: -26, 26, 25 | TRANSACTION TYPE | |
| | 63SSFSL | PROPERTY INSPECTION FEE | |
| | 62NSMHO | VERIPRISE PROCESSING SOLUTIONS | |
| | TAR | | |
| 153 | In "CODE" Column: 2664, 1326, 9113, 2624, 0116, 1324, 2625, 1324 | 2664-NONCASH FEE ADJUSTMENT, 1326-CORPORATE ADVANCE, 9113-MISC. REVERSAL, 2624-FORBEARANCE ADJUSTMENT, 0116-PAYMENT FROM FORBEARANCE SUSPENSION, 1324-FORBEARANCE SUSPENSE, 2625-MISC. ADJUSTMENT | 1324-FORBEARANCE SUSPENSE |
| | S/F C | SOURCE FUNDS = CLEAR NON-CASH | |
| | S/F D | SOURCE FUNDS = DEFERRED | |
| | S/F CM | SOURCE FUNDS = CAPITALIZATION/MODIFICATION | |
| | S/F WC | SOURCE FUNDS = CURRENT FEE WAIVED | |

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

|  |  |  |
|---|---|---|
|  | In "CD" column: -R4 | PAYMENT FROM FORBEARANCE SUSPENSE |
|  | In MISC.PMTS column: -01 | NON CASH FEE ADJUSTMENT |
| 154 | In "CODE" column – 1919, 02, 10 | RECOVER ESCROW ADVANCE, PAYMENT, PAYMENT OF INTEREST ON ESCROW |
|  | In "CD" column - -24 | PAYMENT FROM FORBEARANCE SUSPENSE |
| 155 | In "CODE" column: 0116, 11 | PAYMENT FROM FORBEARANCE SUSPENSE, PRINCIPAL PAYMENT |
| 156 | In "CODE" column: 12, 9312, 9311, 2564, 2525, 9301 | INTEREST PAYMENT, REVERSAL OF FUNDS-MISCELLANEOUS, REVERSAL OF FUNDS-MISCELLANEOUS, NON CASH FEE ADJUSTMENT, MISCELLANEOUS ADJUSTMENT, REVERSAL OF FUNDS-MISCELLANEOUS |
|  | In "MISC.PMTS" column: 01 | FUNDS PLACED IN SUSPENSE ACCOUNT |
| 157 | In "CODE" column: 1993, 9302, 1499, 9310 | CORPORATE ADVANCE, REVERSAL OF FUNDS-MISCELLANEOUS, LATE CHARGES, REVERSAL OF FUNDS-MISCELLANEOUS |
|  | S/F LE | SOURCE FUNDS: ELECTRONIC LOCKBOX |
|  | ZZZZF | AUTOMATED NOTE |
|  | S/F CK | SOURCE FUNDS: CHECK |
|  | REF# I | INTEREST ESCROW CREDIT |
| 158 | In "CODE" column: 9313 | REVERSAL OF FUNDS - MISCELLANEOUS |
|  | In "CD" column: -R6 | REVERSAL OF FUNDS |
| 160 | In "CODE" column: 2624, 02, 6050 | FORBEARANCE ADJUSTMENT, PAYMENT, HAZARD INSURANCE DISBURSED |
| 161 | In "CODE" column: 11 | PRINCIPAL PAYMENT |
| 162 | In "CODE" column: 2524 | FORBEARANCE ADJUSTMENT |
| 191 | In "CODE" column: 2676 | CORPORATE ADVANCE NO CASH ADJUSTMENT |
| 196 | In "CODE" column: 2643, 19, 8103 | ESCROW ADJUSTMENT, ESCROW ADVANCE, NEW LOAN/NO CASH |
| 198 | ETSLN | LOAN NUMBER |
|  | ETSEQ | TRANSACTION NUMBER |
|  | ETSRFN | SOURCE FUNDS |
|  | ETBATC | BATCH NUMBER / TYPE |
|  | ETUSER | USER ID |
|  | YDATE_dt | DATE OF TRANSACTION |
|  | ETDATE_DT | EFFECTIVE DATE OF TRANSACTION |
|  | YTPE | TRANSACTION TYPE |
|  | YOVER | ++ ESCROW TRANSACTION |
|  | YPFREQ | ++ ADVANCE/SUSPENSE ACCOUNTED FOR / IMPACTED |
|  | ETIAMT | TRANSACTION AMOUNT |

## Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| | | |
|---|---|---|
| | YSUAM | SUSPENCE AMOUNT |
| | YDUDT | PAYMENT DUE FOR DATE |
| 198-213 | In "ETSFRN" column: SC, BT, WR, AD, LB, D, C, CM, WC, LE, CK, SW | ++ |
| | In "YTYPE" column: 01, 02, 11, 12, 13, 14, 15, 19, 24, 25, 26, 60, 62, 64, 81, 93, 94 | 01,02,11,12,13,14,15 = GENERAL ESCROW DEPOSIT<br>19,24,25,26 = PAY TOWARDS ESCROW SHORTAGE<br>++ |
| | In "YOVER" column: 01, 02, 03, 10, 11, 12, 13, 16, 19, 24, 25, 26, 30, 31, 43, 50, 64, 76, 93, 99 | ++ |
| | In "YPFREQ" column: E2, FC, LG, 2F, 2K, 2I, 2R, 2U, 2S, 2Y, 2V, 2W, | ++ |
| 211 | NL90913A, NLSFEESR, MISOPPS | BATCH NUMBER / TYPE |
| 1004 | Total UFFs/Partial | TOTAL UP FRONT FUNDS / MONEY IN SUSPENSE |
| | Partial Fees | MONEY IN SUSPENS |
| | RFD | REASON FOR DEFAULT |
| 1226 | VOI | VERIFICATION OF INCOME |
| | LMF | LOSS MITIGATION FINANCIALS |
| | NPV Fail | NPV TEST FAILED |
| | No template NPV Fail | NO NPV TEST WAS APPLIED |
| | No trial | NO TRIAL PAYMENT PLAN |
| | Aged/HOA statement | HOA STATEMENT IS OLDER THAN GUIDELINES ALLOW |
| | Aged Hardship letter/UT bill | HARDSHIP LETTER & UTILITY BILL ARE OLDER THAN GUIDELINES ALLOW |
| 1362 | VOI | VERIFICATION OF INCOME |
| | UMII | ROB CARLSON (UNDERWRITING MODIFICATION) |
| | xception | EXCEPTION |
| 1363 | Clear partial | ALL SUSPENSE FUNDS HAVE BEEN APPLIED |
| | Na-no doc | NOT APPLICABLE - NO DOCUMENTATION |
| 1364 | QWR | QUALIFIED WRITTEN REQUEST |
| | Reg Ag | REGULAR AGGREGATE CALCULATOR |
| 1368 | Aged LMF | LOSS MITIGATION FINANCIALS ARE OLDER THAN GUIDELINES ALLOW |
| | Aged UT | UTILITY BILL IS OLDER THAN GUIDELINES ALLOW |
| | No VOI Stamp | NO VERIFICATION OF INCOME STAMP |

++ = NON-STANDARD DOCUMENTATION AND CODING. VERIFYING MEANING WITH AUTHOR AND WILL UPDATE "EXH. A" ONCE VERIFIED.

11

## Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| | | |
|---|---|---|
| 1763 | Aged LMF | LOSS MITIGATION FINANCIALS ARE OLDER THAN GUIDELINES ALLOW |
| | PTI | PAYMENT TO INCOME |
| 1768 | Reg AB | SEC MODIFICATION REGULATION AB |
| 2008 | OOAPA | BILLING CODE FOR "PROPERTY INSPECTIONS" |
| 2061 | .78 Under accont status | 60-89 DAYS PAST DUE |
| | D, B, 1, 2, 3, 4, under Account History | NO PAYMENT HISTORY AVAILABLE D= ~~120 DAYS DELINQUENT~~, B= NEW LOAN 1= 30 DAYS DELINQ., 2= 60 DAYS DELINQ., 3= 90 DAYS DELINQ., 4= 120 DAYS DELINQ. |
| 2062 | #1 under "Image Access Indicators" | SUPPORTING DOCUMENTATION ATTACHED |
| | Associated Images | INDICATES IF SUPPORTING DOCUMENTATION IS ATTACHED |
| 2065 | 106, 107 under "dispute code" | SEE TEXT FOLLOWING "106:" & "107:" |
| | 82, 80 under "account status" | 120-149 DAYS PAST DUE / 90-119 DAYS PAST DUE |
| | 4 under "pay rate" | 120-149 DAYS DELINQUENT |
| 2069 | "FCRA Relevant Information" | FAIR CREDIT REPORTING ACT RELEVANT INFORMATION |
| | CURR ACCT | CURRENT ACCOUNT |
| | ACT, DT 02/04/15 | ACTION DATE: FEBRUARY 4, 2015 |
| 2089 | CCC | COMPLIANCE CONDITION CODES |
| | XB | ACCOUNT DISPUTED BY CUSTOMER |
| 2322 | "1" under LCCODE | THE GREATER OF $ AND % OF TOTAL PAYMENT |
| | "5" under LCFCTR | % OR AMOUNT OF LATE CHARGE |
| | "15" under GRACDY | GRACE DAYS |
| 2331 | WARNCD "4" | WORKOUT / PAYMENT PLAN |
| | LKOTCD "2" | WORKOUT PENDING |
| | CLSDCD "6" | SERVICING SOLD OR TRANSFERRED |
| 2351 | In "Description," 55 | WORKOUT PENDING / PLACE PAYMENTS IN SUSPENSE |
| 5953 | MT2A | METRO II ACCOUNT STATUS UPDATED FOR REPORTING |
| 5954 | ASRV | ACCOUNT SERVICES REVIEWED THE ACCOUNT |
| | CWRC | CHECK / WIRE REQUEST COMPLETED |
| | PICK UP | CHECK WAS PHYSICALLY PICKED-UP |
| | PSAD | PREVIOUS SERVICE ADJUSTMENT COMPLETED IN TRANSACTION HISTORY |
| | LRVW | LOAN REVIEWED BY MANAGER |

12

Castillo v. Nationstar – Records 30(b)(6) Notice – Exh. A

| | | |
|---|---|---|
| 5955 | ASCG | ACCOUNT SERVICES REVIEWED LOAN PER CONTROL LOG |
| | CALG | RECOVERY ACCOUNT TRANSACTION |
| | MHALL | ✱ MORGAN HALL |
| | D045 | SPECIAL LOAN TEAM REQUEST MOD QUALITY CONTROL |
| | BWRV | ONBOARD WAIVER OF CLAIMS REVIEW COMPLETE |
| 5956 | MDAP | SPECIAL LOAN TEAM AUDIT RESULT |
| | AMAI | ALIZAE MAE |
| | KBRUBAKER | KRIS BRUBAKER |
| | CED4 | RECOVERY ACCOUNT TRANSACTION |
| | AS10 | NEW 1098 NEEDED DUE TO CORRECTION |
| 5957 | CRVO | CREDIT RISK VALUE ORDERED |
| | | |
| | | |
| | | |
| | | |