## Summary of Communications – *Castillo I* litigants, Internal BANA, BANA  Nationstar

| Date | From (notes primary sender; may note cc:) | To (notes primary recipient, may note others or cc:) | Content Summary / quote | Cite (Exhibit / Page Number) |
|---|---|---|---|---|
| 11/9/12 | Keller | Castillos' Counsel ("Castillos") | Bank of America proposes modification offer, with approximate terms; notes BANA will need to repurchase loan to accomplish. | Exh. 3 at 1 |
| 11/13/12 | Letcher | Keller | Questions about terms, and whether modification is offered as settlement or mitigation of damages | Exh. 3 at 4-5 |
| 11/15/12 | Keller | Castillos | Modification not offered as full settlement.  It is ""presented in order to provide the Castillos with a modification plan that resolves the inconsistencies apparent in the initial plan, namely, between the loan mod agreement and the addendum, as well as on some additionally revised terms, starting with the balance-out for accrued fees and charges, interest rates, and so forth." | Exh. 3 at 4 |
| 11/19/12 | Keller | Castillos | Responds to questions about proposed terms;  "While this proposed modification could be described as mirroring a HAMP mod in some respects, the bank does not look at it that way but, rather, simply as a unique in-house mod designed specifically in order to honor the Castillos' 2010 modification as closely as possible, while eating up fees and so forth due to servicing error and the earlier mod's inoperability." | Exh. 3 at 9-10 |
| 11/19/12 | Letcher | Keller | Notes need to review accounting as, for example, Castillos have paid their own taxes with one brief exception | Exh. 3 at 8 |
| 11/20/12 | Keller | Castillos | Requests proof of tax payments | Exh. 3 at 8 |
| 3/25/13 | Keller | Letcher | Notes Castillos accept terms of proposed modification | Exh. 3 at 12 |

| | | | | |
|---|---|---|---|---|
| 4/4/13 | Internal Bank of America emails | | Request to repurchase loan | Exh. 17 at 22 |
| 4/9/13 | Internal BANA | | Loan cannot be repurchased | Exh. 17 at 22 |
| 4/19/13 | Letcher | Keller | Checking progress of modification | Exh. 3 at 13-14 |
| 4/19/13 | Keller | Castillos | "it appears we will have a clearer picture in the next week, as it has been with the repurchase team" | Exh. 3 at 13 |
| 4/22/13 | Internal BANA | | Loan can be modified but must step interest rate back up to original rate | Exh. 17 at 21 |
| 4/23/13 | Internal BANA | | Confirming no forbearance, balloon payment, or forgiveness, no term extension possible<br><br>Forgiveness of $47k or so included | Exh. 17 at 21 |
| 4/23/13 | Internal BANA | | Forgiveness represents delinquent interest from 2010 to Nov. 2012 | Exh. 17 at 20. |
| 4/23/13 | Internal BANA | | Notes "Straight to Perm (previously offered a perm mod and declined it incorrectly"<br><br>Do a "mock mod and NVP (NPV just for reg AB purposes since we are not following anyway) | Exh. 17 at 19 |
| 4/23/13 | Internal BANA | | Will run analysis once book loss approved | Exh. 17 at 18 |
| 4/23/13 | Internal BANA | | "Concerns:<br>• Borrower approved for modification (3-5% step, first payment 9.1.2010) attached<br>• 10.20.2010; MFA modification reversal due to mod addendum conflict<br>• 02.15.2011;  Reviewed for in house modification and declined for having 2 modifications in 1 year<br>  - The negotiator was [taking] into account the modification (940 code) that was reversed | Exh. 17 at 17 |

2

| | | | -- Borrower did not have 2 modifications in 1 year<br>• Bank continued ot accept the borrowers modification payment from 9.2010 to 2.2012.<br>Borrower income same or better since modification.  My thought around this is we need to offer a new modification to the borrower and Book loss for intrest/fees since 9.2010, and fix credit.   Also should not ask for any new financials or trail [sic] payment the borrower. [sic]" | |
|---|---|---|---|---|
| 4/23/13 | Internal BANA | | AVP asked for exceptions, including<br>"1.  No VOI validated income…<br>3.   Aged Hardship letter<br>6.   Aged LMF 7/2/2010<br>10.   PTI below 31% | Exh. 17 at 16 |
| 5/1/13 | Letcher | Keller | Checking progress of modification | Exh. 3 at 13 |
| 5/1/13 | Keller | Castillos | Still with repurchase team | Exh. 3 at 13 |
| 5/8/13 | Keller | Castillos | Loan cannot be repurchased;   loan must be modified within investor guidelines.<br><br>Discusses past due amounts ($160K in May, 2013;  $147K in November, 2012;  $100K with forgiveness of interest from September 2010 modification.<br><br>Notes other restrictions and requirements. | Exh. 3 at 16-17 |
| 5/9/13 | Letcher | Keller | Requests copy of investor restrictions | Exh. 3 at 16 |
| 5/9/13 | Keller | Castillos | Still "making some progress" with the modification | Exh. 3 at 15 |
| 5/9/13 | Letcher | Keller | Seeks clarification that arrears to 2010 are $100K, since then $60K<br><br>Unpaid principal balance after forgiveness of interest is $702K | Exh. 3 at 20 |
| 5/9/13 | Keller | Castillos | Confirming understanding | Exh. 3 at 20 |

| 5/20/13 | Letcher | Keller | Attaches loan modification offer and cover letter received by Castillos.  Question about balance and escrow because no escrow mentioned | Exh. 3 at 22-28 |
|---|---|---|---|---|
| 5/20/13 | Keller | Letcher | Keller will get explanation | Exh. 3 at 29 |
| 5/24/13 | Keller | Castillos | Explains terms:  monthly payment of $4901.47;  principal balance of $657,162 | Exh. 3 at 33-34 |
| 5/28/13 | Letcher | Keller | "completely confused" by escrow – not clear if $669 escrow payment includes shortage;  why not recapitalized? | Exh. 3 at 32 |
| 5/28/13 | Keller | Castillos | Noting cover letter incorrect.<br><br>Payment for first three months of $3,005 for principal and interest | Exh. 3 at 31-32 |
| 5/28/13 | Letcher | Keller | Please clarify escrow charges for May 2013 offer | Exh. 3 at 31 |
| 6/4/13 | Keller | Castillos | "Let me frankly sum up where we are now on this side – due to investor restrictions which cannot be altered, there can be little change to the modification itself.  Therefore, as to forgiveness, any settlement will need to be in the form of cash payment from Bank of America, N.A. to the Castillos, which the Castilllos can of course then turn around and pay back into the loan to reduce principal – effectively achieving the forgiveness and other results sought" | Exh. 3 at 36-37 |
| 6/4/13 | Letcher | Keller | Expressing concern with high monthly payment and possible tax liability.<br><br>Suggesting that Bank of America pay down the principal and then modify to achieve same result | Exh. 3 at 36 |
| 8/12/13 | Singerman | Keller | Seeking update on modification | Exh. 3 at 39-40 |
| 8/12/13 | Keller | Singerman | Bank modification department is "running a mock mod to look at payment estimates after what will be a proposed reduction." Notes hat "there is a rush on this so working it up as quickly as | Exh. 3 at 39 |

4

| | | | | |
|---|---|---|---|---|
| | | | possible." | |
| 8/13/13 | Keller | Letcher | Grid with payment terms;  escrow of $712.06;  payment of $3,087.38 for first three years | Exh. 3 at 42 |
| 8/13/13 | Keller | Letcher | Attaching "prior mods (re only payments schedule) as well as run-throughs as they are working on the proposed calculations for this mod, in these an application of an amount of $150,000 paid in (in addition to $60,000) | Exh. 3 at 45 |
| | | | Attachment 1 "Castillo 2010 Mod.pdf" | Exh. 3 at 47-48 |
| | | | Attachment 2 "2012 Mod.pdf" | Exh. 3 at 49-50 |
| | | | Attachment 3 "Castillo 2013 Mod.pdf" | Exh. 3 at 51 |
| | | | Attachment 4 "Castillo Mock-Up Mods.pdf" | Exh. 3 at 52-53 |
| 8/13/13 | Letcher | Keller | Asks if escrow amount includes shortage | Exh. 3 at 55-56 |
| 8/13/13 | Keller | Letcher | Escrow payment of includes shortage spread over five years | Exh. 3 at 55 |
| 8/21/13 | Keller | Letcher | "I did want to at least confirm the settlement in principal while ironing out related details, as the mod group has confirmed it is already starting on the modification immediately, with an effective date of October 1, 2013.  And those terms being, (1) $150,000 principal forgiveness by the bank, (2) in addition to the $60,000 fees and interest forgiveness, an additional $8,695.22 forgiveness for the intended result that fees and interest are forgiven from September 2010 though the month of September 20, 2013, (3) $[REDACTED] payment to the Castillos through counsel, (4) modification as attached, including the previous revisions, with payment schedule terms effective October 1, 2013 (e.g., the attached mock-up did *not* reflect the added 6 mnth [sic] fee & interest forgiveness…" | Exh. 3 at 58 |
| 9/4/13 | Letcher | Keller | Attaching September mortgage statement | Exh. 3 at 61 |
| 9/4/13 | Keller | Castillos | Keller received confirmation that the permanent loan modification had been approved by BANA, but service | Exh. 3 at 61 |

5

| | | | transfer occurred simultaneously.  "As already discussed many times with BANA, BANA has indicated that new servicer Nationstar still has to honor the perm modification given the confirmed approval under BANA."<br><br>Keller will be communicating with Nationstar through Bank of America<br><br>Numbers in statement may not "match up" | |
|---|---|---|---|---|
| 9/14/13 | BANA/Llewelyn | Nationstar representatives; cc: BANA | "BANA approved a permanent loan modification as part of a tentative settlement of the litigation on this loan just prior to the service release date. A copy of the permanent loan modification offer is attached. I'm writing to confirm that Nationstar will honor this permanent loan modification, once it is fully executed?...Can you please confirm that Nationstar will honor this loan modification…"<br><br>Attaching modification agreement | Exh. 16 at 1 |
| 9/16/13 | NS | Keller/ Llewellyn | Nationstar received complaint from Castillos | Exh. 16 at 31 |
| 9/16/13 | Keller | NS | Communication should go through counsel<br>Asks if can confirm Nationstar will honor modificaton | Exh. 16 at 31 |
| 9/16/13 | Keller | NS/Kvello | Llewellyn requests if Nationstar will honor | Exh. 16 at 30 |
| 9/16/13 | Kvello | BANA | ""If the modificaiton approval has already been sent to the borrower, we will have to honor.  Has the borrower accepted and signed?"" | Exh. 16 at 36 |
| 9/16/13 | BANA | Kvello | "we wanted to confirm with Nationstar that it will honor the modification *before* sending the permanent loan modification agreement to opposing counsel and obtaining borrower's signature (because, especially in light of the allegations in this litigation, we cannot be in a position where we offer the | Exh. 16 at 35 |

6

| | | | | |
|---|---|---|---|---|
| | | | permanent loan modification and then Nationstar won't honor it –that situation would only increase liability for everyone involved, thus we seek to avoid such a situation).'' | |
| 9/17/13 | Kvello | BANA | "I have forwarded it to our loan mod department for implementation" | Exh. 16 at 35 |
| 9/17/13 | Keller | Castillos | Noting modification is prepared, and Bank of America has communicated in advance with Nationstar "for implementation purposes." | Exh. 3 at 63 |
| 923/13 | Letcher | Keller | Checking on status of modification; agreed on settlement terms in August, need to resolve in order to "hold off on further litigation of this matter" | Exh. 3 at 65 |
| 9/23/13 | Keller | Castillos | "BANA has been following through with Nationstar closing the loop for processing the modification with Nationstar's loan mod department for ultimate implementation." | Exh. 3 at 65 |
| 10/1/13 | Keller | NS/Kvello | Following up | Exh. 16 at 34 |
| 10/2/13 | NS/Kvello | Keller | Requests copy of modification; Keller sends | Exh. 16 at 23 |
| 10/2/13 | NS/Kvello | Keller | Asks if modification was executed | Exh. 16 at 38 |
| 10/2/13 | Keller | NS/Kvello | Not executed - repeats 9/16/13 | Exh. 16 at 38 |
| 10/2/13 | Kvello | Keller | "Per our loan mod department, we should be able to honor these terms." | Exh. 16 at 38 |
| 10/2/13 | BANA | Kvello | Questions re: logistics – modification on BANA or Nationstar agreement? | Exh. 16 at 43 |
| 10/3/13 | Keller | Letcher | Nationstar informed BANA that Nationstar is "redrawing the docs under Nationstar's name for execution." | Exh. 3 at 69 |
| 10/3/13 | NS/Kvello | BANA | "I have my team working on redrawing the docs under Nationstar's name for execution. Once this is done, we can send to<br>you t o sen d t o counse I or sen d 1't ou t ourse Iv es, w h1' c hever you prefer." | Exh. 3 at 43-43 |

7

| 10/8/13 | Keller | NS/Kvello | Following up on status | Exh. 16 at 42 |
|---|---|---|---|---|
| 10/9/13 | Letcher | Keller | Seeking update | Exh. 3 at 68 |
| 10/10/13 | Keller | NS/Kvello | Following up | Exh. 16 at 42 |
| 10/10/13 | Keller | Castillos | Keller is following up | Exh. 3 at 68 |
| 10/16/13 | Singerman | Keller | Seeking update before hearing | Exh. 3 at 71 |
| 10/16/13 | Keller | Castillos | Keller has been checking twice a week but has no update. | Exh. 3 at 71 |
| 10/18/13 | BANA | NS/Kvello | Following up on status; noting pressure from Court and opposing counsel | Exh. 16 at 41 |
| 10/24/13 | Kvello | BANA | "If the borrower signs the attached BANA mod docs, we will onor the mod and book it", attaching May, 2013 modification | Exh. 16 at 41; Attachent 44- |
| 10/24/13 | Keller | Kvello | Wrong modification;  please confirm that will sign August 2013 modification, attached | Exh. 16 at 56 |
| 10/24/13 | Kvello | Keller | "If borrower executes this one, Nationstar will honor." | Exh. 16 p. 58 |
| 10/24/13 | Keller | Castillos | Attaching modification.<br><br>Notes that Modification remains on BANA letterhead, but Nationstar will "honor and implement" | Exh. 3 at 73-113 |
| 10/24/13 | Keller | Castillos | Questions about details of finalizing modification (payment dates and address, with Keller conveying responses from Nationstar | Exh. 3 at 119-115 |
| 10/24/13 | Keller | NS/Kvello | Keller directs questions to Kvello, who answers | Exh. 16 at 60, 62-64 |
| 11/1/13 | Kelller | NS/Kvello | Executed modification information sent to Nationstar; delivery confirmation | Exh. 16 at 67 |
| 11/14/13 | Keller | NS/Kvello | Requests copy of countersigned modification | Exh. 16 at 69 |
| 11/20/13 | Keller | NS/Kvello | Requests countersigned modification | Exh. 16 at 71 |
| 11/22/13 | Kvello | Keller | "Please contat bana/litigation@nationstarmail.com to check on | Exh. 16 at 73 |

8

| | | | this." | |
|---|---|---|---|---|
| 11/22/13 | BANA | Bana.litigation @nationstarmail | Requests countersigned modification | Exh. 16 at 75 |
| 12/4/13 | Bana.litigation @nationstarmail | BANA | Checking with mod group | Exh. 16 at 98-99 |
| 12/4/13 | BANA | Bana.litigation @nationstar | Requests copy of countersigned modificaton | Exh. 16 at 97-98 |
| 12/5/13 | Bana.litigation @nationstarmail | BANA | Nationstar does not have executed modification, only blank May 2013 modification. | Exh. 16 at 90 Attachment 91-95 |
| 12/5/13 | BANA | Kvello | "The modification you attached is an old modification, and not the one that was most recently offered to the plaintiffs in order to settle this litigation, that plaintiffs accepted, and that Nationstar agreed to honor. [¶] BANA confirmed several times with Nationstar that the borrowers were accepting the attached permanent modification; Nationstar confirmed that it would honor the attached permanent modification; the signed permanent modification agreement was sent to Nationstar (we provided tracking info and delivery confirmation); and we have since requested multiple times confirmation from Nationstar that the mod has been implemented and requested a signed copy. I have attached correspondence documenting all of this." | Exh. 16 at 89 |
| 12/5/13 | Keller | Castillos | "Elizabeth, you will recall my mentioning that, after waiting several weeks for Nationstar to issue the modification on "Nationstar paper" for execution, Nationstar finally just forwarded the BANA-issued May 10, 2013 modification and said that it was acceptable as is for the Castillos' execution. We corrected them that it was the wrong mod, forwarded (again) the correct September 2013 modification, Nationstar simply instructed to then have that modification on BANA paper executed for them to implement, and thus I finally sent it | Exh. 3 at 124 |

9

| | | | over to you, etc. It now appears that the Nationstar mod department system shows only the unsigned May 10, 2013 modification; while I have a blank copy of the correct one, I want to forward the actual modification that the Castillos signed and sent in, so at least we over here are all working off the actual submitted document with them at Nationstar, to keep them moving along asap. | |
|---|---|---|---|---|
| 12/5/13 | Keller | NS/Kvello | Attaches copy of executed modification | Exh. 16 at 77 |
| 12/9/13 | NS/Zimerman | NS/Grimm | Please implement the attached modification | Exh. 16 at 109 |
| 12/9/16 | NS/Grimm | NS/Zimmerman | Cannot locate signed version.  "The borrowers will need to have them signed and notarized and returned to Nationstar before we can honor." | Exh. 16 at 109 |
| 12/9/13 | NS/Zimmerman | BANA | Advising Nationsta does not have copy, please have the borrower sign the modification | Exh. 16 at 108-09 |
| 12/9/13 | BANA | NS | Executed modification sent October 30, 2013 is attached | Exh. 16 at 108 |
| 12/9/16 | NS/Zimmerman | BANA | "I have sent this to my contact and she will get this mod implemented.  I will provide you with the executed copy as soon as I can." | Exh. 16 at 107 |
| 12/11/16 | Keller | NS | Checking on status | Exh. 16 at 107 |
| 12/11/13 | NS/Zimmerman | Keller | "The account has been notated that the workout is pending, the mod should be implemented soon, as far as the executed copy goes Nationstar is simply honoring this mod from BANA so in this instance Nationstar doesn't need to execute only BANA". | Exh. 16 at 106 |
| 12/11/13 | BANA | NS | Can Nationstar execute? | Exh. 16 at 106 |
| 12/11/13 | NS | BANA | Checking with mod group | Exh. 16 at 103 |
| 12/11/13 | BANA | NS | Nationstar has power of attorney to sign modificaton for BANA for in-flight mods;  attaches power of attorney | Exh. 16 at 103 105 |
| 12/12/13 | NS | BANA | "Yes this is very helpful actually.  I have contacted the | Exh. 16 at 112 |

10

|  |  |  | modification person assigned to this matter about who I need to get to execute the mod so once I find that out I will provide that person with a copy of the POA and get it executed." | 113 |
|---|---|---|---|---|
| 12/12/13 | NS | BANA | "as soon as I get the modification executed I will send to you as soon as I can" | Exh. 16 at 112 |
| 12/17/13 | NS/Zimmerman | BANA | Asks for "the approval and terms sheet for this borrower's mod as this is the only thing needed in order to get this mod booked." | Exh. 16 at 115 |
| 12/18/13 | Keller | NS | Urgently requesting executed copy, must explain situation in court hearing and have it for final steps in concluding litigation settlement | Exh. 16 at 117 |
| 12/18/13 | NS | Keller | "George, Please be advised that this mod has been booked and I'm just waiting for the fully executed copy." | Exh. 16 at 117 |
| 12/18/13 | Keller | NS | Attaches signed agreement and 8/13/13 modification analysis. "As you mentioned that the od was booked in today's earlier email, I am not sure if these were still needed or, if anything else needs to be provided. | Exh. 16 at 120<br><br>Analysis at 132 |
| 12/18/13 | NS | Keller | Attaching fully executed modification | Exh. 16 at 135 |

11