| ACCT# | SACTCD | SCTNBR | SEQNBR | TEXT | COMMENTDT |
|---|---|---|---|---|---|
| 872290897 | CUSTSR | 95 | 1 | .SECTION-00095 | 6/12/2001 |
| 872290897 | CUSTSR | 95 | 2 | .DT-010612 NBKUV2C | 6/12/2001 |
| 872290897 | CUSTSR | 95 | 3 | CHECK AMOUNT:    1656.71 | 6/12/2001 |
| 872290897 | CUSTSR | 95 | 4 | CHECK DATE:     20120104 | 6/12/2001 |
| 872290897 | CUSTSR | 95 | 5 | CHECK NUMBER:   1036263 | 6/12/2001 |
| 872290897 | CUSTSR | 95 | 6 | REASON:      PARTIAL PAYMENT RETURN | 6/12/2001 |
| 872290897 | CUSTSR | 95 | 7 | RECORD ADDED TO BOTH CFC@EPS & CFC@CUSTSR MEMBERS | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 1 | .SECTION-00132 | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 2 | .DT-010612 NBKUV2C | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 3 | CHECK AMOUNT:    1656.71 | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 4 | CHECK DATE:     20120104 | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 5 | CHECK NUMBER:   1036263 | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 6 | REASON:      PARTIAL PAYMENT RETURN | 6/12/2001 |
| 872290897 | LNLOMI | 132 | 7 | RECORD ADDED TO BOTH CFC@EPS & CFC@LNLOMI MEMBERS | 6/12/2001 |
| 872290897 | CUSTSR | 96 | 1 | .SECTION-00096 | 2/12/2002 |
| 872290897 | CUSTSR | 96 | 2 | .DT-020212 NBKUV2C | 2/12/2002 |
| 872290897 | CUSTSR | 96 | 3 | CHECK AMOUNT:    1656.71 | 2/12/2002 |
| 872290897 | CUSTSR | 96 | 4 | CHECK DATE:     20120201 | 2/12/2002 |
| 872290897 | CUSTSR | 96 | 5 | CHECK NUMBER:   1144026 | 2/12/2002 |
| 872290897 | CUSTSR | 96 | 6 | REASON:      PARTIAL PAYMENT RETURN | 2/12/2002 |
| 872290897 | CUSTSR | 96 | 7 | RECORD ADDED TO BOTH CFC@EPS & CFC@CUSTSR MEMBERS | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 1 | .SECTION-00133 | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 2 | .DT-020212 NBKUV2C | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 3 | CHECK AMOUNT:    1656.71 | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 4 | CHECK DATE:     20120201 | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 5 | CHECK NUMBER:   1144026 | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 6 | REASON:      PARTIAL PAYMENT RETURN | 2/12/2002 |
| 872290897 | LNLOMI | 133 | 7 | RECORD ADDED TO BOTH CFC@EPS & CFC@LNLOMI MEMBERS | 2/12/2002 |
| 872290897 | CUSTSR | 97 | 1 | .SECTION-00097 | 8/12/2003 |
| 872290897 | CUSTSR | 97 | 2 | .DT-030812 NBKUV2C | 8/12/2003 |
| 872290897 | CUSTSR | 97 | 3 | CHECK AMOUNT:    1656.71 | 8/12/2003 |
| 872290897 | CUSTSR | 97 | 4 | CHECK DATE:     20120306 | 8/12/2003 |
| 872290897 | CUSTSR | 97 | 5 | CHECK NUMBER:   1290000 | 8/12/2003 |
| 872290897 | CUSTSR | 97 | 6 | REASON:      PARTIAL PAYMENT RETURN | 8/12/2003 |
| 872290897 | CUSTSR | 97 | 7 | RECORD ADDED TO BOTH CFC@EPS & CFC@CUSTSR MEMBERS | 8/12/2003 |
| 872290897 | LNLOMI | 138 | 1 | .SECTION-00138 | 8/12/2003 |

| | | | | | |
|---|---|---|---|---|---|
| 872290897 | LNLOMI | 394 | 7 | closing. | 5/16/2013 |
| 872290897 | LNLOMI | 394 | 8 | HMSAVR>>> Darwin Muniz / Ext: 598-9999 | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 1 | ==Exception: Following terms of previous perm mod of== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 2 | ==fer Partial balance of $218 782.32 Negative Capita== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 3 | ==lization of ($90 655.21) No MHA decline VOI 07/201== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 4 | ==0; Not verified in LMF  no template NPV Fail; Not== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 5 | ==following NPV Straight to perm  no trial Aged/HOA== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 6 | ==statement does not match LMF Aged Hardship letter/== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 7 | ==UT bill -  Approved via Legal - RCarlson== | 5/16/2013 |
| 872290897 | LNLOMI | 395 | 8 | HMSAVR>>> Rob Carlson / Ext: 598-9999 | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 1 | ****DSCR Loan Modification Audit Received*****Assi | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 2 | gned auditor:  CTang*Investor:Wells Farfo / Limite | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 3 | d/ 7021933/Cant perm reduce interest rate*Negotiat | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 4 | or:Susana De Cordova*Next Step: Auditor to review | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 5 | file.  ********DSCR QA 2nd Review Request*******Da | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 6 | te file Audited:  8/30/13*Auditor: Christine Tang* | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 7 | Date submitted for 2nd Look review:8/30/13*TT: 24 | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 8 | Hours* | 5/16/2013 |
| 872290897 | LNLOMI | 396 | 9 | HMSAVR>>> Christine Tang / Ext: 598-7912 | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 1 | *** REG AB / DSCR-SUBMIT FOR MOD QA REVIEW*** *Inv | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 10 | Uploaded Analysis if applicable: Y | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 11 | HMSAVR>>> Daniel Larriva / Ext: 0-9999 | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 2 | estor Name: Wells *Inv Delegation: Limited*Inv. Ap | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 3 | proval needed: N/A*Inv approval received and attac | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 4 | hed for QA:N/A*Date Inv approval received:N/A*MI C | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 5 | overage:N/A*MI Approval needed:N/A*MI Approval Rec | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 6 | eived:N/A*Received signed analysis from management | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 7 | :Y*Mngmnt signature  date and printed name of appr | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 8 | oving manager on analysis:Y*Received signed cover | 5/16/2013 |
| 872290897 | LNLOMI | 397 | 9 | sheet for QA:Y*Copy of CSAD uploaded to IPORTAL:Y* | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 1 | *****DSCR QA Loan Modification Audit Completed**** | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 10 | HMSAVR>>> Christine Tang / Ext: 598-7912 | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 2 | ***Loan Modification Audit:  Pass*Special Handling | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 3 | /Rush..Per UMII noted follow previous mod term. *A | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 4 | uditor:  Christine Tang- Previous mod term was off | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 5 | ered step 2% 3%  3.125& and back to ARM.*Investor: | 5/16/2013 |
| 872290897 | LNLOMI | 398 | 6 | Wells fargo / Limited/ 7021933*Name of highest le | 5/16/2013 |