

February 20, 2015

William E. Kennedy
Consumer Law Office of William W. Kennedy
2797 Park Avenue, Suite 201
Santa Clara, CA 95050

RE:   Nationstar Reference Number – NSM-12-14-88454
      Mortgagors – Jason S. Castillo and Jennifer Castillo
      Property Address – 920 Via Vivaldi, Morgan Hill, CA 95037
      Loan Number – 0614812790

Dear William E. Kennedy:

Nationstar Mortgage LLC (Nationstar) is in receipt of your correspondence, dated December 15, 2014, and January 23, 2015, regarding the mortgage loan account described above. We appreciate you bringing this to our attention, as we take all matters such as this seriously.

We have conducted an investigation and corrected the error asserted within the received correspondence. Our records indicate your clients were approved for a modification prior to the loan transfer from Bank of America to Nationstar. We have enclosed a copy of this Modification Agreement for your records. According to your correspondence, you mentioned the Escrow Advances should have been included with the modification.

In researching the account further, we show the modification was applied towards the account in December 2013. Per the Escrow Analysis ran on May 2014, this showed the Escrow Advances that carried over from the prior servicer did not get modified as the Agreement stated it should. A request was placed on the account to rebook the modification according to the terms of the Modification Agreement, which now included the Escrow Advances being added into the Unpaid Principal Balance. We have enclosed a copy of the Nationstar Payment History that shows this reversal and reapplication. We apologize for any inconveniences that this may have caused. The effective date of the correction is February 18, 2015.

During the investigation, Nationstar found multiple errors that were from the result of the error referenced above. A new Escrow Analysis was ran effective January 1, 2015. Per this updated Escrow Analysis, there was an Escrow Surplus in the amount of $9,650.96. This will be refunded to the borrower under a separate correspondence.

Additionally to the Escrow Analysis being updated, any late fees that were caused by this error have been removed. The following fees have been removed below. We have enclosed a copy of the Payment History, which addresses the transactions referenced. Please also note that the legal fees will be waived as well. We apologize for any inconveniences that this may have caused. The date of correction for the late fees being waived is February 20, 2015.

- Transaction 701 on January 16, 2015 = $116.74
- Transaction 699 on December 16, 2014 = $116.74
- Transaction 697 on November 17, 2014 = $116.74
- Transaction 692 on October 17, 2014 = $116.74

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

www.NationstarMtg.com
NER003






- Transaction 689 on September 16, 2014 = $116.74
- Transaction 688 on August 18, 2014 = $116.74
- Transaction 683 on June 16, 2014 = $32.23

You have the right to access the documents relied upon in this investigation. We have included those documents for your records.

- Modification Agreement
- Payment History
- Escrow Analysis
- Updated Escrow Analysis

As of the date of this correspondence, the account is approximately six payments delinquent and contractually due for the September 1, 2014 monthly installment. Should you have any questions regarding the status of the loan, you may contact Kristy Sonomura, the assigned Single Point of Contact (SPOC) using the contact information listed below.

Single Point of Contact
Name: Kristy Sonomura
Department Number: 480.467.0010

Should you have any general questions other than those referenced in your correspondence, please contact:

Loss Mitigation Department
Monday through Thursday, 7 a.m. to 10 p.m. Central
Friday, 7 a.m. to 8 p.m. Central
Toll-free Number: 888.850.9398

If you have any questions regarding this correspondence, please contact me directly.

Sincerely,

Derek Savells
Customer Relations Specialist
Nationstar Mortgage LLC
Post Office Box 630348
Irving, TX 75063
Phone: 480.467.0830
E-mail: Derek.Savells@nationstarmail.com

Enclosures 4
By United States Postal Service

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*



www.NationstarMtg.com
NER003