Page 1

```
            UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
JENNIFER CASTILLO and      )
JASON CASTILLO,            )
                           )
        Plaintiffs,        )
                           )
v.                         )  Case No. 5:15-cv-01743-BLF
                           )
NATIONSTAR MORTGAGE LLC,   )
WELLS FARGO BANK, NATIONAL )
ASSOCIATION, AS TRUSTEE    )
FOR BANC OF AMERICA        )
MORTGAGE SECURITIES, INC.  )
MORTGAGE PASS-THROUGH      )
CERTIFICATES, SERIES       )
2006-A and DOES 1 through  )
100 inclusive,             )
                           )
        Defendants.        )
_____)
```

                ORAL AND VIDEOTAPED DEPOSITION OF
                         KELSEY GRIMM
                  THURSDAY, OCTOBER 29, 2015
                         IRVING, TEXAS


REPORTED BY: JAMIE PRINCE HESS

Page 126

1  Q. Is there a record that shows how much is in an
2  account's unapplied funds at any one time?
3  A. Yes.
4  Q. What is that called?
5  A. Well, is it with -- are you talking about with
6  Bank of America or with Nationstar?
7  Q. Nationstar.
8  A. That, I don't know.
9  Q. Where would it be in Bank of America records?
10  A. In their transaction history they have a column
11  that details the suspense balance.
12  Q. Okay. And if it's in the suspense balance with
13  Bank of America and it gets transferred over, does it go
14  into the suspense balance for Nationstar?
15  A. I don't know.
16  Q. Does the transaction history that we looked at
17  earlier, Exhibit 15, show the amount that's in suspense at
18  any given time?
19  A. I don't know.
20  Q. So correct me if I'm wrong. I remember you
21  testifying earlier that you could tell from that
22  transaction history whether payments were being made and
23  made into either suspense or being applied to an --
24  applied to the loan. Is that the case?
25  A. Correct. So it will show a record of when funds

Page 127

1  are being put into or taken out of suspense, but it
2  doesn't show the total balance in suspense at the time.
3  Q. Okay. Looking toward the last -- on the last --
4  not the last page of that document, but Nationstar 190.
5  For entries 137, 138 and 139, what do those entries mean
6  to you?
7  A. Use this calculator again.
8  Q. Yup.
9  A. Okay. It appears a loan border with a suspense
10  balance of 218,782.32.
11  Q. And that's the same amount that the modification
12  analysis showed that they were in arrears, right? And
13  that's Exhibit 20.
14  A. Correct.
15  Q. So the entire amount that they were in arrears
16  came over from Bank of America, according to this
17  document, right?
18  A. Right.
19  Q. I'm going to go back and ask you a question
20  about the change request form.
21       Are there procedures in place that you know of
22  to make sure that the change request form adequately -- or
23  accurately reflects -- sorry.
24       Are there procedures in place to ensure that the
25  change request form accurately reflects the terms of the

Page 128

1  modification?
2  A. I don't know.
3  Q. Who would know that?
4  A. The fulfillment department should know.
5  Q. Who's in charge of the fulfillment department
6  right now?
7  A. There are several managers.
8  Q. Can you tell me any of their names?
9  A. The manager over -- the manager over the team
10  that is currently booking in-flight mods is Raul Gomez.
11  Q. And is he a vice president?
12  A. No.
13  Q. What's his title?
14  A. He's a -- some kind of manager.
15  Q. Okay. Do you know who was the manager in charge
16  of fulfillment in the relevant time period here, late
17  2013/early 2014?
18  A. Morgan Paul.
19  Q. And what was his or her title?
20  A. She was also a manager, fulfillment manager.
21  Q. Is she still with Nationstar?
22  A. Yes.
23  Q. And what does she do now?
24  A. I don't know.
25  Q. Do you know where she works?

Page 129

1  A. She works in the same building I do, but I don't
2  know where at.
3       (Exhibit 22 marked.)
4  Q. Okay. I'd like to hand you what's been marked
5  as Exhibit 22. Do you recognize this type of document?
6  A. No.
7  Q. Assuming that this document is a Bank of America
8  servicing record that was contained in Nationstar's
9  records, do you understand that the bottom entry on the
10  first page says "file has a book loss in the amount of
11  60,087.10 which were left in partial to account for the
12  funds"?
13  A. I don't.
14  Q. Do you understand the term "book loss"?
15  A. No.
16  Q. Okay. If you saw this document in records that
17  came over with an in-flight modification, would this lead
18  you to try to dig further to understand what was going on
19  with the modification?
20  A. The part that catches my attention is where it
21  says "Worked with outside counsel for approval. Mod BAC
22  offered in 2010 was never honored after customer signed
23  and returned docs."
24  Q. Does that sound like one of the circumstances
25  you were talking about before where there were two

Maxene Weinberg Agency
(800) 640-1949