William E. Kennedy State Bar No. 158214
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Telephone: (408) 241-1000
Facsimile: (408) 241-1500
Email: wkennedy@kennedyconsumerlaw.com

Robert David Humphreys, OBA #12346, *Pro Hac Vice*
Lucius James Wallace, OBA #16070, *Pro Hac Vice*
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
Telephone: (918) 747-5300
Facsimile: (918) 747-5311
Email: david@hwh-law.com; luke@hwh-law.com

Elizabeth S. Letcher State Bar No. 172986
LAW OFFICES OF ELIZABETH S. LETCHER
60 29th Street, No. 221
San Francisco, CA 94110
Telephone: (415) 643-4755
Facsimile: (415) 738-5400
Email: elizabeth@elizabethletcher.com

Attorneys for Plaintiffs
JENNIFER AND JASON CASTILLO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CASTILLO and JASON CASTILLO,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A<br><br>        Defendants. | Case No. 5:15-cv-01743-BLF<br><br>**DECLARATION OF DAVID HUMPHREYS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:    August 24, 2017<br>Time:    9:00 a.m.<br>Location: Courtroom 3, 5th Floor<br>Hon. Beth Labson Freeman |

I, David Humphreys, declare:

1. I am admitted to practice law in the states of Oklahoma and New Mexico, having been admitted to practice law in Oklahoma for 29 years. I am admitted in multiple federal district courts including the United States District Court for the Northern District of Oklahoma, United States District Court for the Western District of Oklahoma, United States District Court for the Eastern District of Oklahoma, United States District Court for the Eastern District of Michigan and the United States District Court for the Eastern District of Texas. I am admitted in the United States Eighth and Tenth Circuit Courts of Appeals. I have been admitted *pro hac vice* in federal and state courts across the United States, including Maryland, California, Georgia, Florida, Illinois, Kansas, Missouri, Nevada, New Jersey, New Mexico, North Carolina, New York, South Dakota and Texas.

2. Since 1994, I have focused my practice on consumer protection cases. I have participated in dozens of trials and settlements, resulting in multiple millions of dollars in recovery for my firms' consumer law clients, including in the areas of debt collection abuse, identity theft, auto fraud and mortgage fraud/ wrongful foreclosure. I have been recognized nationally as a consumer protection trial lawyer. I am a graduate of the inaugural class in 1994 of the Gerry Spence Trial Lawyers College located in Dubois, Wyoming. I was invited in 2004 to join and have actively participated on the teaching faculty of the Trial Lawyers College. This includes extended weekend and weeklong programs for staff training, regional seminars and teaching at the twice yearly three week Trial Lawyers College program. In 2004, the Trial Lawyers College recognized my law partner and me as the Lawyers of the Year for the eighteen state South-Central region of the country.

3. In 2006, I was named in the inaugural Oklahoma Super Lawyers, representing the top five percent of lawyers based upon peer recognition and professional achievement. I have been continually named Oklahoma Super Lawyers for our work in consumer fraud and

consumer protection litigation since that time.

4.      In 2002, the National Association of Consumer Advocates named my law partner and me as Trial Advocates of the Year.

5.      I have provided regulatory assistance to state regulators in the area of consumer finance, including written testimony to state legislative committees in Kansas, Indiana, Arizona and Florida, considering permitting installment lending. Extensive media coverage in 2007 in Kansas and Arizona caused industry-sponsored bills to be denied or abandoned. In addition, my partner and I provided a presentation to national association of state consumer finance concerning predatory installment lender business multi state business model.

6.      I am frequently asked to train other lawyers.  I have spoken to numerous national, state, and local bar associations on a variety of consumer law topics and provide trial skills training nationally, including the National Consumer Law Association, The Trial Lawyers College, National Association of Consumer Advocates and the National Consumer Bankruptcy Lawyers Association. Presentations to state and local bar associations and groups in Oklahoma, New York, California, Missouri, Texas, Wyoming and Nebraska include New York Legal Services, Legal Aid Services of Oklahoma, State Bar Associations of Missouri and Oklahoma. Areas of presentation include FDCPA, FCRA, RESPA, the interplay of federal and state common law claims and common law fraud. I have participated in trial skills training in all aspects of trial by jury over the past 15 years nationwide.

7.      In 2009, along with my partner, I presented the Puterbaugh Ethics Lecture at Oklahoma State University, on the subject of Business Ethics in Oklahoma.

8.      Along with my partner, we have provided a number of two-day intensive trial skills training workshops without charge to small groups of consumer lawyers from across the country.  Participants have been from over thirty states, the District of Columbia and Puerto Rico. Many of these attorneys have never tried a jury trial and following working up a case in

our group, participants have obtained verdicts in consumer protection cases ranging from $50,000 to $250,000 and upwards of one million dollars in one instance.

9.    I am one of the counsel for the Plaintiffs in the above captioned case.

10.    At the end of December, 2016, I associated with Ms. Letcher and Mr. Kennedy as trial counsel in this case.

11.    It is the practice of our firm to contemporaneously bill our time for services rendered. The time records attached were contemporaneously recorded into billing software at the time the services were rendered, with the exception of the time incurred during out of state depositions, hearings, trial preparation and trial. Time records during these periods were recorded manually and entered into our timekeeping software system upon our return to Tulsa.

12.    I expended a total of 45.4 hours. I billed conversations and emails with co-counsel at half of my requested rate ($300 per hour).  My time expended included case framing, development of trial themes and counters to likely defense themes as well as attention to pretrial motions, review and editing to designations of trial deposition testimony and preparation for live examination of defendant's representative witness in the context of Plaintiffs' theory of the case. In addition, I attended the settlement conference as one of the trial counsel for the Plaintiffs.  My time records are accurately recorded and reflected in the billing statement attached as Exhibit 1.

13.    My firm expended $4044.87 in costs and expenses in this case.  These costs are summarized on Exhibit 2. The receipts/invoices for such costs are attached as Exhibit 3.

DATED:  March 28, 2017               CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
                                     HUMPHREYS WALLACE HUMPHREYS, P.C.
                                     LAW OFFICES OF ELIZABETH S. LETCHER


                            By      /s/ David Humphreys_____
                                    Attorneys for JENNIFER CASTILLO AND JASON
                                    CASTILLO

# Exhibit 1

# HUMPHREYS WALLACE HUMPHREYS

A PROFESSIONAL CORPORATION

LAWYERS

March 27, 2017

Invoice submitted to:

Jennifer & Jason Castillo

In Reference To:co-counsel with Will Kennedy, Elizabeth Letcher

Professional Services

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | Hrs/Rate          | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 12/22/2016 | David Humphreys<br>Review settlement conference statement (.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.60<br>600.00/hr | 360.00   |
|            | David Humphreys<br>Multiple telephone calls with ESL (.3) and both ESL and WK (.3). Review email from WK and discuss response to same with LW (.1).                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.70<br>300.00/hr | 210.00   |
| 12/27/2016 | David Humphreys<br>Review docket and shared files and develop plan of action for preparation for mediation, pretrial, and trial (.8). Follow up emails re scheduling date for conference call with all co counsel; preparation of first draft of deposition designations and settlement evaluation and demand (.3).                                                                                                                                                                                                                                                                                                         | 1.10<br>600.00/hr | 660.00   |
|            | David Humphreys<br>Draft email to all co counsel re plan of action (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.40<br>300.00/hr | 120.00   |
| 1/2/2017   | David Humphreys<br>Review mediation statement and create work product notes re trial themes to develop, cross reference May trial transcript and reframe specific response to Nationstar theories of the case (1.7). Review standing order and two emails to co counsel to ensure compliance with same including setting up a second meet and confer with HWH counsel present (.3). Evaluate punitive damages and emotional distress damages and NS defenses for settlement demand (.5). Review ESL cross reference chart of exhibits and documents (.2). Email to DA x4 regarding preparation of trial notebook (.4). Review deposition summary of Loll as WF representative witness for servicer (.3). | 3.40<br>600.00/hr | 2,040.00 |
|            | David Humphreys<br>Email WK re my evaluation for consideration in settlement conference statement (.1). Email ESL regarding PTC order issues (.1). Telephone call with ESL re her view of the scope of the evidence at trial (.3).                                                                                                                                                                                                                                                                                                                                                                                           | 0.50<br>300.00/hr | 150.00   |
| 1/3/2017   | David Humphreys<br>Brief overview deposition summaries, motions in limine, work product memos (.8). Further attention to trial notebook (.4). Attention to PHV application and order (.1). Draft email to OC requesting meet and confer to comply with standing order (.1). Review                                                                                                                                                                                                                                                                                                                                            | 4.10<br>600.00/hr | 2,460.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Ashley Gregory deposition summary (.4). Review and add to A Gregory transcript and draft email with proposed deletions (2.3). | | |
| 1/3/2017 | David Humphreys<br>Telephone call with ESL re her roadmap to get up to speed quickly, reach agreement on transcripts to review for designation and production to OC (.5). | 0.50<br>300.00/hr | 150.00 |
| 1/4/2017 | David Humphreys<br>Review deposition of Keith Grant and evaluate designations (2.7). Email Diane with designation changes (.1). Further attention to development of trial themes that might hold appeal to entrepreneurial, libertarian, technical/engineering minded jurors; notes re same for trial notebook (.8). | 3.60<br>600.00/hr | 2,160.00 |
| | David Humphreys<br>Emails with ESL re jury selection in ND before this Court (.3). | 0.30<br>300.00/hr | 90.00 |
| 1/6/2017 | David Humphreys<br>Further prep for examination of Nationstar Corp Representative witness, presumably AJ Loll including potential reframing options and attention to potential trial themes (3.4). Review Order on Motion for Partial Summary Judgement, underlying briefing and NS's Objection to Evidence Submitted in Support of Plaintiff's Motion for Summary Adjudication (1.0). Review Plaintiff and Defendant versions of Joint Pretrial Conference Order together with Standing Order (.4). Attend telephone meet and confer with Plaintiff and Defendants counsel regarding submission of Joint Pretrial Conference Order (.4). | 5.20<br>600.00/hr | 3,120.00 |
| | David Humphreys<br>Arrange for and attend telephone call with co counsel re claims, defenses, facts and law, both disputed and undisputed (1.3). | 1.30<br>300.00/hr | 390.00 |
| 1/8/2017 | David Humphreys<br>Final review, edits, comments and evaluation of Joint Pretrial Conference Statement (.7). | 0.70<br>600.00/hr | 420.00 |
| 1/9/2017 | David Humphreys<br>Review ESL email with task list and latest version of MIL's; respond with questions re content and timing (.2); review and annotate transcript of Plaintiff Jennifer Castillo and prepare notes for client trial prep (7.1). Update work product notes re Defendant trial themes and Plaintiff counters to same (.9). Review latest draft of MIL and prepare notes re same including reframing and suggesting elimination of another (.4). | 8.60<br>600.00/hr | 5,160.00 |
| 1/10/2017 | David Humphreys<br>Prepare for settlement conference (.8). Meet with clients and co counsel and attend mediation, depart at 11:50 am (3.1). Evaluate deposition of Jason Castillo and re evaluate motions in limine (2.0); draft email to co counsel re suggested changes to MIL content and structure (1.5).  Prepare outline for timeline regarding pre modification expenditures and outline related to income (1.9). | 9.30<br>600.00/hr | 5,580.00 |
| | David Humphreys<br>Draft email to co counsel regarding whether we can add friends and family to corroborate ED (.1); email communications with LW regarding our response to best and final settlement offer (.3). | 0.40<br>300.00/hr | 120.00 |
| 1/11/2017 | David Humphreys<br>Review and respond to email from LW re settlement prospects and whether we continue to prepare for tomorrow's deadlines (.1). Email EL following up on MIL's (.1). | 0.20<br>300.00/hr | 60.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| **1/13/2017** David Humphreys<br>Legal research and evaluate opinions issued by our trial judge regarding attorney fees, esp where fees exceed recovery; forward same to WK and EL (1.2). Locate and review legal research, forward to co counsel regarding fee awards esp under FDCPA and Rosenthal, private attorney general and multiple attorneys; evaluate and forward research re recoverable overhead and travel costs (.6). | 1.80<br>600.00/hr | 1,080.00 |
| David Humphreys<br>Attend teleconference assigning tasks for fees and costs application (.5). | 0.50<br>300.00/hr | 150.00 |
| **1/25/2017** David Humphreys<br>Legal research for case law re taxability of confidentiality clauses as basis for why they are material (.4). | 0.40<br>600.00/hr | 240.00 |
| **2/2/2017** David Humphreys<br>Review NS mediation statement re attorney fees with attached statement of NS attorney fees (.3) Review legal research and forward case law to WK for use in mediation (.4). Email with potential fee expert and set up conf call for later today (.2). | 0.90<br>600.00/hr | 540.00 |
| David Humphreys<br>Telephone call with WK re his prep for hearing (.1). | 0.10<br>300.00/hr | 30.00 |
| **2/14/2017** David Humphreys<br>Review and edit draft Motion to Enforce (.4). | 0.40<br>600.00/hr | 240.00 |
| **2/16/2017** David Humphreys<br>Review emails from co counsel response from court regarding timing (.2); and telephone call re next steps (.2). | 0.40<br>300.00/hr | 120.00 |
| **For professional services rendered** | **45.40** | **$25,650.00** |
| Balance due | | $25,650.00 |

# Exhibit 2

# HUMPHREYS WALLACE HUMPHREYS

A PROFESSIONAL CORPORATION

LAWYERS

March 28, 2017

Invoice submitted to:

Jennifer & Jason Castillo

In Reference To:co-counsel with Will Kennedy, Elizabeth Letcher

Additional Charges :

|  | Qty/Price | Amount |
|---|---|---|
| **1/3/2017** | | |
| Filing fees/PHV entries (310.00 x2) | 2<br>310.00 | 620.00 |
| **1/9/2017** | | |
| Travel - transportation, including air fare (1339.95), ground transportation (20.66), airport parking (20.00) during trip to San Jose CA for Settlement Conference (L. Wallace). | 1<br>1,380.61 | 1,380.61 |
| Travel - food (118.68) and lodging (546.74) during trip to San Jose CA for Settlement Conference (L. Wallace). | 1<br>665.42 | 665.42 |
| Travel - food (2.38) and lodging (309.42) during trip to San Jose CA for Settlement Conference (D. Humphreys). | 1<br>311.80 | 311.80 |
| Travel - transportation, including air fare (1032.95), ground transportation (14.09), airport parking (20.00) during trip to San Jose CA for Settlement Conference (D. Humphreys). | 1<br>1,067.04 | 1,067.04 |
| **Total additional charges** | | **$4,044.87** |
| | | |
| Balance due | | $4,044.87 |

# Exhibit 3

*Castillo*

**Diane**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, January 03, 2017 3:48 PM |
| **To:** | Luke Wallace; Diane |
| **Subject:** | Pay.gov Payment Confirmation: CAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25VSM215
Agency Tracking ID: 0971-11044460
Transaction Type: Sale
Transaction Date: Jan 3, 2017 4:47:54 PM

Account Holder Name: Lucius Wallace
Transaction Amount: $310.00
Card Type: MasterCard
Card Number: ************9805

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

**Diane**

*Castillo*

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, January 03, 2017 3:53 PM |
| **To:** | Diane; David Humphreys |
| **Subject:** | Pay.gov Payment Confirmation: CAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25VSM4G7
Agency Tracking ID: 0971-11044476
Transaction Type: Sale
Transaction Date: Jan 3, 2017 4:52:56 PM

Account Holder Name: Robert Humphreys
Transaction Amount: $310.00
Card Type: MasterCard
Card Number: ************9804

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

**Luke Wallace**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Tuesday, December 27, 2016 4:16 PM |
| **To:** | Luke Wallace |
| **Subject:** | Your trip confirmation-KWQTJZ 09JAN |

**American Airlines**

Hello Lucius Wallace!                    Issued: Dec 27, 2016

## Your trip confirmation and receipt

Record locator: **KWQTJZ**

View your trip

## Monday, January 9, 2017

TUL                    DFW                    Seats: 4B
4:26 PM      →      5:39 PM              Class: First (A)
Tulsa                    Dallas/Fort Worth      Meals:
American Airlines 2665


DFW                    SJC                    Seats: 4A
6:55 PM      →      8:47 PM              Class: First (A)
Dallas/Fort Worth      San Jose               Meals: Entrée Selected
American Airlines 140

1

**Lucius**
**Wallace**

AAdvantage # D914U00 EXP

Ticket # 0012106534059

---

# Your trip receipt



Master Card XXXXXXXXXXXXX9805

Lucius Wallace

| | |
|---|---:|
| FARE-USD | $ 558.02 |
| TAXES AND CARRIER-IMPOSED FEES | $ 64.43 |
| TICKET TOTAL | $ 622.45 |

---

                        

Book a hotel »          Buy trip insurance »          Book a car »          Remind me to Uber »

 Limited-time offer:
Earn 50,000 bonus miles
after qualifying purchases
Learn more>>



Up to 35% off base rates plus
500 AAdvantage® bonus miles.

        

Activate a new Sprint account
and earn up to 25,000 miles.
Sign up for this offer today at
sprint.com/AAdvantage



---

Contact us  |  Privacy policy

Get the American Airlines app

**Subject:** Your trip confirmation-XINVJV 11JAN
**Date:** Wednesday, December 28, 2016 at 11:43:52 AM Central Standard Time
**From:** American Airlines@aa.com
**To:** Luke Wallace

 

Hello Lucius Wallace!                      Issued: Dec 28, 2016



## Your trip confirmation and receipt

### Record locator: **XINVJV**

> View your trip

---

## Wednesday, January 11, 2017

| SJC | | DFW | Seats: 4E |
| --- | --- | --- | --- |
| **6:14** AM | → | **11:47** AM | Class: First (D) |
| San Jose | | Dallas/Fort Worth | Meals: Entrée Selected |

American Airlines 1318

| DFW | | TUL | Seats: 5B |
| --- | --- | --- | --- |
| **12:45** PM | → | **1:48** PM | Class: First (D) |
| Dallas/Fort Worth | | Tulsa | Meals: |

American Airlines 1292

---

Lucius Wallace

AAdvantage # D914U00 EXP

Ticket # 0012106630415

---

# Your trip receipt

 Master Card XXXXXXXXXXXXXX9805

Lucius Wallace

| | |
|---|---|
| FARE-USD | $ 646.40 |
| TAXES AND CARRIER-IMPOSED FEES | $ 71.10 |
| TICKET TOTAL | $ 717.50 |

---


Book a hotel »


Buy trip insurance »


Book a car »


Remind me to Uber »

 Limited-time offer:
Earn 50,000 bonus miles
after qualifying purchases
Learn more>>



Up to 35% off base rates plus
500 AAdvantage® bonus miles.

 

Activate a new Sprint account
and earn up to 25,000 miles.
Sign up for this offer today at
sprint.com/AAdvantage

---

| From: | Luke Wallace |
| --- | --- |
| To: | Diane |
| Subject: | Fwd: **Possible Spam** Your Wednesday morning trip with Uber |
| Date: | Wednesday, January 11, 2017 7:16:54 AM |
| Attachments: | map_b6991998-036f-4ef0-bc06-e8aebb416743.png |

Expense in Castillo

Luke Wallace
Trial Lawyer & Consumer Advocate
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave
Tulsa, OK 74137
918-747-5300 (x12)
Luke@hwh-law.com
www.hwh-law.com

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** January 11, 2017 at 5:06:46 AM PST
> **To:** <luke@hwh-law.com>
> **Subject:** **Possible Spam** Your Wednesday morning trip with Uber



# $13.46

Thanks for choosing Uber, Luke

January 11, 2017 | uberX

04:52am | 5101 Great America Pkwy, Santa Clara, CA

05:04am | 2055 Terminal Dr, San Jose, CA

You rode with Gilberto

| 6.36 | 00:11:20 | uberX |
| --- | --- | --- |
| miles | Trip time | Car |

Rate Your Driver

Ride uberPOOL and save up to 70% off uberX fares on your next ride. Try it today using POOLRECEIPT for $5 off your first uberPOOL!

## Your Fare



| | |
|---|---|
| Trip fare | 13.46 |

| | |
|---|---|
| **Subtotal** | **$13.46** |

CHARGED
 Personal •••• 9805          **$13.46**

Transportation Network Company: Rasier-CA, LLC

Invite your friends and family. Get a free ride worth up to $20 when you refer a friend to try Uber

Share code: lukew320

**Need help?**

Tap Help in your app to **contact us** with questions about your trip.

**From:** Luke Wallace
**To:** Staci
**Subject:** FW: **Possible Spam** Your Tuesday morning trip with Uber
**Date:** Wednesday, January 11, 2017 10:06:15 AM
**Attachments:** image001.png
image002.png

Expense in castillio

Luke Wallace
Trial Lawyer & Consumer Advocate
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, OK 74137
918-747-5300 x 12
Luke@hwh-law.com
www.hwh-law.com

From: Uber Receipts <uber.us@uber.com>
Date: Tuesday, January 10, 2017 at 10:50 AM
To: Luke Wallace <Luke@hwh-law.com>
Subject: **Possible Spam** Your Tuesday morning trip with Uber



Map data ©2017 Google

## $7.20

Thanks for choosing Uber, Luke

January 10, 2017 | uberX

08:39am | 797 S Almaden Blvd, San Jose, CA

08:47am | 290 E N 2nd, San Jose, CA

Your total fare $7.20

| | 0.87 | 00:07:41 | uberX |
|---|---|---|---|

### Your Fare

Subtotal                                    $7.20

$7.20

Transportation Network Company: Rasier CA, LLC



Need help?

Get help with your trip or account, or get questions about your trip.

Learn about booking a ride or booking in advance.

Get help with any driver-related issues. Learn more about receipts and how to view your trip details.

 **HYATT REGENCY**

C-5 bill 10

Hyatt Regency Santa Clara
5101 Great America Parkway
Santa Clara, CA 95054
Tel: 408-200-1234
Fax: 408-980-3990
santaclara.hyatt.com

## INVOICE

| Payee | MR Luke Wallace | | Room No. | 1106 |
|---|---|---|---|---|
| | 9202 S Toledo Ave | | Arrival | 01-10-17 |
| | Tulsa OK 741372720 | | Departure | 01-11-17 |
| | United States | | Page No. | 1 of 1 |

Confirmation No.  3399169101  Folio Window  1

Group Name  Folio No.  742322

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-10-17 | - Evolution Dinner Food | Room# 1106 : CHECK# 0438857 | 29.50 | |
| 01-10-17 | Package | | 489.00 | |
| 01-10-17 | Room Tax | | 46.46 | |
| 01-10-17 | District Improvement Assessment | | 1.00 | |
| 01-10-17 | CA Assessment | | 0.50 | |
| 01-10-17 | CFD 2010-01 Mello-Roos Tax 2% | | 9.78 | |
| 01-11-17 | Visa | XXXXXXXXXXXX1753 XX/XX | | 576.24 |

| | | **Total** | **576.24** | **576.24** |

Guest Signature

**Balance** 0.00

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

### Hyatt Gold Passport Summary

| Membership: | G31181464R |
|---|---|
| Bonus Codes: | |
| Qualifying Nights: | 1 |
| Eligible Spend: | 503.50 |
| Redemption Eligible: | 20.50 |

Summary Invoice, please see front desk
for eligibility details.

### WE HOPE YOU ENJOYED YOUR STAY WITH US!

Thank you for choosing the Hyatt Regency Santa Clara. It is our sincere hope that the
hotel lived up to your expectations in both service and quality. We welcome your
thoughts and comments regarding your stay. Please contact our Consumer Affairs
department at qualityclara@hyatt.com

For inquiries concerning your bill please call 888-588-4384

For future reservations please visit us at santaclara.hyatt.com. Try our automated kiosk
for easy check-in and check-out, located on the lobby level next to the front desk.

_Cashillo_

Original Gravity Public House
Order #: 1031-11823  Check: 1
Quick Serve
Server: Rikki Lynn
2017-01-09 21:59:25

CREDIT CARD SALE

MasterCard ...9805
Ref #: 1038627692
Auth Code: 47440P

Amount:      15.26

Suggested Gratuity
20 % = 3.05  18 % = 2.75  15 % = 2.29

Gratuity: _2.00_

Total: _17.29_

Customer Copy

---

_Cashillo_

Einstein Bagels
1701 Airport Blvd
San Jose, CA

## ORDER #134

Host: Cashier 1               01/11/2017
RDER #134                       5:14 AM
                                  10035

Bottle Water                     2.19
Coffee Rg                        1.99

Subtotal                         4.18
Tax                              0.37

ToGo Total                       4.55

M/C #XXXXXXXXXXXX9805         $ 4.55
   Auth:26196P

Thank You !!!

--- Check Closed ---

---

_Cashilli_

STARBUCKS Store #5297
150 S. First Street
San Jose, CA  (408) 293-9945
------------------------------------------
CHK 731338
01/10/2017 11:20 AM
2149561    Drawer: 1  Reg: 2
------------------------------------------
T1 Pike Place             1.95
This Bar Pb Sea Sl        2.75
Banana Whole Fruit        1.00
T1 Dcf Pike Place         1.95
Mastercard                7.65
XXXXXXXXXXXX9805

Subtotal                 $7.65
Total                    $7.65
Change Due             $0.00

---------- Check Closed ----------
01/10/2017 11:20 AM

---

_Cashillo_

Paper Plane
Order #: 1-217925  Check: 1
LUKE J WALLACE M9805
Server: Jeremy
2017-01-09 23:03:07

CREDIT CARD SALE

MASTERCARD ...9805
Ref #: 772609323
Auth Code: 21030P

Amount:      35.97

Suggested Gratuity
18 % = 6.47  20 % = 7.19  22 % = 7.91

Gratuity: _6.00_

Total: _41.97_

Customer Copy

## Diane

**From:**        Luke Wallace
**Sent:**        Monday, February 13, 2017 4:06 PM
**To:**          Diane
**Subject:**     expense

1/9-10/17

Castillio $20 airport parking 1/12/2017, food/beverage$17.75

Luke Wallace
Trial Lawyer & Consumer Advocate
Humphreys Wallace Humphreys P.C.
9202 South Toledo Ave.
Tulsa, OK 74137
918-747-5300 x 12
Luke@hwh-law.com
www.hwh-law.com

1

Castillo mediation

**From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
**Date:** Tuesday, December 27, 2016 at 7:14 PM
**To:** David Humphreys <david@hwh-law.com>
**Subject:** Your trip confirmation-ZUNONT 09JAN



Hello Robert Humphreys!                    Issued: Dec 27, 2016

## Your trip confirmation and receipt

### Record locator: **ZUNONT**

[ View your trip ]

## Monday, January 9, 2017

| TUL | DFW | |
|-----|-----|--|
| **4:26** PM | **5:39** PM | Seats: 5B |
| Tulsa | Dallas/Fort Worth | Class: First (P) |
| American Airlines 2665 | | Meals: |

| DFW | SJC | |
|-----|-----|--|
| **6:55** PM | **8:47** PM | Seats: 3E |
| Dallas/Fort Worth | San Jose | Class: First (P) |
| American Airlines 140 | | Meals: Dinner |

## Tuesday, January 10, 2017

| SJC | PHX | Seats: 2D |
|-----|-----|-----------|
| **12:51** PM | **3:40** PM | Class: First (P) |
| San Jose | Phoenix | Meals: |
| American Airlines 424 | | |

| PHX | MSP | Seats: 4B |
|-----|-----|-----------|
| **4:26** PM | **8:31** PM | Class: First (P) |
| Phoenix | Minneapolis | Meals: Dinner |
| American Airlines 1168 | | |

---

**Robert Humphreys**        AAdvantage # W9519V8 EXP

Ticket # 0012106555768

---

# Your trip receipt

Master Card XXXXXXXXXXXXX9804

Robert Humphreys

| | |
|---|---|
| FARE-USD | $ 927.21 |
| TAXES AND CARRIER-IMPOSED FEES | $ 105.74 |
| TICKET TOTAL | $ 1032.95 |

---

Book a hotel »        Buy trip insurance »        Book a car »

Remind me to Uber »

Castillo:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** January 10, 2017 at 12:08:34 PM PST
**To:** <david@hwh-law.com>
**Subject: Your Tuesday morning trip with Uber**


# $14.09

Thanks for choosing Uber, David

January 10, 2017 | uberXL



**11:53am** | 201-279 S Second St, San Jose, CA

**12:06pm** | 2055 Terminal Dr, San Jose, CA



You rode with RAMANDEEP

| 4.35 | 00:13:24 | uberXL |
| miles | Trip time | Car |

Rate Your Driver

Ride uberPOOL and save up to 70% off uberX fares on your next ride. Try it today using POOLRECEIPT for $5 off your first uberPOOL!

# Your Fare

Trip fare                                    14.09

**Subtotal**                                **$14.09**

CHARGED
Personal •••• 9804                         **$14.09**

Transportation Network Company: Rasier-CA, LLC.

Invite your friends and family. Get a free ride worth up to $20 when you refer a friend to try Uber.

Share code: davidh2968



Need help?

Tap Help in your app to **contact us** with questions about your trip.

Leave something behind? **Track it down**.

Read about our **zero tolerance policy**. Report a zero tolerance complaint by visiting



# HYATT PLACE™

Hyatt Place San Jose - Downtown
282 Almaden Boulevard
San Jose, CA 95113
Phone: 408-998-0400
Fax: 408-998-6210

INVOICE

| Payee | Robert Humphreys | | Room No. | 0727 |
|-------|------------------|---|----------|------|
| | 5714 E 105th St | | Arrival | 01-09-17 |
| | Tulsa OK 74137 | | Departure | 01-10-17 |
| | United States | | Page No. | 1 of 1 |
| | | | Folio Window | 1 |
| Confirmation No. | 3307472201 | | Folio No. | 169217 |
| Group Name | | | | |

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 01-09-17 | Guest Room | | 268.77 | |
| 01-09-17 | Room Tax (10%) | | 26.88 | |
| 01-09-17 | CCFD Tax (4%) | | 10.75 | |
| 01-09-17 | San Jose HBID Fee ($2.50) | | 2.50 | |
| 01-09-17 | CA State Tourism | | 0.52 | |
| 01-10-17 | Master Card | XXXXXXXXXXXX9804 XX/XX | | 309.42 |

| | **Total** | 309.42 | 309.42 |
|---|-----------|--------|--------|
| Guest Signature | **Balance** | 0.00 | |

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part of
the full amount of these charges.

## Hyatt Gold Passport Summary

| Membership: | 518039971J |
|-------------|------------|
| Bonus Codes: | |
| Qualifying Nights: | 1 |
| Eligible Spend: | 268.77 |
| Redemption Eligible: | 0.00 |

Summary Invoice, please see front desk
for eligibility details.

Parking Operations
7500 E. Young Place
Tulsa, OK 74115

Fee Computer Number:                                    4
Cashier:                              Hussain Id #419
Transaction Number:                            90174
Entered:                          01/10/2017 11:22
Exited:                           01/11/2017 23:29
Ticket #88196                         Dispenser #19
Lot:                                      L1 Covered
Area:                                         Area 1
Rate:                                        VICOVER
Parking Fee:                                $ 20.00
Total Fee:                                  $ 20.00
Mastercard                    A             $ 20.00
Credit Card Number:             ***************9804
Total Paid:                                 $ 20.00

American Parking
(918) 587-4141
www.americanparking.com

Castillo

Einstein Bagels
1701 Airport Blvd
San Jose, CA

# ORDER #497

ost: Cashier 1                          01/10/2017
RDER #497                                12:16 PM
                                            10396

ttle Water                                   2.19

btotal                                       2.19
x                                            0.19

Go Total                                     2.38

*Casrillo* (handwritten)