William E. Kennedy State Bar No. 158214
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Telephone: (408) 241-1000
Facsimile:  (408) 241-1500
Email: wkennedy@kennedyconsumerlaw.com

Robert David Humphreys, OBA #12346, *Pro Hac Vice*
Lucius James Wallace, OBA #16070, *Pro Hac Vice*
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK  74137
Telephone:  (918) 747-5300
Facsimile:   (918) 747-5311
Email: david@hwh-law.com; luke@hwh-law.com

Elizabeth S. Letcher State Bar No. 172986
LAW OFFICES OF ELIZABETH S. LETCHER
60 29th Street, No. 221
San Francisco, CA 94110
Telephone:  (415) 643-4755
Facsimile:   (415) 738-5400
Email:  elizabeth@elizabethletcher.com

Attorneys for Plaintiffs
JENNIFER AND JASON CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CASTILLO and JASON CASTILLO,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A and DOES 1 through 100 inclusive<br><br>    Defendants. | **DECLARATION OF ELIZABETH LETCHER**<br>**EXHIBITS 11-23**<br><br>Case No. 5:15-cv-01743-BLF<br><br>Date: August 24, 2017<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br><br>Action Filed:   March 19, 2015 |