**Elizabeth Letcher Hours**
**Castillo v. Nationstar - Fee Petition**

| Date | Time | Category | Task | Rate | Amount Billed |
|---|---|---|---|---|---|
| 1/13/17 | 1.6 | Fee Petition | Compile authority, fee models, outline argument | $525.00 | $840.00 |
| 1/13/17 | 2.3 | Fee Petition | Review, edit, and align hours | $525.00 | $1,207.50 |
| 1/24/17 | 2.3 | Fee Petition | Compile / sort hours; revise fee mediation statement | $525.00 | $1,207.50 |
| 2/2/17 | 0.3 | Fee Petition | telephone call with Will Kennedy to discuss mediation | $262.50 | $78.75 |
| 3/9/17 | 2.5 | Fee Petition | Draft declaration in support of fee motion | $525.00 | $1,312.50 |
| 3/12/17 | 2 | Fee Petition | Draft Declaration in Support of Fee Motion and citations | $525.00 | $1,050.00 |
| 3/14/17 | 3.5 | Fee Petition | Draft declaration in support of fee petition, citations, pull exhibits | $525.00 | $1,837.50 |
| 3/14/17 | 0.4 | Fee Petition | Communications with potential experts re: hourly rates | $525.00 | $210.00 |
| 3/14/17 | 0.4 | Fee Petition | Telephone call with WK re: fee petition strategy, drafting | $262.50 | $105.00 |
| 3/16/17 | 0.3 | Fee Petition | Prepare summary of HWH, EL experience for Mark Chavez | $525.00 | $157.50 |
| 3/17/17 | 2.1 | Fee Petition | Revise fee motion; additional legal research | $525.00 | $1,102.50 |
| 3/17/17 | 1.2 | Fee Petition | Draft portion of Declaration relating to accounting, hardship, discovery | $525.00 | $630.00 |
| 3/19/17 | 4.2 | Fee Petition | Draft and reorganize portions of Declaration relating to discovery - timing of responses, affirmative discovery, failures to produce; fill in citations to record and exhibits for dclaration; revise motion (parallel work) | $525.00 | $2,205.00 |
| 3/20/17 | 1.9 | Fee Petition | Revise motion - law on proportionality, research Freeman decisions | $525.00 | $997.50 |
| 3/20/17 | 1.9 | Fee Petition | Revise motion - reduction of hours, miscellaneous | $525.00 | $997.50 |
| 3/26/17 | 3.5 | Fee Petition | Finalize declaration, exhibits, motion, hours, coordinating with HWH | $525.00 | $1,837.50 |
| **Total** | 30.4 | | | | $15,776.25 |