# ELIZABETH S. LETCHER – CASTILLO v. NATIONSTAR COSTS/EXPENSES

| Date | Description | Cost |
|------|-------------|------|
| 9/16/15 | Internet charge for legal research during travel | 11.00 |
| 10/7/15 | Air travel to Texas depositions of Poudel, Grimm | 320.20 |
| 10/28/15 | Hotel in Irving Texas for depositions of Poudel, Grimm | 297.12 |
| 10/28/15 | Rental Car Irving, Texas | 82.45 |
| 10/29/15 | Hotel Printing Charge – deposition exhibits | 17.11 |
| 11/06/15 | Westlaw legal research charge for document outside of plan | 114.00 |
| 2/29/16 | Jason Castillo Deposition Transcript | 1420.00 |
| 4/14/16 | Western Messenger – Chambers delivery of Motion to Amend and Motion to Seal per local rule | 86.00 |
| 7/30/16 | Production costs for deposition exhibits – Nationstar and Wells Fargo 30(b)(6) depositions (200+ exhibits) | 185.93 |
| 8/3/16 | Santa Clara County Tax Collection Proof of Payment of Taxes | 120 |
| 8/17/16 | Parking for deposition of Wells Fargo 30(b)(6) – downtown San Francisco | 34.00 |
| 8/18/16 | Parking for deposition of Nationstar 30(b)(6) – downtown San Francisco | 34.00 |
| 8/11/16 | Parking for hearing on Motion for to Amend Complaint | 8.00 |
| 8/11/16 | Mileage to Federal Court for Motion to Amend | 57.24 |
| 9/9/16 | Castillo Call Transcription | 235.00 |
| 10/27/16 | Legal Research charge – law review article for Motion for Summary Adjudication | 22.00 |
| 1/4/17 | Hand delivery of settlement conference brief to Judge Cousins' chambers | 107.00 |
| 1/11/17 | Mileage to Settlement Conference in San Jose | 52.70 |

| | | |
|---|---|---:|
| 1/710/17 | Parking for settlement conference | 16.00 |
| Total: | | 3219.75 |

# Elizabeth Letcher

**From:** Gogo <gogo@e.gogoair.com>
**Sent:** September 16, 2015 2:06 PM
**To:** elizabeth@elizabethletcher.com
**Subject:** Here's Your Gogo Receipt - Check Out Your Purchase Details! - Order #14642553TPUA

**Flag Status:** Flagged

Purchase Details - Order #14642553TPUA
To ensure you receive emails from Gogo, add UnitedWiFi@gogoair.com
to your email address book.

Mobile device | Web browser        My Account | Contact Us

 

**Purchase details**

# Thank you for your Purchase!

You can view your purchase history at any time by
visiting My Account For more information about Gogo,
visit our Privacy Policy and Terms of Use.

### Purchase Summary
Customer: Elizabeth Letcher
Email Address:
elizabeth@elizabethletcher.com
Order #: 14642553TPUA
Date: 9/16/2015 2:05 PM PDT

| Product | Quantity | Price |
|---|---|---|
| Gogo 30-Minute Pass | 1 | $11.00 |

| Payment Info | Tax : $0.00 |
|---|---|
| Payment Type: VISA | |
| Payment Info: 6240 | **Total:** $11.00 |

After using our Wi-Fi service, please take a
moment to tell us about your Wi-Fi experience,
Click Here to take a quick survey.

We are expanding our Inflight Wi-Fi network.
Learn more at united.com/WIFI

My Account ┃ Customer Service ┃ Terms of Use ┃ Privacy Policy

This email was sent to elizabeth@elizabethletcher.com because you have made a Gogo purchase.
If you would like to change your email preferences or unsubscribe, please click here.

©2015 Gogo LLC. All rights reserved. All trademarks are the property of their respective owners.
111 N Canal St  |  Chicago, IL 60606  |  USA

.

From: **United Airlines, Inc.** unitedairlines@united.com
Subject: eTicket Itinerary and Receipt for Confirmation NYXW0G
Date: October 7, 2015 at 8:26 AM
To: ESL@ELIZABETHLETCHER.COM





Confirmation:
# NYXW0G
Check-In >

Issue Date: October 07, 2015

| **Traveler** | **eTicket Number** | **Frequent Flyer** | **Seats** |
|---|---|---|---|
| LETCHER/ELIZABETHSMS | 0162466462621 | UA-XXXXX175 Global Services / *G | 11A/10C |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Wed, 28OCT15 | UA294 | N | SAN FRANCISCO, CA (SFO) **10:40 AM** | DALLAS/FORT WORTH, TX (DFW) **4:17 PM** | A-319 | Purchase |
| Fri, 30OCT15 | UA6220 | T | DALLAS/FORT WORTH, TX (DFW) **7:00 PM** | SAN FRANCISCO, CA (SFO) **9:11 PM** | | Purchase |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

| **Fare Breakdown** | | **Form of Payment:** |
|---|---|---|
| Airfare: | 271.62USD | VISA |
| U.S. Transportation Tax: | 20.38 | Last Four Digits 6240 |
| U.S. Flight Segment Tax: | 8.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 320.20USD | |

| **eTicket Total:** | **320.20USD** |
|---|---|

The airfare you paid on this itinerary totals: 271.62 USD

**The taxes, fees, and surcharges paid total: 48.58 USD**

Fare Rules:       Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

Additional Charges:       Mon., Oct. 5, 2015/PayPal was charged 6.99 USD for the following: FareLock / EDD 01629263599456

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 10/28/2015 San Francisco, CA (SFO) to Dallas/Fort Worth, TX (DFW) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 10/30/2015 Dallas/Fort Worth, TX (DFW) to San Francisco, CA (SFO) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid Global ServicesSM membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

**MileagePlus Accrual Details**

| LETCHER/ELIZABETHSMS | | | | | | |
|---|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQM | PQS | PQD |
| 10/28/2015 | 294 | San Francisco, CA (SFO)-Dallas/Fort Worth, TX (DFW) | 924 | 1465 | 1 | 84 |
| 10/30/2015 | 6220 | Dallas/Fort Worth, TX (DFW)-San Francisco, CA (SFO) | 2068 | 1465 | 1 | 188 |
| | | | Award Miles | PQM | PQS | PQD |

| | Award Miles | QM | QS | QD |
|---|---|---|---|---|
| Elizabethsms's MileagePlus Accrual totals: | 2992 | 2930 | 2 | 272 |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- PQD are a Premier status requirement for members in the U.S. only.
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**
**Carry-on baggage information**
United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).
Due to FAA regulations, operating carriers may have different carry-on requirements.
Please check with the operating carrier for more information or go to united.com.
**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
  **EXCEPTION**: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles, Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience.
You may contact us using our Customer Care contact form at united.com

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years imprisonment and penalties of $250,000 or more (49 U.S.C. 5124).
Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods
include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials.
Additional information can be found on:
united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 28 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.

Go to www.staralliance.com to find out more. You've earned it.

## IMPORTANT CONSUMER NOTICES

- **Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,131 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.
- **Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.
- **Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.
- **Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.
- **Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.
- **Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

**Thank you for choosing United Airlines**

[united.com](united.com)

[Legal Notices](). [Privacy Policy]()
Copyright © {0} United Airlines, Inc. All rights reserved.
**Please do not reply to this message using the " reply " address.**
For assistance, please contact United Airlines via telephone or via e-mail.2015

**From:** **Priceline Customer Service** hotel@trans.priceline.com
**Subject:** Your priceline itinerary for Irving, TX - October 28th, 2015 (Itinerary# 290-956-233-49)
**Date:** October 25, 2015 at 12:24 PM
**To:** ELIZABETH@ELIZABETHLETCHER.COM



To view this email as web page, go here

# priceline.com®

Hotels    Cars    Flights    Packages    Cruises

# Your Hotel Reservation for Wed, October 28, 2015

Priceline Trip Number: 290-956-233-49
To view your full itinerary, click here.

 Print Itinerary     Email Itinerary     Download our App

## Omni Mandalay Hotel At Las Colinas ★★★★
2 Nights, 1 Room

| | |
|---|---|
| Check-in: | **Wed, October 28, 2015** - after 03:00 PM |
| Check-out: | **Fri, October 30, 2015** at 12:00 PM |
| Hotel Address: | 221 East Las Colinas Blvd<br>Irving, TX 75039 |
| Hotel Phone Number: | 972-556-0800 |
| Number of Rooms: | 1 Room |
| Reservation Name: | Elizabeth S Letcher |
| Hotel Confirmation Number: | 40021360294 |
| Room Type: | Room Assigned On Check-In<br><br>All rooms are booked for double occupancy |
| Cancellation Policy: | Remember, your Priceline Hotel Reservation is non-refundable, non-transferrable and non-changeable. |

See Hotel Details

Map/Directions

See all Policies

Add a Room    Add a Night

## Summary of Charges
Total Charged: $297.12

| Billing Name: | Elizabeth S Letcher |
|---|---|
| Room Price: | $124.00 /room night |
| Rooms: | 1 |
| Nights: | 2 |
| Room Subtotal: | $248.00 |
| Taxes & Fees: | $49.12 |
| **Total Charged:** | **$297.12** Paid in Full |

Prices are in USD

Charges will be from "Priceline.com"



# Have your trip details at your finger tips!

View your itinerary when and where you need it most at the touch of a button. Download today!

 

## Important Information

You have now confirmed and guaranteed your reservation by credit card

**From:** **Priceline.com Customer Service** itinerary@production.priceline.com
**Subject:** Your priceline itinerary for Dallas, TX - Wednesday, October 28, 2015 (Itinerary# 228-159-763-48)
**Date:** October 25, 2015 at 12:37 PM
**To:** ELIZABETH@ELIZABETHLETCHER.COM



To view this email as web page, go here

## priceline.com

Hotels   Cars   Flights   Packages   Cruises

# Your Rental Car Confirmation for Wed, October 28, 2015

Priceline Trip Number: 228-159-763-48
To view your full itinerary, click here.

 Print Itinerary      Email Itinerary

### Economy Car from Dallas/Fort Worth Intl Airport (DFW)

| | | |
|---|---|---|
| Pick-up: | **Wed, October 28, 2015 - 04:30 PM** |  |
| Drop-off: | **Fri, October 30, 2015 - 02:00 PM** | |
| Rental Location: | Hertz Corporation<br>Dallas/Fort Worth Intl Airport (DFW)<br>2424 E. 38th Street, Dallas, TX 75261<br>*On Airport* | |
| Driver Name: | Elizabeth Letcher | |
| Hertz Corporation Confirmation Number: | G7342999108 | |
| Car Type: | Kia Rio *or similar*<br>*Make / model not guaranteed*<br><br>✔ Unlimited Mileage<br>⚙ Automatic Transmission<br>❄ Air Conditioning | |

## Important Information

The driver must present a valid driver/s license at the counter. You can add an additional driver at the counter for a fee payable directly to the rental car company. Additional charges may apply if you pick-up or drop-off the car at a different date, time, or location than your reservation.

## Summary of Charges
Total Charged: $82.45

| | |
|---|---|
| Billing Name: | Elizabeth Letcher |
| Daily Rate Offer Price: | $23.00 |
| Number of Days: | 2 |
| Taxes & Fees: | $36.45 |
| **Total Charged:** | $82.45 |

Prices are in USD

##  Add Collision Damage Coverage

For **$11/day**, coverage includes:

✓ **$35,000 Physical Damage Coverage** on your rental car for collision, theft, vandalism and much more.

✓ **Primary Coverage** means you receive coverage without first having to claim payment from your auto insurer.

✓ **100% Cancellable** up until you pick up the vehicle

✓ **Additional Listed Drivers and Spouses** are also covered by this policy

More Details

| Learn More | Offer expires 10/28/15 at 05:00 PM EST |
|---|---|

*For customers with a New York State billing address the fee will be $9 per day.

## Rental Car Contact Information

# Hotel Computing Services Receipt

Hello Elizabeth Letcher,

We would like to thank you for using our computing services and we appreciate your business. Any comments or suggestions to improve your experience are always welcome and will be taken into consideration.

Please note that services are provided by GBCblue and the charges outlined below will appear on your credit card statement as **HOTEL COMPUTING SERVICES, Gbc Blue.** You may also notice an additional pre-authorization of up to $25 on your statement. This is a **temporary pre-authorization and will not be added to your bill.**

If you have a question about your statement, please call 888-422-2583 or email our support team at support@gbcblue.com. If you have a question about your order, please contact the hotel, **Omni Mandalay**.

## Order Information

Date: *10/29/2015 8:42:27 AM*                                   Property: ***Omni Mandalay***

OrderID: *21580300*                                              Location: *Lobby 3*

## Payment Information

**Payment Method:**
Elizabeth Letcher
Visal4895
8/17

## Items Ordered

| Description | Quantity | Total (USD) |
|---|---|---|
| MinFee Adjustment | 15 | $0.00 |
| B&W Printer Use | 1 | $0.00 |
| B&W Printer Use | 6 | $2.95 |
| B&W Printer Use | 2 | $1.18 |
| B&W Printer Use | 8 | $4.72 |
| B&W Printer Use | 3 | $1.77 |
| B&W Printer Use | 3 | $1.77 |
| B&W Printer Use | 2 | $1.18 |
| B&W Printer Use | 6 | $3.54 |
| | **Grand Total:** | $17.11 |



## Transaction Details

| | |
|---|---|
| **Description:** | THOMSON WEST*TCD |
| **Transaction Date:** | 11/03/2015 |
| **Posted Date:** | 11/04/2015 |
| **Amount:** | $114.00 |
| **Category:** | Professional Services |
| **Details:** | Professional Services |


# ESQUIRE

*Invoice* **INV0702891**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 2/29/2016 |
| **Terms** | Net 30 |
| **Due Date** | 3/30/2016 |

| | |
|---|---|
| **Client Number** | C303712 |
| **Esquire Office** | San Francisco |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | |
| **Date of Loss** | |

**Bill To**
Law Offices of Elizabeth S. Letcher
60 29th St#221
San Francisco CA 94110

**Services Provided For**
Law Offices of Elizabeth S. Letcher
Letcher, Elizabeth S
60 29th St#221
San Francisco CA 94110

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/4/2016 | J0277099 | San Francisco, CALIFORNIA | CASTILLO, JENNIFER & JASON VS. NATIONSTAR |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | JASON CASTILLO | 400 | 3.35 | 1,340.00 |
| EXHIBITS W/TABS | JASON CASTILLO | 100 | 0.50 | 50.00 |
| HANDLING FEE | JASON CASTILLO | 1 | 30.00 | 30.00 |

| | |
|---|---|
| **Subtotal** | 1,420.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,420.00 |
| **Amount Due** | **$1,420.00** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Law Offices of Elizabeth S. Letc... |
| **Client #** | C303712 |
| **Invoice #** | INV0702891 |
| **Invoice Date** | 2/29/2016 |
| **Due Date** | 3/30/2016 |
| **Amount Due** | **$ 1,420.00** |


VOTED BEST MESSENGER SERVICE
2010, Recorder Newspaper

| | INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|---|
| *** REPRINT *** | 1168086 | 99934 | 4/20/16 | .00 |

IF ORDERING (415)487-4100    BILLING DEPT 415-487-4277

**WESTERN MESSENGER SERVICE, INC**
75 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 99934 | 1168086 |
| INVOICE DATE | PAGE |
| 4/20/16 | 1 |

COD-RUSH/BIKE $15-RUSH CAR /MIN$25
75 COLUMBIA SQ
SAN FRANCISCO CA 94103-4099

# INVOICE

FOR CUSTOMER SERVICES:
415-487-4100
**FOR BILLING QUESTIONS:**
Accounting 415-487-4277
Federal Tax I.D. #94-2598676
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DR# | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 4/14/16 | 3166371 | ELIZABETH 09:53 | REG 557 | From:ELIZABETH LETCHER                 129 ELSIE STREET              SAN FRANCISCO<br>To:USDC-SAN JOSE                     280 SOUTH FIRST STREET        SAN JOSE<br>                                                        CC<br>                                              Credit Card Payment Received | 86.00 |
| | | | | Total Invoice Amount:      86.00 | |
| | | | | Less Credit Card Payments:      86.00- | |
| | | | | Total Payment Due:        .00 | |

|  | *** REPRINT *** | Total | .00 |
|---|---|---|---|

# Office DEPOT
# OfficeMax

OFFICE DEPOT STORE #6368
1750 Harrison St. San Francisco, Ca 94103
Get 10% Back On Rewards+ Ask an associate
For Details.

07/30/2016    16.4.2        5:04 PM
STR 6368   REG 4   TRN 6842  EMP 316046
-------------------------------------------

SALE

| Product ID | Description | Total |
|---|---|---|
| 968627 | PPR 8.5X11 500 | |
| 4 @ 8.29 | | 33.16 |
| Promotion | | -13.16 |
| | **You Pay** | **20.00**SS |
| 971964 | NOTES,1.5x2,8P | 5.99 SS |
| 287444 | TNR,LJ CF283A, | |
| 2 @ 72.49 | | 144.98 |
| | **You Pay** | **144.98**SS |

| | | |
|---|---|---|
| Subtotal: | | 170.97 |
| Sales Tax: | | 14.96 |
| Total: | | 185.93 |
| Visa 1559: | | 185.93 |

AUTH CODE 03344C
TDS Chip Read
AID A0000000031010   4341504954414C204F4E
TVR 0000008000
CVS Signature Verified
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Total Savings:
**$13.16**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WE WANT TO HEAR FROM YOU!

Participate in our online customer survey
and receive a coupon for **$10 off** your
next qualifying purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below.

Survey Code:
**S4KE FY96 7Q7**

## OUT 48W

## IN 08·11·16

**VEHICLES PARKED AT OWNERS RISK**

Ownership/management assumes no responsibility of vehicle or loss of personal property left in any vehicle as directed. Only a license of space is granted hereby and no bailments is created. Acceptance of this parking permit constitutes acknowledgment by holder that holder has read and agrees to the provisions of this contract. NOT RESPONSIBLE FOR ANY DAMAGES OR CLAIMS WHATSOEVER ONCE THE VEHICLE HAS LEFT PREMISES. Hold this stub until car is delivered.

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

08·18·2016                    18:09:41

CREDIT CARD

VISA SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXXX1559 |
| INVOICE | 0029 |
| SEQ #: | 0029 |
| Batch #: | 001127 |
| Approval Code: | 08291C |
| Entry Method: | Swiped |
| Mode: | Online |

SALE AMOUNT                    $34.00

415-772-0670

CUSTOMER COPY

---

CUSTOMER COPY

415-772-0670

SALE AMOUNT

$34.00

Mode:                         Online
Entry Method:                 Swiped
Approval Code:                04323C
Batch #:                      002948
SEQ #:                        0072
INVOICE                       0072
CARD #                        XXXXXXXXXXXX1559

VISA SALE

CREDIT CARD

08·17·2016                    18:31:42

EMBARCADERO CTR PARKG
2 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

## Elizabeth Letcher

| | |
|---|---|
| **From:** | Ong, Gil <Gil.Ong@tax.sccgov.org> |
| **Sent:** | August 3, 2016 9:52 AM |
| **To:** | 'Elizabeth Letcher' |
| **Cc:** | Hopkins, Lavell; Legaspi, Clarita |
| **Subject:** | RE: Request for Certificate of Taxes Paid |
| **Attachments:** | request to furnish info.pdf |

Dear Ms. Letcher:

In response to your request to provide you with the updated Certificate of Taxes Paid for Parcel # 767-29-060-00 from Fiscal Year 2008/2009 to Fiscal Year 2015/2016, our office charges a minimum research fee of $120.00 per hour. Per our estimate of the research time involved, we are charging you $120.00.

Please complete the attached Request Form and mail to the indicated address and put **Attention: Accounting Division – GIL ONG.**

Should you have any questions, please email or call me at (408) 808-7948.

Thank you.


GIL ONG

LAW OFFICES OF ELIZABETH S LETCHER
(415) 643-4755
60 29TH ST. NO 221
SAN FRANCISCO, CA 94110

153

90-7173
3211

Date *8/3/16*

Pay to the
Order of *SCC Tax Collector* $ *120.00*

*One hundred twenty dollars — 00/100* — Dollars

**PROVIDENT** CREDIT UNION
303 Twin Dolphin Drive, Redwood City, CA 94065
(650) 508-0300 (800) 632-4600

memo *APN 767-29-060-00*

MP



Google Maps    129 Elsie Street, San Francisco, CA to US District Court Clerk    Drive 52.7 miles, 55 min



# INVOICE



**MAXENE WEINBERG AGENCY**
*a Huseby.com company*

27281 Las Ramblas, Suite 160
Mission Viejo, CA 92691
Questions? Call (800) 640-1949

Elizabeth Letcher, Esq
Law Offices of Elizabeth Letcher
60 29th Street
Suite 221
San Francisco, CA 94110

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153204 | 8/12/2016 | 132252 |
| **Job Date** | **Case No.** | |
| 7/29/2016 | 5:15-CV-01743-BLF | |
| **Case Name** | | |
| Jennifer Castillo and Jason Castillo vs. Nationstar Mortgage, LLC, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Audio Transcription (NSR 2056 - CONFIDENTIAL - 5.9.14 from 2757)                     235.00

                                      **TOTAL DUE >>>**        **$235.00**

Thank you for choosing Maxene Weinberg Agency, a Huseby company.

As a courtesy to our Maxene Weinberg Agency customers, please disregard any financing fee indicated on your invoice or statement.

Schedule with us anywhere nationally today! Visit us on the web to learn more about the services and technology we provide for both depositions and trial.

**Tax ID:** 31-1763752

                                              Phone: 415-643-4755    Fax:

---

*Please detach bottom portion and return with payment.*

Elizabeth Letcher, Esq
Law Offices of Elizabeth Letcher
60 29th Street
Suite 221
San Francisco, CA 94110

Job No.    : 132252       **BU ID**     : Weinberg
Case No.   : 5:15-CV-01743-BLF
Case Name  : Jennifer Castillo and Jason Castillo vs.
                Nationstar Mortgage, LLC, et al.

Invoice No.  : 153204      Invoice Date  : 8/12/2016
**Total Due**  : **$ 235.00**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:                   Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Huseby Inc.**
         **1230 West Morehead Street**
         **Suite 408**
         **Charlotte, NC 28208**

**LAW OFFICES OF ELIZABETH S LETCHER**
(415) 643-4755
60 29TH ST. NO 221
SAN FRANCISCO, CA 94110

90-7173
3211 1

155

Date 9/9/16

Pay to the
Order of Huseby Inc

$ 235⁰⁰

Two hundred Thirly five exactly ——————— Dollars

**PROVIDENT**
CREDIT UNION
303 Twin Dolphin Drive, Redwood City, CA 94065
(650) 508-0300  (800) 632-4600

memo Carola 153204

MP

# INVOICE

**MAXENE WEINBERG AGENCY**
*a Huseby.com company*

27281 Las Ramblas, Suite 160
Mission Viejo, CA 92691
Questions? Call (800) 640-1949

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153204 | 8/12/2016 | 132252 |

| Job Date | Case No. | |
|---|---|---|
| 7/29/2016 | 5:15-CV-01743-BLF | |

| Case Name |
|---|
| Jennifer Castillo and Jason Castillo vs. Nationstar Mortgage, LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Elizabeth Letcher, Esq
Law Offices of Elizabeth Letcher
60 29th Street
Suite 221
San Francisco, CA 94110

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Audio Transcription (NSR 2056 - CONFIDENTIAL - 5.9.14 from 2757)       235.00

            **TOTAL DUE >>>**    **$235.00**

---

Thank you for choosing Maxene Weinberg Agency, a Huseby company.

As a courtesy to our Maxene Weinberg Agency customers, please disregard any financing fee indicated on your invoice or statement.

Schedule with us anywhere nationally today! Visit us on the web to learn more about the services and technology we provide for both depositions and trial.

**Tax ID:** 31-1763752

Phone: 415-643-4755   Fax:

---

*Please detach bottom portion and return with payment.*

Elizabeth Letcher, Esq
Law Offices of Elizabeth Letcher
60 29th Street
Suite 221
San Francisco, CA 94110

| | | |
|---|---|---|
| Job No. | : 132252 | BU ID    :Weinberg |
| Case No. | : 5:15-CV-01743-BLF | |
| Case Name | : Jennifer Castillo and Jason Castillo vs. Nationstar Mortgage, LLC, et al. | |
| Invoice No. | : 153204 | Invoice Date  :8/12/2016 |
| **Total Due** | : **$ 235.00** | |

Remit To: **Huseby Inc.**
       **1230 West Morehead Street**
       **Suite 408**
       **Charlotte, NC  28208**

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

**LAW OFFICES OF ELIZABETH S LETCHER**

(415) 643-4755
60 29TH ST. NO 221
SAN FRANCISCO, CA 94110

$\frac{90-7173}{3211}$ 1

155

Date 9/9/16

Pay to the Order of Huseby In C $ 235.00

Two hundred thirty five exactly ——— Dollars

Security Features Included.
Details on Back.

**PROVIDENT CREDIT UNION**
303 Twin Dolphin Drive, Redwood City, CA 94065
(650) 508-0300   (800) 632-4600

memo India 153204

MP

⑈321171731⑆0090806709050⑈00155

**Elizabeth Letcher**

| | |
|---|---|
| **From:** | LexisNexis(R) Email Delivery <lexisnexis@prod.lexisnexis.com> |
| **Sent:** | October 27, 2016 5:13 PM |
| **To:** | elizabeth@elizabethletcher.com |
| **Subject:** | LexisNexis(R) Litigation Essentials - Electronic Receipt (70 Minn. L. Rev. 713) |

Thank you for your order.

Citation: 70 Minn. L. Rev. 713

Credit card number: 40xx-xxxx-xxxx-1559

Confirmation number: 80509665

Date of order: October 27, 2016

Amount: $22.00

If there is a problem with your order, please contact LexisNexis(R) Customer Support at 1-800-543-6862.

Use of materials obtained from the LexisNexis(R) services is subject to the terms and conditions which precludes forwarding purchased content to a third party and are available to you at:

http://www.lexisnexis.com/terms/general.aspx



VOTED BEST MESSENGER SERVICE
2010, Recorder Newspaper

| INVOICE NUMBER | CUSTOMER NUMBER | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|---|
| 1180059 | 99934 | 1/04/17 | .00 |

\*\*\* REPRINT \*\*\*

IF ORDERING (415)487-4100   BILLING DEPT 415-487-4277

**WESTERN MESSENGER SERVICE, INC**
75 Columbia Square
San Francisco, CA 94103-4015

| CUSTOMER NUMBER | INVOICE NUMBER |
|---|---|
| 99934 | 1180059 |
| INVOICE DATE | PAGE |
| 1/04/17 | 1 |

COD-RUSH/BIKE $15-RUSH CAR /MIN$25
75 COLUMBIA SQ
SAN FRANCISCO CA 94103-4099

# INVOICE

FOR CUSTOMER SERVICES:
415-487-4100
**FOR BILLING QUESTIONS:**
Accounting 415-487-4277
Federal Tax I.D. #94-2598676
E-Mail ar@westernmessenger.com

| DATE | CONTROL NO. | ORDERED BY TIME CALLED | SV-TY DR# | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 1/03/17 | 3207380 | ELIZABETH LE 12:24 | RSH 160 | From:ELIZABETH LETCHER      129 ELSIE STREET        SAN FRANCISCO | 107.00 |
| | | | | To:USDC                     280 SOUTH FIRST ST       SAN JOSE | |
| | | | | CC | |
| | | | | Credit Card Payment Received | |
| | | | | Total Invoice Amount:   107.00 | |
| | | | | Less Credit Card Payments:   107.00- | |
| | | | | Total Payment Due:    .00 | |

\*\*\* REPRINT \*\*\*                    Total         .00

**Google Maps**     229 Elsie Street, San Francisco, CA to 280 S 1st St, San Jose, CA 95113          Drive 52.7 miles, 1 h 3 min

## 129 Elsie St
San Francisco, CA 94110

**Get on I-280 S from Winfield St and San Jose Avenue**

| | | 6 min (1.8 mi) |
|---|---|---|
| ↑ | 1.  Head northeast on Elsie St toward Esmeralda Ave | |
| | | 266 ft |
| ↰ | 2.  Turn left onto Esmeralda Ave | |
| | | 180 ft |
| ↰ | 3.  Turn left onto Winfield St | |
| | | 0.3 mi |
| ↱ | 4.  Turn right onto Cortland Ave | |
| | | 0.2 mi |
| ↰ | 5.  Turn left onto Mission St | |
| | | 486 ft |
| ↱ | 6.  Turn right onto Randall St | |
| | | 131 ft |
| ↰ | 7.  Turn left onto San Jose Avenue | |
| | | 0.7 mi |
| 🚶 | 8.  Use any lane to merge onto I-280 S via the ramp to Daly City | |
| | | 0.4 mi |

**Follow I-280 S to Grant St in San Jose. Take the exit toward Almaden Blvd from I-280 S**

| | | 45 min (50.1 mi) |
|---|---|---|
| 🚶 | 9.  Merge onto I-280 S | |
| | | 49.7 mi |
| 🚶 | 10.  Take the exit toward Almaden Blvd | |
| | | 0.4 mi |

**Take S Almaden Blvd and W San Carlos St to S 1st St**

| | | 5 min (0.8 mi) |
|---|---|---|
| 🚶 | 11.  Merge onto Grant St | |
| | | 226 ft |
| ↰ | 12.  Use any lane to turn left onto S Almaden Blvd | |
| | | 0.4 mi |

**Elizabeth Letcher**

| | |
|---|---|
| **From:** | Four Points by Sheraton San Jose Downtown via Square <receipts@messaging.squareup.com> |
| **Sent:** | January 10, 2017 1:32 PM |
| **To:** | elizabeth@elizabethletcher.com |
| **Subject:** | Receipt from Four Points by Sheraton San Jose Downtown |

Square automatically sends receipts to the email address you used at any Square seller. Learn more



$ **16.00**

$8.00 × 2                                              $16.00
($8.00 ea.)

Total                                                  $16.00



Four Points by Sheraton San Jose Downtown

211 S. 1st Street

San Jose, CA 95113

949-502-7895

Visa 1559 (Swipe)  ELIZABETH LETCHER

Jan 10 2017 at 1:31 PM #6fcz Auth code: 04262C

© 2017 Square, Inc. All rights reserved.

1455 Market Street, Suite 600, San Francisco, CA 94103

Map data © OpenStreetMap contributors

Square Privacy Policy · Not your receipt?
Manage preferences for digital receipts

